

**BAKER & HOSTETLER LLP**
Thomas A. Canova (TC 7270)
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Deborah A. Wilcox (Ohio Bar No. 0038770)
Brandt W. Gebhardt (Ohio Bar No. 0079823)
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

Attorneys for Plaintiff
Pediped Infant Footwear, LLC



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDIPED INFANT FOOTWEAR, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>KUDOS LEATHERGOOD LTD<br>d/b/a JACK AND LILY,<br><br>Defendant. | 08 CV ____ |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(formally Local General Rule 9.1) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Pediped Infant Footwear, LLC certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

None

BAKER & HOSTETLER LLP

Dated: New York, New York
April 14, 2008

By: _____
Thomas A. Canova (TC 7270)
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200 – phone
(212) 589-4201 – fax
Attorneys for the Plaintiff
Pediped Infant Footwear, LLC

088114, 501839428.1