Case 1:08-cv-03572-LTS-THK   Document 4   Filed 04/21/2008   Page 1 of 4
SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

ORIGINAL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PEDIPED INFANT FOOTWEAR LLC,

        Plaintiff,

- against -

KUDOS LEATHERGOODS LTD d/b/a
JACK AND LILY,

        Defendants.

08 CIV 3572 (LTS) (THK)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas A. Canova a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

  Applicant's Name: Deborah A. Wilcox
  Firm Name: Baker & Hostetler LLP
  Address: 3200 National City Center
  City/State/Zip: Cleveland, OH 44114-3485
  Phone Number: (216) 621-0200
  Fax Number: (216) 696-0740

Deborah A. Wilcox is a member in good standing of the Bar of the State of Ohio

There are no pending disciplinary proceedings against Deborah A. Wilcox in any State or Federal court.

Dated: April 18, 2008
City, State: New York, NY

    Respectfully submitted,

    */s/ Thomas A. Canova*

  Thomas A. Canova
  SDNY Bar TC 7270
  Firm Name: Baker & Hostetler LLP
  Address: 45 Rockefeller Plaza
  City/State/Zip: New York, NY 10111
  Phone Number: (212) 589-4200
  Fax Number: (212) 589-4201

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDIPED INFANT FOOTWEAR LLC,

          Plaintiff,

- against -

KUDOS LEATHERGOODS LTD d/b/a JACK AND LILY,

          Defendants.

08 CIV 3572 (LTS)   (THK)

AFFIDAVIT OF
THOMAS A. CANOVA
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York  )
                          ) ss:
County of New York  )

Thomas A. Canova, being duly sworn, hereby deposes and says as follows:

1. I am a partner with Baker & Hostetler LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Deborah A. Wilcox as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Deborah A. Wilcox since June 2004.

4. Deborah A. Wilcox is a partner at Baker & Hostetler LLP in Cleveland, Ohio.

5. I have found Ms. Wilcox to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Deborah A. Wilcox, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Deborah A. Wilcox, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Deborah A. Wilcox, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: April 18, 2008
City, State: New York, NY
Notarized:

                                          Respectfully submitted,

                                          Name of Movant: Thomas A. Canova

SDNY Bar Code: TC 7270

ORIGINAL

American LegalNet, Inc.
www.FormsWorkflow.com

501852133.1

AO 136
(Rev. 10/98)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA : 
                         : ss.
NORTHERN DISTRICT OF OHIO :

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, Eastern Division,

**DO HEREBY CERTIFY**, that **DEBORAH A. WILCOX**, 0038870, was duly admitted to practice in said Court on **January 11, 1988** and is in good standing as a member of the bar of said Court.

Dated at Cleveland, OH

on April 17, 2008

**GERI M. SMITH**
**Clerk of Court**

By: 

**Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PEDIPED INFANT FOOTWEAR LLC,

                                  Plaintiff

                - against -

KUDOS LEATHERGOODS LTD d/b/a JACK AND LILY,

                                  Defendants

08 CIV 3572 (LTS) (THK)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Thomas A. Canova attorney for pediped Infant Footwear LLC and said sponsor attorney's affidavit in support thereof;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Deborah A. Wilcox

    Firm Name: Baker &Hostetler LLP

    Address: 3200 National City Center

    City/State/Zip: Cleveland, OH  44114-3485

    Telephone/Fax: (216) 621-0200
                       (216) 696-0740
    Email Address: dwilcox@bakerlaw.com

is admitted to practice pro hac vice as counsel for pediped Infant Footwear LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April     , 2008
City, State: New York, NY

                                                United States District/Magistrate Judge