SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    APR 3 0 2008

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PEDIPED INFANT FOOTWEAR LLC,

                                        Plaintiff

              - against -

KUDOS LEATHERGOODS LTD d/b/a JACK AND
LILY,

                                        Defendants

08 CIV 3572 (LTS) (THK)

### ORDER FOR ADMISSION
### PRO HAC VICE
### ON WRITTEN MOTION

Upon the motion of Thomas A. Canova attorney for pediped Infant Footwear LLC

and said sponsor attorney's affidavit in support thereof;

**IT IS HEREBY ORDERED** that

Applicant's Name: Deborah A. Wilcox

Firm Name: Baker &Hostetler LLP

Address: 3200 National City Center

City/State/Zip: Cleveland, OH  44114-3485

Telephone/Fax: (216) 621-0200
              (216) 696-0740
Email Address: dwilcox@bakerlaw.com

is admitted to practice pro hac vice as counsel for pediped Infant Footwear LLC in the above captioned case in the
United States District Court for the Southern District of New York. All attorneys appearing before this Court are
subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is
assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at
nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 28, 2008
City, State: New York, NY

United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $                    SDNY RECEIPT#

SDNY Form: Web 10/2006

American LegalNet, Inc.
www.FormsWorkflow.com