**BAKER & HOSTETLER LLP**
Thomas A. Canova (TC 7270)
45 Rockefeller Plaza
New York, New York  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Deborah A. Wilcox (Ohio Bar No. 0038770)
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740



Attorneys for Plaintiff
pediped Infant Footwear, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDIPED INFANT FOOTWEAR LLC, | CASE NO. 08-CIV-3572 |
| Plaintiff, | |
| v. | **FIRST AMENDED COMPLAINT FOR TRADE DRESS INFRINGEMENT, DILUTION, AND UNFAIR COMPETITION** |
| KUDOS LEATHERGOODS LTD d/b/a JACK AND LILY and ROBERT THOMAS BUELL, Individually, | **Jury Trial Demanded** |
| Defendants. | |

Plaintiff pediped Infant Footwear LLC ("pediped"), by and through its attorneys, Baker

& Hostetler LLP, brings this First Amended Complaint for Trade Dress Infringement, Dilution,

and Unfair Competition against Defendants Kudos Leathergood Ltd d/b/a Jack and Lily

("J&L") and Robert Thomas Buell ("Buell") (J&L and Buell are referenced collectively

hereinafter as "Defendants") and alleges as follows:

## Nature of the Action

1.     This is an action for trade dress infringement, dilution, and unfair competition in violation of federal and state law.

## The Parties

2.     Pediped is a limited liability company duly organized and existing under the laws of the State of Nevada, having an office and place of business at 1191 Center Point Drive, Henderson, Nevada.

3.     Pediped is in the business of designing, marketing, and selling footwear for infants and young children.

4.     Upon information and belief, J&L is a limited partnership organized and existing under the laws of British Columbia, Canada, having an office and place of business at 720 Alexander Street, Vancouver, British Columbia.

5.     J&L also markets and sells footwear in the United States for infants and young children.

6.     Upon information and belief, Buell is J&L's owner and President, residing at 7370 Laburnum Street, Vancouver, British Columbia, and having an office and place of business at 720 Alexander Street, Vancouver, British Columbia.

7.     Upon information and belief, Buell is involved in the day-to-day business operations of J&L and has authorized, approved, personally committed, actually participated in and/or is a principal force behind the acts complained of herein. Upon information and belief, Buell is a conscious, dominant, and active force behind the

manufacturing, marketing, offering for sale and distribution of the products from which this action arises.

## Jurisdiction and Venue

8.    This is an action for trade dress infringement and unfair competition under the federal Lanham Act, 15 U.S.C. §§ 1051-1127, and for unfair competition and trade dress dilution under the statutory and common law of the State of New York.

9.    This Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. §§ 1338 and 1367 and 15 U.S.C. § 1121.

10.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(d) because Defendants are aliens.  A substantial part of the events and omissions giving rise to the claims herein occurred in this district.

## pediped's Distinctive Soft-Soled Footwear

11.    Formed in May 2004, pediped is one of the leading and fastest growing companies in the children's footwear industry.

12.    Pediped and J&L are direct competitors in the children's footwear industry in the United States.

13.    Pediped strives to produce children's footwear of exceptionally high quality, using only the best materials and methods of production and quality assurance.

14.    The speed of pediped's growth is dizzying.  At the end of 2005, pediped was selling into 350 stores.  That number had increased to 1,200 stores at the end of 2006 and about 2,500 at the end of 2007.  Pediped footwear has been sold through more than 3,000 stores worldwide.

15.    The pediped Originals line of children's footwear, photographs of which are attached hereto as Exhibit 1, features a distinctive trade dress. Representative examples of such trade dress are attached hereto as Exhibit 2, but the exclusion of any particular pediped product should not be construed against its relevance to this action.

16.    There are seven key dimensions involved in designing the pediped shoes: ball girth, waist girth, instep girth, toe spring, toe recede, heel curve and stick length. Each variation of these dimensions results in a different look of a shoe. Pediped worked hard to find the perfect combination of the seven dimensions to create shoes with unique and distinctive stylization. A great deal of effort, time, and resources went into ascertaining the proportions needed to create this distinctive shape with various cutting dies, the lasts (the model foot from which pediped makes the patterns) and the curing procedures (at what temperature and for what amount of time). It is virtually impossible for a company to create a shoe that is identical in shape to pediped's line of soft-soled shoes without having the last design and cutting dies used to create pediped soft-soled shoes.

17.    This distinctive trade dress comprises, with respect to design, an overall look that is more sophisticated and adult-like than other infant footwear; a black sole with highly visible white hand-stitching, spaced to create a stylized rippled effect around the entire shoe; a unique profile which creates an asymmetrical, rounded-boxy, and formed look; a roomy toe box; a sole visually small compared to the upper; and a white sewn-in tag on the end of the Velcro strap. This distinctive trade dress comprises also, with respect to packaging, a sturdy, purple, textured, and hinged box with a clear plastic window; the pediped logo and tag line situated above the plastic window, with the tag line printed in smaller font; a description of the product positioned at the bottom of the box, below the window; the left and right sides of

the box adjoining the window of equal proportion to each other; the top portion of the box adjoining the window more than twice the height of the bottom portion of the box adjoining the window, and the pediped bear logo and company information on the back of the box (the foregoing design and packaging elements are referenced collectively hereinafter as the "pediped Trade Dress").

18.    The packaging elements of the pediped Trade Dress are inherently distinctive and serve to identify pediped as the unique source of products packaged in this fashion.

19.    Pediped has marketed and sold the specific overall design of children's footwear embodying and packaged in the pediped Trade Dress continuously since early 2006. Other than J&L's shoes and packaging that are the subject of this Complaint, no shoes and packaging in the marketplace resemble the pediped Trade Dress.

20.    Sales of pediped shoes have been beyond expectations.  In 2005, total revenues were approximately $300,000.   In 2006, the sales grew to over $2.2 million. Pediped's growth continued in 2007, with total sales of over $7.6 million.  Sales for 2008 are projected at $16 – 20 million, and $50 million by 2010.

21.    Pediped spent over one million dollars in 2007 advertising its distinctive products.  For 2008, advertising expenditures are expected to reach at least $1.7 million.  Total expenditures from 2005 to date are over $2.2 million.  Examples of pediped's advertising are attached hereto as Exhibit 3.

22.     The popularity of pediped soft-soled footwear with celebrities adds to its reputation and recognition among consumers, who notice when the children of celebrities are photographed in pediped shoes even if the logo is not visible in the photograph.

23.     Pediped's products have received numerous awards and similar recognition, examples of which are attached hereto as Exhibit 4.   In addition, pediped has received substantial unsolicited media coverage, examples of which are attached hereto as Exhibit 5.

24.     Pediped already has taken measures to protect the pediped Trade Dress when it was copied by other competitors.

25.     In addition to the packaging elements of the pediped Trade Dress being inherently distinctive, as a result of pediped's continuous and substantial sales, marketing, advertising, promotion, and unsolicited media coverage, and as evidenced by copying by competitors, the pediped Trade Dress has become known to the trade and the public throughout the United States and other countries worldwide and has acquired secondary meaning inasmuch as consumers and members of the trade have come to recognize products embodying and packaged in the pediped Trade Dress as originating with, sponsored, or approved by pediped.  The pediped Trade Dress has acquired enormous value and recognition.

### Defendants' Infringing Products and Packaging

26.     Defendants market and sell children's footwear that is in direct competition with and sold through the same channels of trade and retail outlets as pediped's products.

27.    Defendants' existing line of footwear, photographs of which are attached hereto as Exhibit 6, is distinct in overall appearance from pediped's lines. Defendants' packaging for this line, photographs of which are attached hereto as Exhibit 7, is likewise distinct from pediped's packaging.

28.    Rather than competing legitimately through the existing line and packaging, Defendants are offering for sale a new line of children's footwear that it slavishly copied from and that closely resembles pediped's distinctive product and packaging. Defendants' products and packaging at issue in this action include, but are not limited to, those identified in Exhibit 8 hereto, wherever sold, and any products and packaging subsequently developed and/or sold by Defendants that infringe the pediped Trade Dress (hereinafter collectively referenced as the "Infringing Products and Packaging").

29.    Upon information and belief, as owner and President of J&L, Buell controls J&L and profits from J&L's business activities, including the sale of the Infringing Products and Packaging. Upon information and belief, Buell is directly responsible for the conduct of J&L set forth in the preceding paragraph and all decisions with respect to the Infringing Products and Packaging alleged herein.

30.    Defendants' shoe design is indistinguishable from the pediped soft-soled shoe design. Defendants are marketing the identical shoe, in identical proportions, and even the strap is the same. It is beyond coincidence that Defendants' shoes would use the same seven dimensions for making shoes that pediped does, given the huge number of combinations mathematically available that would still result in appealing children's shoes.

31.    Defendants' Infringing Products and Packaging include many of the distinctive features of the pediped Trade Dress identified above, including but not limited to

white stitching on black soles; stylized rippling around the entire shoe; the exact shoe dimensions that result in a profile with pediped's asymmetrical, rounded-boxy, and formed look; a roomy toe box; a visually small sole; a white sewn-in tag on the end of the strap of the shoe; colored boxes with handles, which have the same overall size and shape as pediped's boxes, have plastic windows of the same size and shape, and have the same proportions on the front of the box surrounding the window—the left and right sides adjoining the window being of equal proportion to each other and the top adjoining the window being more than twice the height of the bottom adjoining the window—and a logo placed above the window, with additional wording located beneath the logo in smaller font and below the window.

32.    The overall look of Defendants' Infringing Products and Packaging is substantially the same as the distinctive pediped Trade Dress.  By way of example only, Exhibit 9 hereto shows side-by-side photographs of pediped's Samantha, Olivia, Katelyn, Colin, Abigail, and Tyler styles and Defendants' corresponding style numbers 181, 412, 411, 402, 171, 251, and 252.  In addition, Exhibit 9 illustrates the similarity of tag placement and packaging between pediped's and Defendants' products.

33.    As Exhibit 9 illustrates, Defendants copied pediped's better-selling styles in particular, using the same colors and design features.

34.    Defendants' style number 181 shoe is a replica of pediped's Samantha shoe.  In addition to copying the dimensions and proportions, type of strap, distinctive white stitching on dark sole and stylized rippling encompassed in pediped's soft-soled line, the 181 shoe duplicates pediped's Samantha color combinations (pink and brown) and color shades, and features these colors in the very same locations as on the Samantha shoe.  The 181 shoe also makes use of pediped's double white stitch on the upper portion of the shoe, with circular

cut-outs in between the stitches showing off the underlying pink leather. The 181 features pediped's unique scalloping found in several of its other designs (e.g., the Katelyn and Zoe styles).

35. Defendants' style number 412 shoe is an imitation of our Olivia shoe. From the white leather and placement of the white bow to the six cut-out designs in identical locations on the upper portion of the shoe, everything is copied from pediped's shoe. The 412 also features pediped's scalloped edging found on its other designs, as well as the same dimensions and proportions, type of strap, distinctive white stitching on black sole and stylized rippling found across pediped's soft-soled line. The 412 features cut-outs on the back of the shoe, which are taken from some of pediped's other shoes (e.g., Katelyn and Colin styles).

36. Defendants' style number 411 shoe is a knock-off of pediped's Katelyn shoe. The pink leather, scalloped edging and cut-outs on the front and back of the upper portion of the shoe are all taken from the Katelyn style. The placement of the bow on 411 is identical to the placement on many of pediped's other styles of footwear in its soft-soled line. The 411 again uses the same dimensions and proportions, type of strap, distinctive white stitching and stylized rippling found across pediped's soft-soled line.

37. Defendants' style number 402 shoe is pediped's boy's Colin shoe with only the subtlest of changes. The front upper portion of the shoe features similar vertical stitching, the same strap and t-strap loop, as well as the same u-shaped cut-outs near the strap and additional cut-outs along the sides and back. Again, the 402 copies the same dimensions and proportions, stylized rippling and distinctive white stitching on black sole found across pediped's soft-soled line.

38.    Defendants' style number 171 shoe is a copy of pediped's Abigail design. From using pink leather and similar flower artwork on the upper front of the shoe, to using the same dimensions and proportions, strap, stylized rippling and distinctive white stitching on black sole found across pediped's soft-soled line, the 171 has the same look and feel as pediped's Abigail. In addition, the 171 copies the scalloping featured on pediped's other designs and features a sewn-in tag on the strap of the shoe (as does most of pediped's soft-soled line of footwear).

39.    Defendants' style numbers 251 and 252 shoes are direct copies of pediped's boy's Tyler shoe. The 251 and 252 are identical in nearly every respect, including overall look, shape, style and two choices of leather color (brown or navy). The only minimal difference is the stitching pattern on the lower front of the upper portion of the shoe. These shoes also make use of the same dimensions and proportions, stylized rippling, strap and distinctive white stitching on black soles found across pediped's soft-soled line.

40.    On or about March 11, 2008, pediped attended the ENK Children's Club show at the Jacob Javits Center in New York. Pediped learned that Defendants were taking orders at the same show for the Infringing Products and Packaging. Upon information and belief, this offering for sale of the Infringing Products and Packaging was done with Buell's knowledge and consent, and Buell exercised control over J&L in such transactions.

41.    Defendants' web site at http://www.jackandlily.com/, printouts of which are attached hereto as Exhibit 10, displays the Infringing Products and Packaging and claims they will be available April 20, 2008. On their web site, Defendants even copy the descriptors pediped uses to market its line of soft-soled shoes.

42.    Upon information and belief, Defendants set upon a course of conduct to slavishly copy pediped's distinctive products and packaging for the purpose of trading on and taking advantage of the goodwill and reputation associated with pediped and its celebrated products.

43.    Upon information and belief, Buell had specific knowledge of the distinctive pediped Trade Dress and directed J&L in slavishly copying the pediped Trade Dress for the purpose of trading on and taking advantage of pediped's goodwill and reputation.

44.    Defendants' Infringing Products and Packaging are so similar to pediped's Trade Dress as to result in a high likelihood of confusion, mistake, or deception as to the source or sponsorship of Defendants' products at the trade, retail, and consumer levels.  In fact, eBay seller momto1ba2gs, in a pre-release auction for Defendants' products attached hereto as Exhibit 11, highlights their similarity to pediped's products.

45.    Pediped delivered by hand a cease and desist letter to J&L on March 11, 2008, at the ENK Children's Club show.  Defendants did not indicate they would cease producing, marketing, or selling the products at issue and to the contrary, have continued to sell the products and display them on their web site.

46.    Through investigation, pediped learned that as recently as April 2008, Buell was offerring Defendants' "My Shoes" collection, which includes the Infringing Products and Packaging, for sale.  In so doing, Buell personally and expressly touted the features of the Infringing Products and Packaging and provided contact information for Defendants' sales representative in Southern California.

47. Upon information and belief, Defendants continue to sell the Infringing Products and Packaging.

48. Defendants' Infringing Products and Packaging are irreparably damaging to pediped. Defendants have not incurred the costs, either in research and development or in advertising, that pediped has incurred in creating and publicizing the unique pediped Trade Dress. This unfair competitive advantage will allow Defendants to undercut pediped's price to customers and surpass pediped's compensation to its sales representatives.

49. Since Defendants' existing line of shoes is sold in nearly 1000 retail stores that also sell pediped's shoes, Defendants' misappropriation of pediped's intellectual property is likely to result in an immediate loss of sales that would destroy the pediped brand. Customers are likely to be deceived or confused to the effect that the Infringing Products and Packaging are a new line from or brand extension of pediped. Once Defendants have captured pediped's customers through confusion, Defendants could switch to shoddier, less expensive materials for the Infringing Products and Packaging, causing further irreversible damage to pediped's reputation and goodwill. In addition, Defendants' use of unsophisticated and tacky elements on the shoes at issue (e.g., pirates, anchors, the word "prince") is likely to erode the high-end, sophisticated image pediped has endeavored to create.

50. In addition, Defendants permit almost anyone to sell their shoes, including retailers who likely sell only online. Such indiscriminate distribution would irreparably damage pediped's overall image and reputation. Pediped is enormously protective of its brand. To maintain the brand's panache, pediped is extremely selective with respect to the persons and companies authorized to sell its shoes. Pediped does not sell to stores that operate solely online. Moreover, pediped has an exhaustive and thorough screening process

and rejects many applicants. Defendants' style of doing business will cheapen pediped's image. It will also upset pediped's retailers, undermine their business, and likely cause them to stop selling pediped's products.

## COUNT I

### [Federal Trade Dress Infringement]

51.    This cause of action arises under the federal Lanham Act, 15 U.S.C. §§ 1051-1127, and is to remedy infringement of the unregistered pediped Trade Dress in accordance with 15 U.S.C. § 1125(a).

52.    Pediped repeats and realleges the allegations of the foregoing paragraphs as if fully set forth herein.

53.    For over two years, pediped has marketed and sold its Originals line of children's footwear using the distinctive pediped Trade Dress. The pediped Trade Dress, including the design of the footwear itself and the packaging therefor, is inherently distinctive, and as a result of widespread sales and attendant advertising and promotion and unsolicited media coverage, and as evidenced by copying by competitors, the pediped Trade Dress further has become distinctive to members of the trade, to retailers, and to consumers.

54.    The distinctive, original, and arbitrary pediped Trade Dress, which identifies pediped as the source of its Originals line of children's footwear, encompasses a combination of the elements set forth in foregoing paragraph 17, which are non-functional in combination. The overall look of pediped's footwear and its packaging is upscale, refined and unique to pediped.

55.     Defendants, knowing of the valuable goodwill and extensive recognition pediped has already established in the marketplace for its Originals line of children's footwear and packaging therefor and intending to trade upon that goodwill and recognition, are deliberately offering for sale, selling, promoting, and marketing the Infringing Products and Packaging, which are confusingly similar to the distinctive pediped Trade Dress.

56.     The aforesaid activities of Defendants in marketing the Infringing Products and Packaging in commerce constitute infringement of the pediped Trade Dress in violation of Section 43(a) of the Trademark Act of 1946, 15 U.S.C. § 1125(a), in that Defendants' activities are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with pediped, or as to the origin, sponsorship, or approval of Defendants' goods with or by pediped.

57.     By reason of the acts of Defendants as alleged herein, pediped has suffered and, unless Defendants' acts are enjoined, will suffer irreparable damage to its reputation and the loss of sales and profits pediped would have made but for the acts of Defendants.

58.     Defendants' activities as set forth previously are irreparably damaging to pediped.  Pediped has been damaged by the acts of Defendants in an amount as yet unknown but believed to be millions of dollars.

## COUNT II

### [Federal Unfair Competition]

59.     This cause of action arises under the federal Lanham Act, 15 U.S.C. §§ 1051-1127, and is to remedy unfair competition in violation of 15 U.S.C. § 1125(a).

60.     Pediped repeats and realleges the allegations of foregoing paragraphs 1 through 50 as if fully set forth herein.

61.     Defendants, in offering for sale, selling, promoting, and marketing the Infringing Products and Packaging, which copy the trade dress, design, overall look, and packaging of pediped's Originals line of children's footwear, are using in commerce, on or in connection with the sale of children's footwear, a word, term, name, symbol, or device, or any combination thereof, or a false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which, in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of Defendants' goods or commercial activities in violation of Section 43(a) of the Trademark Act of 1946, 15 U.S.C. § 1125(a).

62.     By reason of the acts of Defendants as alleged herein, pediped has suffered and, unless Defendants' acts are enjoined, will suffer irreparable damage to its reputation and the loss of sales and profits pediped would have made but for the acts of Defendants.

63.     Defendants' activities as set forth previously are irreparably damaging to pediped. Pediped has been damaged by the acts of Defendants in an amount as yet unknown but believed to be millions of dollars.

## COUNT III

### [Violation of New York General Business Law Sec. 133]

64.     This cause of action arises under New York General Business Law Section 133.

65.    Pediped repeats and realleges the allegations of foregoing paragraphs 1 through 50 as if fully set forth herein.

66.    Pediped has acquired a unique reputation for providing the highest quality of products embodying and packaged in the pediped Trade Dress. As one of the fastest rising brands of children's footwear in the United States, pediped has attained a position of eminence in its field and is considered by the public as a leader in the children's footwear industry. The pediped Trade Dress is synomymous with excellence and the highest quality of children's footwear. The pediped Trade Dress has acquired a recognition with the trade, with retailers, and with the consuming public.

67.    After pediped's extensive use and promotion of the pediped Trade Dress, Defendants deceptively began offering the Infringing Products and Packaging, which, as set forth previously, closely simulate the pediped Trade Dress.

68.    Upon information and belief, Defendants' offering for sale, selling, marketing, and promotion of the Infringing Products and Packaging, which utilize or infringe the pediped Trade Dress, was done with the purpose of confusing the public, and for the purpose of taking advantage of pediped's goodwill and reputation in connection with its children's footwear, including the sustained excellence and character of pediped's product.

69.    By reason of Defendants' assumption, adoption, and/or use of elements of the pediped Trade Dress for advertising and trade purposes with intent to deceive or mislead the public, which is likely to deceive or mislead the public as to the identity of J&L or as to the connection of J&L with pediped, pediped has been and is being injured and damaged in its business and property by a loss of actual and potential customers, a loss of its goodwill, and a

diminution of its business reputation, all in violation of New York General Business Law Sec. 133.

70.     By reason of the acts of Defendants as alleged herein, pediped has suffered and, unless Defendants' acts are enjoined, will suffer irreparable damage to its reputation and the loss of sales and profits pediped would have made but for the acts of Defendants.

71.     Defendants' activities as set forth previously are irreparably damaging to pediped.  Pediped has been damaged by the acts of Defendants in an amount as yet unknown, but believed to be millions of dollars.

## COUNT IV

## [Dilution and Injury to Business Reputation in Violation of New York General Business Law Sec. 360-l]

72.     This cause of action arises under New York General Business Law Section 360-l.

73.     Pediped repeats and realleges the allegations of foregoing paragraphs 1 through 50 as if fully set forth herein.

74.     Pediped has acquired a unique reputation for providing the highest quality of products embodying and packaged in the pediped Trade Dress.  As one of the fastest rising brands of children's footwear in the United States, pediped has attained a position of eminence in its field and is considered by the public as a leader in the children's footwear industry.  The pediped Trade Dress is well known to the consuming public throughout the United States as identifying and distinguishing pediped as the exclusive and unique source of

products that embody or are packaged in such trade dress, which is synonymous with excellence and the highest quality of children's footwear. The pediped Trade Dress has acquired an exceptionally strong recognition with the trade, with retailers, and with the consuming public.

75. After pediped's extensive use and promotion of the distinctive pediped Trade Dress, Defendants deceptively began offering the Infringing Products and Packaging, which, as set forth previously, closely simulate the pediped Trade Dress.

76. Upon information and belief, Defendants' offering for sale, selling, marketing, and promotion of the Infringing Products and Packaging, which utilize or simulate the pediped Trade Dress, was done for the purpose of taking advantage of pediped's goodwill and reputation in connection with its children's footwear, including the sustained excellence and character of pediped's product, and is likely to cause injury to pediped's business reputation or dilution of the distinctive quality of the pediped Trade Dress.

77. By reason of the foregoing, pediped has been and is being injured and damaged in its business and property by a loss of its goodwill, a diminution of its business reputation, and a dilution in the distinctive quality of the pediped Trade Dress, all in violation of New York General Business Law Sec. 360-l.

78. By reason of the acts of Defendants as alleged herein, pediped has suffered and, unless Defendants' acts are enjoined, will suffer irreparable damage in the form of the dilution and whittling down of the identity and reputation of the distinctive pediped Trade Dress.

79.    Defendants' activities as set forth previously are irreparably damaging to pediped. Pediped has been damaged by the acts of Defendants in an amount as yet unknown, but believed to be millions of dollars.

## COUNT V

## [New York Common Law Unfair Competition]

80.    This cause of action arises under the common law of the State of New York.

81.    Pediped repeats and realleges the allegations of foregoing paragraphs 1 through 50 as if fully set forth herein.

82.    The pediped Trade Dress is distinctive enough to become recognized as a public guaranty of origin and quality and has become recognized as such, which is sufficient for protection under the common law of New York. Pediped has further acquired a unique reputation for providing the highest quality of products embodying and packaged in the pediped Trade Dress. As one of the fastest rising brands of children's footwear in the United States, pediped has attained a position of eminence in its field and is considered by the public as a leader in the children's footwear industry. The pediped Trade Dress is synonymous with excellence and the highest quality of children's footwear. The pediped Trade Dress has acquired a recognition with the trade, with retailers, and with the consuming public.

83.    After pediped's extensive use and promotion of the pediped Trade Dress, Defendants deceptively began offering the Infringing Products and Packaging, which, as set forth previously, closely simulate the pediped Trade Dress.

84.    Upon information and belief, Defendants' offering for sale, selling, marketing, and promotion of the Infringing Products and Packaging, which utilize or infringe the pediped Trade Dress, was done with the purpose of confusing the public, and for the purpose of taking advantage of pediped's goodwill and reputation in connection with its children's footwear, including the sustained excellence and character of pediped's product, and is likely to cause confusion in the trade, with retailers, and in the consuming public as to the origin, sponsorship, or approval of Defendants' goods with or by pediped.

85.    By reason of the foregoing, pediped has been and is being injured and damaged in its business and property by a loss of actual and potential customers, a loss of its goodwill, and a diminution of its business reputation, all in violation of the common law of unfair competition of the State of New York.

86.    By reason of the acts of Defendants as alleged herein, pediped has suffered and, unless Defendants' acts are enjoined, will suffer irreparable damage to its reputation and the loss of sales and profits pediped would have made but for the acts of Defendants.

87.    Defendants' activities as set forth previously are irreparably damaging to pediped. Pediped has been damaged by the acts of Defendants in an amount as yet unknown, but believed to be millions of dollars.

## PRAYER FOR RELIEF

Wherefore, pediped prays that:

1.    Defendants, their officers, agents, servants, employees, franchisees, licensees, attorneys, parents, subsidiaries, related companies, and all others in active concert

with J&L, Buell, and/or one or more of the foregoing, and each of them, who receive actual notice of the order, be preliminarily and permanently restrained and enjoined from:

        a.     manufacturing, advertising, offering for sale, selling, distributing, marketing, transporting, delivering, or in any way attempting to sell or resell the Infringing Products and Packaging, or any other products embodying or packaged in trade dress so similar to the pediped Trade Dress as to be likely to cause confusion, mistake, or deception; and

        b.     further diluting the pediped Trade Dress or otherwise unfairly competing with pediped through products or packaging similar to pediped's products and packaging.

        2.     Defendants, their officers, agents, servants, employees, franchisees, licensees, attorneys, parents, subsidiaries, related companies, and all others in active concert with J&L, Buell, and/or one or more of the foregoing, and each of them, who receive actual notice of the order, be required to deliver up for destruction their inventory of Infringing Products and Packaging and any other products or packaging confusingly similar to the pediped Trade Dress.

        3.     Defendants, their officers, agents, servants, employees, franchisees, licensees, attorneys, parents, subsidiaries, related companies, and all others in active concert with J&L, Buell, and/or one or more of the foregoing, and each of them, who receive actual notice of the order, be required to deliver up for destruction all advertising, sales, and promotional materials depicting any of the Infringing Products and Packaging, and all plates, molds, matrices, and other means of making said materials.

4.    Defendants be ordered to send written notification to all of their customers who have purchased the Infringing Products and Packaging and any other products and packaging confusingly similar to the pediped Trade Dress, requesting that all unsold inventory be expeditiously returned to Defendants and informing them that these products are infringements of pediped's distinctive trade dress.

5.    Pediped be awarded Defendants' profits, compensatory damages, and all other monetary harm sustained by pediped due to Defendants' infringement of the pediped Trade Dress, including but not limited to pediped's lost profits, and that the amount of profits and damages be trebled.

6.    Defendants be required to pay pediped the cost of this action, together with reasonable attorneys' fees and disbursements.

7.    Pediped be awarded such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

A trial by jury is hereby demanded on all issues so triable.

BAKER & HOSTETLER LLP

Dated:    New York, New York        By: _____
          May 23, 2008              Thomas A. Canova (TC 7270)
                                    45 Rockefeller Plaza
                                    New York, NY 10111
                                    (212) 589-4200 – phone
                                    (212) 589-4201 – fax
                                    Attorneys for the Plaintiff
                                    pediped Infant Footwear, LLC

501894892

-22-

# EXHIBIT 1

http://www.pediped.com/ProductXCategoryInfo.aspx?cid=8 (1 of 5)4/7/2008 12:01:27 PM

pediped footwear | Soft-Soled Baby Shoes | Infant Toddler Baby Shoes |

# pediped

Originals
ages
0 to 2 years

FLEX
ages
2 to 5 years

login ▶
shopping cart
items: 0   subtotal: $0.00

800.880.1245 (US only)

# pediped
Originals

## girls
0-2 years
2-5+ years

## boys
0-2 years
2-5+ years

**new styles**
**best sellers**
all

## size
### Originals™ Collection
0-3 months (XXS)
0-6 months (XS)
6-12 months (S)
12-18 months (M)
18-24 months (L)

### Flex™ Collection
EU 22 (US 6-6.5)
EU 23 (US 7)
EU 24 (US 7.5-8)
EU 25 (US 8-8.5)
EU 26 (US 9-9.5)
EU 26 (US 9.5)
EU 27 (US 10-10.5)
EU 28 (US 11-11.5)
EU 29 (US 12)

Abigail - Mauve

Abigail - Navy/Pink

Abigail - Pink

Aidan - White/Navy

Anastasia - Pink

Andrew - Choc Brown (boot)

Annie - Potpourri

Caroline - Navy



Caroline - Pink

Charlie - White/Tan

Faith - White Patent

Caroline - White

Colin - Choc Brown

Giselle - Choc Brown w/ Polka Dots

Charlie - Black

Ethan - Camouflage

Grace - Brown w/ Dots

Charlie - Choc Brown

Ethan - Choc Brown Suede

Hannah - Pink [boot]

http://www.pedipod.com/ProductsCategoryList?odt=49 13 of 5/4/7/2008 12:01:27 PM



Lauren - White/Pink

Jane - Pink Camo

Harvey - Brown

Lexi - Pink Cheetah

Janine - Pink/Navy

Harvey - Navy

Liam - Choc Brown/Baby Blue

Katelyn - Pink

Isabella - Choc Brown

Liam - Khaki/Olive

Katelyn - White

Isabella - White

http://www.pedipad.com/Product/CategoryInfo.aspx?catt=69 (4 of 5) 07/20/08 12:01:27 PM



pediped footwear | Soft-Soled Baby Shoes | Infant Toddler Baby Shoes |

★ Available in Newborn Sizes

**SIZING:**

Click here to determine the correct pediped™ size.



Victoria - Black Patent/ Silver



Will - Navy

Zoe - Metallic Pink

**about pediped™**
about us
awards & recognition
celebrity fans
press releases

**Originals™ Collection**
girls
boys
spring/summer 2008
best sellers
features & benefits

**Flex™ Collection**
girls
boys
spring/summer 2008
best sellers
features & benefits

**product info**
faq
sizing
shipping
gift giving
product safety
care instructions

**corporate**
wholesale inquiries
retailer login
affiliate program
charitable donations
careers

**customer service**
order tracking
exchanges & returns
provide feedback
suggest a new style
suggest a store
tell a friend

# EXHIBIT 2









































































# EXHIBIT 3

Small World Fashion Inside! • Smart Type: Why Baby Products Rule The Blogosphere • Camera Ready: Scenes From JPMA

# Earnshaw's

INFANTS', GIRLS' AND BOYS' WEAR REVIEW

JUNE 2008 $5.00

**Identity Crisis**
Brand-Building
Fundamentals

**Clothes Minded**
SG Footwear Steps
Into Apparel

**Web Browser**
Capturing Online Sales

**Top Rated**
Hot Props Leap From
The Small Screen

## Creative License
### Top-notch
#### Brands Add
### Character



CELEBRATING 90 YEARS

# sellthrough



pediped

next best thing to bare feet

Soft Cushioned Soles • Velcro Fasteners • 100% Leather
Indoor/Outdoor Use • Sizes 0-24 Months

www.pediped.com    wholesale@pediped.com    (800) 860-1245



PARENTS.COM

JULY 2006

# Parents

POTTY TRAIN
YOUR CHILD IN
ONE DAY

**NOT A PERFECT
PARENT?**
6 REASONS WHY
THAT'S GREAT
FOR YOUR KIDS

**TRYING
FOR A BOY?
A GIRL?**
HOW SCIENCE
CAN HELP

**DROWNING
DANGERS**
READ THIS ARTICLE
RIGHT NOW!

BEST BABY & TODDLER TIPS
(MOM-TESTED)

$3.50 U.S.A.    $4.50 Canada
0 7>

0  71486 02082  0



APRIL/MAY 2007

# Wonder time

Celebrate
your child's love
of learning

*Not* Sleeping—Like a Baby

Plant, Pick, Eat: A Child's Garden

**3 Great Un-bored Games**

Pre- School of Rock

**Do Bribes Corrupt Kids?**

DISPLAY UNTIL MAY 15, 2007

## Teach your child to . . .

skip a stone  tie her shoes  be a closet reader  push the right buttons

wondertime.com

# shoppingbasket

advertisement

*A Selection of Offerings from Our Advertisers*



## Americas Best Value Inn

Americas Best Value Inn is a family of over 700 inns, hotels and suites throughout North America offering hometown pride, comfort, quality and exceptional value. For reservations, call 888-315-2378 or visit www.AmericasBestValueInn.com



## Orajel toddler
### TRAINING TOOTHPASTE

Make brushing fun with Orajel Toddler Training Toothpaste. It's fluoride-free and safe to swallow. Your kids will love the flavors of Bubble Burst, Fruit Splash, Berry Blast and new Tooty-Fruity. Visit www.orajel.com for more tips on making brushing fun.



## Write Children's Books
Learn the skills from a Professional Author
Free Writing Test

Ever dreamed of being a published author? Writing for children is a great place to start.
www.writingforchildren.com/Q067



A story is more than just something to read, it's a way to dream and discover. And with a special animated friend like TJ Bearytales, your child can enter a world of imagination that leads to a lifetime of learning adventures.



## babyGap

Nature's gifts are little treasures – from the khaki blazer to the perfect floral dress. The babyGap collection this spring is inspired by nature, with natural linen and cottons in soft colors. All for your little treasures.



My First Signs, a playful introduction to 20 common words and phrases from baby's world – including "mommy," "daddy," and "I love you" – both spoken and in sign language. Join actress/guest Marlee Matlin as she demonstrates this exciting way for babies to express themselves even before they've mastered verbal communication. Now available on DVD.
© The Baby Einstein Company, LLC. All Rights Reserved.



## Jayco

Jayco, America's Most Liveable RVs, is the largest privately held manufacturer of recreation vehicles in North America. The company builds and markets camping trailers, travel trailers, fifth wheel trailers and motorhomes.



Introducing the Baby Einstein™ Mealtime Line, by Playtex. Designed with our feeding specialist to help your child learn to feed himself at every stage. With colors, shapes and language to create wonder and delight at mealtime.



## Sears Portrait Studio

Trust Sears Portrait Studio for all your special moments. From your baby's first tooth to your child's fifth birthday, our photographers have the experience and professionalism to capture the moment perfectly. Call today!
1-888-PORTRAIT.



L'il Critters' Gummy Bear Vitamins provide essential vitamins and minerals, with no artificial colors, flavors or preservatives, to help kids grow happy, healthy and strong. Kids love 'em! Parents trust them.
Gummybearvitamins.com



### Kellogg's RICE KRISPIES

When you hear the Snap! Crackle! Pop!® of Kellogg's® Rice Krispies® cereal calling, you know it's a chance to share both food and fun with your child.



blue skies ahead
soar into spring with our great new styles, available in stores today. shop at the location nearest you or visit us online @
childrensplace.com

## Shopping Basket Spring Sweepstakes

Outfit your child this spring with fashions from The Children's Place and pediped™.

Five winners will each receive a $40 gift card from The Children's Place to use at any of the 850+ locations, plus a pair of child's shoes from pediped™!



The Children's Place carries favorite head-to-toe looks for boys and girls, sized newborn to 14. Offering everything from casual basics to comfortable dresswear. Let The Children's Place outfit your child for spring!



pediped
Designed with love, pediped™ footwear combines comfort and fashion into a shoe that is pediatrician recommended. pediped™ footwear is "the next best thing to bare feet".

To Enter  Please send your full name, address, and phone number on a 3" x 5" index card and mail it inside a postage prepaid business size envelope to:

"Shopping Basket Spring Sweepstakes"
114 Fifth Ave, 16th Fl
New York, NY 10011

NO PURCHASE NECESSARY. VOID WHERE PROHIBITED. [remainder of legal text illegible]





ALL THE BEST FOR YOUR FAMILY

# COOKIE

**JULIANN MOOR**
on marriag
motherhoo
and h
many freckle

**KID FURNITURE**
that grows
with them
P. 186

**SAVOR PIE**
Deliciou
one-dis
mea

# 5

**EASY DINNERS**
(1 Afternoon)
P. 108

# 99
ways to sa
time, mone
and th
environme

**PLUS THE BEST**
DIY Halloween
Costumes,
Crib Bedding
& Superhero
Outfits

# GOOD CLEAN FUN
DRESS, TRAVEL, AND DECORATE FOR A HEALTHY PLANET

OCT. '07 - NOV. '07 COOKIEMAG.COM
DISPLAY UNTIL NOV. 15, 2007



**pediped**™

next best thing to bare feet

















Soft, Cushioned Soles • Premium Leather • Indoor/Outdoor Use

www.pediped.com

Visit our website to find a retailer near you or enter coupon code **cookie107** for free shipping
(800) 660-1248 or (702) 567-0311





PARENTSMAG.COM

OCTOBER 2007

# Parents

## RAISE A KID WITH A BIG HEART

## Boo!
### cute halloween costumes crafts & treats

## WHAT SMART BABIES DO FOR FUN

## TALL OR SHORT
### DOES YOUR CHILD'S SIZE MATTER?

MONEY ADVICE AT-HOME MOMS NEED MOST



**pediped**

next best thing to bare feet








Soft, Cushioned Soles • Premium Leather • Indoor/Outdoor Use

## www.pediped.com







pediped™ footwear
(800) 680-1745 or (702) 567-0311

pediped™ is available at fine children's boutiques and department stores including:
Nordstrom • von Maur • babystyle • GUY Shoes • buybuy BABY • This Little Piggy Wears Cotton
Life Size 4 Fred Segre • Giggle • Brooks Shoes for Kids

Visit www.pediped.com to find a retailer near you or
enter coupon code parents107 for free shipping.

All orders received by 2pm (PST)/5pm (EST) will ship the same day
via 2-day shipping (continental US only)

US sizes 0 to 7. MSRP $29 - $31

# Trick Your Body Into Staying Young



# Reader's Digest

rd.com

## Renée Zellweger
Her Secret to a
Happy Single
Life

## 33 GREAT NEW IDEAS
Money, Health,
Work, Love
& More

## THE VITAMIN
# HOAX
## 10 Not to *Take*

## SPLIT-SECOND HEROES
of the Bridge
Disaster

## Homeowner ALERT
The New
Risk to
Avoid



November
2007
$2.99



next best thing to bare feet



Photo
Contest
Winner

Soft, Cushioned Soles • Premium Leather • Indoor/Outdoor Use



www.pediped.com

sit our website to find a retailer near you or enter coupon code **RD117** for free shipping.
(800) 880-1245 or (702) 567-0311



THE WORLD'S FINEST PARENTING MAGAZINE

# Junior

100 ISSUE

DECEMBER 2007
WWW.JUNIORMAGAZINE.CO.UK

## PEACE & GOODWILL
No stress, no tears – just fun!

## MAGIC
*sparkle*
**&shine**
Brilliant gifts for
Santa's big delivery

## TOP 100
### CHILDREN'S BOOKS
### OF ALL TIME
Presenting Junior's
exclusive list of
best-loved reads

## THE GIFT
## OF GIVING
without spoiling
your child

## PARTY
## FROCKS
## THAT
## ROCK

*100s of great ideas to create your* **BEST CHRISTMAS EVER!**

ISSUE 100

9 771461 562051

FASHION ✳ HEALTH ✳ LIFESTYLE ✳ EDUCATION



**pediped**™

next best thing to bare feet













Soft, Cushioned Soles • Premium Leather • Indoor/Outdoor Use

www.pediped.com





**pediped**™

next best thing to bare feet



U.S. Children's sizes 0 to 7





**ACCEPTED**

AMERICAN
PODIATRIC
MEDICAL
ASSOCIATION

Coming Spring 2008... the evolution of pediped™!







www.pediped.com to find a retailer near you or enter coupon code "parenting127" for free shipping.
800.880.1245  •  702.567.0311





# pediped

next best thing to bare feet

## Soft, Cushioned Soles • Premium Leather • Indoor/Outdoor Use



www.pediped.com  •  (800) 880-1245 or (702) 567-0311

pediped™ is available at fine children's boutiques and department stores including

Nordstrom • Von Maur • babystyle • OILY Shoes • buybuy BABY • Giggle • Brooks Shoes for Kids • This Little Piggy Wears Cotton

Visit www.pediped.com to find a retailer near you or enter coupon code wm0809 for free shipping.

Available in US sizes 0 to 7 (newborn – 24 months+) MSRP $29 - $31

hydrocortisone cream, bandages, gauze, tape, an ice pack, tweezers, sunscreen and insect repellent. And maybe a few Swedish Fish to ease the pain.

To prevent fussing and fighting, give each child his or her own "zone" in the car, says Dr. Hogan. "All kids should be placed in car seats until age four and booster seats until age eight and use seat belts afterward." Physically separating them in this way may keep arguments to a minimum.

#### Soothe crankiness creatively.

By mile 453, you've worn out the Dr. Seuss audio books and the Dora the Explorer soundtracks. Everyone's grumpy and tired—including you. That's when you break out the following activities:

**Docu-mama** Bring a camcorder along so you can record songs, stories and trip events for an audiovisual history of the journey. Older kids can help shoot video and interview family members.

**Bead it** Reward young kids with a pretty bead for every specific area attraction

they spot—sightseeing billboards, strange restaurants, unusual license plates, birds and other animals.

**Numbers game** Have kids guess how long it will take to reach a distant mountain, how much lunch will cost or how many white cars will pass by in the next mile. Dole out boxes of raisins as prizes.

#### Seal the deal.

What you do at the end of a road trip is almost as important as what you do at the beginning of it. When children

remember how much fun they had on the journey, they'll be raring to go on another one—and your future travels together will become a lot easier. While you're away, have kids keep a journal of their impressions, written on the back of local postcards. Send them home so everyone can read them when they get back, then put them in a trip scrapbook. Don't forget to play the video you've recorded, too. With luck, your children's memories of the trip will last far longer than the trip itself.        —Melinda Dodd

## Sightseeing Sites

Find more tips for terrific trips at these family-friendly Web sources:
**Roadside America** (www.roadsideamerica.com) Find weird and wonderful tourist attractions, from the World's Largest Cheeto to the Boggy Creek Monster to the Smallest Church in 48 States.
**America's Byways** (www.byways.org) Why stick to those boring old highways? This government site has photos, maps and details about the most scenic and legendary drives in the country.
**We Just Got Back** (www.wejustgotback.com) Here's the inside skinny on top road-trip destinations from families who've already been there—and lived to tell the tale.



# Wonder time

WINTER 2006–2007

Celebrate your child's love of learning

**Why Kids *Should* Talk Back**
**The Top 13 Toys of All Time**
**Childbirth—What a Pain!**
**Games for Holiday Get-Togethers**
**Tantrum, Uninterrupted**

From the Editors of
FamilyFun



DISPLAY UNTIL JAN 16, 2007
$4.95US $5.95CAN

642

0  74851 08031  3

## Teach your child to . . .

use chopsticks  be a volunteer  make rock candy  *own* her tiara

wondertime.com

*gifts that delight*



advertisement

# holiday gift guide





Soft cushioned soles, velcro fasteners & 100% leather make pediped™ "the next best thing" to bare feet. Indoor/outdoor use. Newborn to 2 1/2 years (sizes 3 - 8). Find a retailer near you at www.pediped.com or enter coupon code "wondertime" for free shipping.
(702)567-0311

**pediped**
next best thing to bare feet

## The Must-Have Gift for New Parents!



100 of the world's most trusted parenting experts provide practical advice on every aspect of the baby years, including:

DR. BILL SEARS
on Managing Teething

WENDY BELLISSIMO
on Designing a Nursery

DR. HOWARD MURAD
on Reducing and Eliminating Stretch Marks

KATE SPADE
on Packing a Diaper Bag

DR. HARVEY KARP
on Calming a Crying Baby

AND **95** MORE...

Clarkson Potter/Publishers
ClarksonPotter.com

**AVAILABLE WHEREVER BOOKS ARE SOLD**



AWARD WINNING

## Preschool Prep Series Products

### Educational DVDs That Produce Results

A study of over 50 babies and toddlers, who watched *Meet the Letters*, resulted in over 90% of these children having complete upper and lowercase letter recognition. Many learned in less than two weeks! Most impressively, nearly 70% of children under 24 months of age mastered the alphabet.

www.preschoolprepco.com
866-451-5600



Join Our Reader Panel

### Wondertime is looking for more ways to connect with you!

Join the Wondertime Reader Panel, and share your thoughts with us.

The panel consists of reader volunteers who we contact periodically via e-mail and ask for opinions on various Wondertime topics, such as family traditions, kid-centric home design, and savvy solutions to parenting conundrums. When we have a question, we send panel members an invitation to complete an online survey. In return, not only do you win our eternal gratitude, but there are cash and prize incentives as well.

To find out more, and to decide if you'd like to join, visit **wondertime**.



› Visit us at latina.com

# Latina

EAT
LATIN.
LOSE
WEIGHT.
(This month's Latina Diet!)

9
SECRETS
FOR **SEXY**
**CURLS**

**12 EASY
RECIPES!**
Including perfect
frijoles, delicious
quesadillas &
low-fat
dinners

THE BEST
LATIN
MUSIC
YOU DON'T
KNOW
**PLUS: CHAYANNE
GETS NAKED**

SARA RAMIREZ
The *Grey's Anatomy*
star—bold, beautiful
and breaking
the mold

Spring
looks
for your
curves

APRIL 2007

## You're a Star!

Today's hottest jewelry look is yours for less than you ever dreamed possible. The personalized name necklace is in Sterling Silver is just $39. (Search style 15749.) Get FREE SHIPPING with code SHIPLAT4. Visit www.limogesjewelry.com or call 1-800-253-0950.



advertisement



## Save the ta-tas®!

For fun. For attention. Fashion with a purpose. Buy ta-tas® and help fight breast cancer! 10% discount with code: LTA07 at www.savethetatas.com

*ta tas calientes*

## Bye Bye Cellulite

Hello Sexy! CBS, NBC, ABC & FOX reported Cellulean with pharmaceutical Aminophylline visually slims, smoothes & firms your legs & derriere in 30 days. 9 clinical trials at UCLA. Cellulean Works! 1-866-622-3550 or visit www.Cellulean.com for a free trial!



# Best Buys
## for Spring
by jonelli

## Nyce Legs
## Spray On Stockings

Get the look and feel of real nylon stockings without the fuss, bother, tears and runs—in just seconds! Better still, NYCE LEGS won't come off your skin during the day—but rinses off easily with soap and water. One 5 oz. can do up to 15 applications. Make sure your legs look extra nice with NYCE LEGS! $19.95, www.nycelegs.com or 1-800-336-1968



## Live Psychic Readings

You'll be surprised at what we can tell you in 10 minutes. Call Psychic Source for your authentic psychic reading by phone. Live readings available 24/7. Call 1-866-399-3485 and mention code: 4000I. For ent. only. 18+ www.psychicsource.com

### Talk to the Experts

**$10 FOR TEN MINUTES**
new members only. satisfaction guaranteed

**PSYCHIC SOURCE™**



## pediped™ soft-soled infant footwear

New Spring/Summer 2007 collection available now! Soft, cushioned soles, 100% leather and indoor/outdoor use make pediped™ the next best thing to bare feet. 35+ styles available in US sizes 0 to 6 (newborn-24mths+) for girls & boys. Find a retailer near you at www.pediped.com or enter coupon code: latina4 for free shipping. www.pediped.com or 1-800-880-1245

## The First Delicious Way to Lose Weight!

The Hollywood Cookie Diet™ works! Packed with nutrients. Easy-to-follow meal replacement. Only $19.95 for 3-day supply. Satisfaction and success guaranteed. www.hollywoodcookiediet.com or 1-800-467-2805

**COOKIE diet**



*There's a new Girl in town...*

*Latin girl*

BY VARGASSTUDIOS.COM, MODEL ANABEL

## WHAT'S HOT

LATIN GIRL MIRACLE SKIN CREAM AND PAPAYA FRUIT CLEANSER THE FASTEST SELLING SKIN CARE PRODUCTS WORLDWIDE. FOR A FREE SAMPLE OR STORE NEAR YOU CALL 1-866-739-9528 OR VISIT WWW.LATINGIRLCOSMETICS.COM



## Se Habla Spanglish?

Latin Laundry's line of bilingual apparel celebrates growing up Latino in the US. They call it "Estamos Unidos." Stay connected to your culture without sacrificing style... $29, www.latinlaundry.com

## Photowow

As seen on Telemundo. Turn your favorite photos into big, fun pieces of art! Choose from 40 different designs ranging from Warhol-style to fun montages—printed large on canvas and custom framed! Prices starting at $128. www.photowow.com or 1-800-453-9333



by haute media inc. to advertise your haute product 1-866-40-HAUTE email: janelle@hautemedia.com



SPECIAL LONDON EXTRA

EXTRA 16 PAGES OF EVENTS, SHOPPING AND PLACES TO GO

THE WORLD'S FINEST PARENTING MAGAZINE

# Junior

FEBRUARY 2008
WWW.JUNIORMAGAZINE.CO.UK

**CALMER KARMA**
Raising a chilled child

**LESS-THAN-PERFECT
...BUT HAPPY**
The rise of Beta Mummy

## THE
# MODERN DESIGN
### ISSUE

**TRICKY TODDLERS**
The road to independence

**MORE VEGETABLES, PLEASE**
Tasty ways to encourage a healthy eater

**PLUS**
22 PAGES OF
**FASHION
TRENDS**

ISSUE 102      £4.00
02
9 771461 362990

FASHION ✽ HEALTH ✽ LIFESTYLE ✽ EDUCATION











Olivia


Grace


Anastasia


Giselle


Collin


Jane

# the next best thing to bare feet

www.pediped.com

# EXHIBIT 4



# Consumer Reports®

# Best

# Baby

# Products

**◆ NINTH EDITION ◆**

The A to Z guide
to everything you need
for your baby

• Dangerous products revealed
• The best and worst brand-name models
• Handy lists of what you really need
and which items are a waste of money

by Sandra Gordon
& the Editors of CONSUMER REPORTS

TRY
CONSUMER
REPORTS.ORG
FREE

At specialty boutiques, you'll see high-maintenance fabrics that require ironing or dry cleaning, such as linen and cashmere, as well as hand-knit items.

Major brands of infant wear can be found in leading department stores and retail chains across the country, online, and in catalogs. They include, in alphabetical order: Baby Gap (www.gap.com), Baby Lulu (www.babylulu.com), Baby Style (www.babystyle.com), Bunnies by the Bay (www.bunniesbythebay.com), Carter's (www.carters.com), First Impressions Baby (available at www.macys.com), Flapdoodles (www.flapdoodles.com), Good Lad (www.goodlad.com), Gymboree (www.gymboree.com), Halo Innovations (for sleep sacks, also known as wearable blankets, www.haloinnovations.com), Hanna Andersson (www.hannaandersson.com), Lands' End (www.landsend.com), Little Me (www.littleme.com), Mulberribush (www.mulberribush.com), Old Navy (www.oldnavy.com), Pumpkin Patch (available at www.nordstrom.com), Ralph Lauren (www.polo.com), Talbots Kids (www.talbotskids.com), and Tommy Hilfiger (available at www.macys.com). Many of these brands can also be found at major retailers and e-tailers such as www.target.com, www.babiesrus.com

## FOOTWEAR FOOTNOTES: LOSE THE SHOES

Shoes complete the outfit for kids, but wait until your child begins walking—usually at 10 to 14 months—before buying her first official pair of shoes. That's when a child really needs them. Jane Andersen, D.P.M., a spokeswoman for the American Podiatric Medical Association, recommends picking a first shoe with flexibility, which helps the foot develop its arch. "Try to bend the shoe in half," she says. "If it bends easily, it's a good shoe." The best shoes also have traction on the bottom so your baby won't slip easily. A shoe doesn't have to be expensive to be flexible, but in Andersen's shopping experience, the most flexible shoes are higher-ticket brands. In our opinion, that might include Merrell (available at www.shoes.com), Nina Kids (available at leading e-tailers such as www.zappos.com), Pediped (www.pediped.com), Stride Rite (www.striderite.com), and Umi (www.umishoes.com). And, adds Andersen, stores that sell higher-ticket brands generally have experienced sales help to make sure you buy the right size. You'll want some room at the toe, but not so much that your child will trip. Also, keep in mind that toddlers kick off anything and everything, so look for flexible shoes that lace. They're harder to take off than shoes with Velcro closures.

To keep your prewalker's feet warm outside on cool days, look for soft, elasticized baby socks or booties that cling to the feet so your baby can't kick them off. You don't have to buy the leather baby shoes you'll see everywhere, which can easily run you $25 per pair or more, and which your baby will outgrow quickly.



pediped footwear | Soft-Soled Baby Shoes | Infant Toddler Baby Shoes |

home    shop    why pediped?™    originals    flex    testimonials    photo gallery    media    store locator    contact us

## awards and recognition

### American Podiatric Medical Association (APMA)
- Seal of Acceptance -



pediped™ footwear is proud to announce that it has been awarded the American Podiatric Medical Association Seal of Acceptance. The APMA Seal Program recognizes products that contribute to better foot health. For more information, please visit www.apma.org.



APMA American Podiatric Medical Association
America's Foot and Ankle Physicians and Surgeons



Earnshaw's Infants', Girls' and Boys' Wear Review

Earnshaw's

'Best Children's Footwear'
Earnie Award

pediped™ footwear was awarded Best Children's Footwear in 2007 and Most Innovative New Brand in 2005 by Earnshaw's Magazine. For more information, please visit www.earnshaws.com.



'Most Innovative New Brand'
Earnie Award





United States Patent & Trademark Office Museum
2006-2007 Exhibition of "Innovations in the Footwear Industry"

pediped™ footwear is delighted to be featured in the USPTO Museum's 'Shoes: Innovations at Your Feet' exhibit which highlights shoe technology past and present.  Visitors to the museum can learn the history of patented footwear and view stylish new innovations (such as pediped™).  The exhibit offers a view of all kinds of footwear that incorporates 19th century models as

pedigel footwear | Soft-Soled Baby Shoes | Infant Toddler Baby Shoes |

well as reccent accomplishments of today's footwear industry fashion. This museum was developed and is maintained by the National Inventors Hall of Fame Foundation, Inc.







http://www.pedigod.com/biznso/jrod/prod/awards.aspx (3 of 5) at 10/2008 4:21:24 PM



http://www.invent.org/about_invent_now/4_3_1_ptomuseum.asp

The United States Patent & Trademark Office Museum
600 Dulany St., Madison West, Suite 1C65
Alexandria, VA 22314
(571) 272-0095

July 2006 - March 2007

Better Business Bureau

pediped footwear | Soft-Soled Baby Shoes | Italian Toddler Baby Shoes :

pediped™ footwear is happy to announce that it is a proud member of the Better Business Bureau of Southern Nevada.





The National Parenting Center
- Seal of Approval -

pediped™ footwear has been awarded The National Parenting Center's Seal of Approval. This honor is given to the finest children's products on the market. Our shoes were evaluated by a panel of parents and children in a variety of categories. Testers labeled our shoes as beautifully crafted, durable and adorable. To read more about the National Parenting Center please visit www.tnpc.com.

**about pediped™**
about us
awards & recognition
celebrity fans
press releases

**Originals™ Collection**
girls
boys
spring/summer 2008
best sellers
features & benefits

**Flex™ Collection**
girls
boys
spring/summer 2008
best sellers
features & benefits

**product info**
faq
sizing
shipping
gift giving
product safety
care instructions

**corporate**
wholesale inquiries
retailer login
affiliate program
charitable donations
careers

**customer service**
order tracking
exchanges & returns
provide feedback
suggest a new style
suggest a store
tell a friend

-----Original Message-----
**From:** momsinbusiness@gmail.com [mailto:momsinbusiness@gmail.com]**On Behalf Of** Gina Robison-Billups
**Sent:** Monday, April 07, 2008 5:21 PM
**To:** deannebrian@embarqmail.com
**Subject:** angela's nomination letter

Angela Edgeworth
Pediped

Dear Ms. Edgeworth,

We are very proud to inform you that you have been nominated for the Create Your Dreams *2008 National Working Mother of the Year Award* from the Moms In Business Network and The International Association of Working Mothers. This prestigious *National Working Mother of the Year Award* is given a woman who is currently balancing career, family and motherhood. A woman who is a leader in business, the arts and the community. **Congratulations!**

A few of the previous honorees of this award include: Carol Lavin-Bernick, Chairman of Alberto-Culver Company, Julie Clark, Founder and Creator of Baby Einstein, and Joy Thomas, Sr. Vice President at Baxter Intl.

Moms In Business Network and its sister association The International Association of Working Mothers, is the only association that represents the interests of the nearly 60 million working mothers in the United States and millions more around the world. We also award two women business owners each with a $10,000 grant package. The gala benefits The International Association of Working Mothers, a non profit organization, to help further its mission of supporting working mothers toward independence, education, and safety. **The Create Your Dreams Awards Gala is the only nationally recognized awards gala honoring the accomplishments of working mothers.**

This year's event will be held on Saturday, May 10, 2008 at the luxurious resort destination, Loews Hotel, in Lake Las Vegas, Nevada. The event will include cocktail reception, gourmet dinner, awards show, live entertainment, and a VIP-After-Party for our honorees and sponsors. We will also host a private presidential reception for the honorees on May 9th.

Please contact us to confirm that you are able to attend the gala to accept this award. More information about the gala is enclosed.

Congratulations again on being nominated for this outstanding award.

Sincerely,

I.     *Gina Robison-Billups*

Gina Robison-Billups

President/Founder

Direct Line: 702-353-1392

--

Moms In Business Network
www.mibn.org
The International Association of Working Mothers
www.iamaworkingmother.org
Mom's Vote Matters
www.momsvotematters.org
Enjoy the Ultimate Mother's Day Weekend with Us!
Attend the 2008 Create Your Dreams Awards
www.createyourdreamsawards.com



**EARNSHAW'S**
The Voice of Children's Wear
for over 89 years

2005 NOMINATION AWARD

Presented to

# Pedipeds

For Excellence in Design

## Most Innovative New Brand

*Ross Garnick*

ROSS GARNICK, Publisher

# EXHIBIT 5





## Sweet soles

### A cushy treat for tiny feet

Pediped shoes, that fabulous line of infant footwear designed by real-life parents Angela and Brian Edgeworth (and recommended by pediatricians), has some nifty new sandals for summer. Perfect for play dates at the park or romping around the back yard, the soft-soled shoes are made with a double layer of leather, plus a foam pad on the soles for extra cushioning. Velcro fasteners add even more comfort and convenience (touted as "the next best thing to bare feet," pedipeds are certainly making the rounds in Hollywood, with Julia Roberts, Courteney Cox and Britney Spears counted among the footwear fans. $26-$36, pediped.com.





store, inform the cardigan is named after
and where the Pompadour hair originat-
ed. Great for budding shoppers (\$8.95).
Scholastic Store, 450 Central Park Ave.,
Scarsdale, 725-7201, scholastic.com)

**10  Baby Steps**

Even infants need to step out in style
this season. And that's where pediped
comes in. A favorite among celebrities
like Julia Roberts and Courteney Cox,
their new line includes over 30 different
styles. Made from quality leather, you'll
find everything from embroidered Mary
Janes to moccasins ($28–$30). Baby
Bee's, 38 Main St., Tarrytown, 524-
5142; Miller's, 335 Mamaroneck Ave.,
Mamaroneck, 698-9020; Twinkle Toes,
1943 Palmer Ave., Larchmont, 833-
1455, pedipedbabyshoes.com)




http://www.pedipedbabyshoes.com/Images/assets/Chicago_Tribune_Article.jpg

Chicago Tribune











◄ Finding fashionable footwear for little ones can be a sizeable "feat," but two companies are making parents' hunt a little easier. **Pedipeds**, started by Nevada's Angela and Brian Edgeworth, combine style and soft soles to suit boys and girls, up to 2 years of age. Soft soles "enable children's feet to grow naturally and to develop musculature and strength," says Pedipeds' mission statement. **Trumpette** socks also showcase an alternative to the traditional hard-soled shoe. The California-based company, founded by Jon Stevenson, specializes in whimsical socks — think animal prints, roses or ballet slippers — for youngsters. Bec & Sam's, 6612 Telegraph Road, Bloomfield Hills, 248-539-0500; The Purple Bear, 244 E. Maple Road, Birmingham, 248-645-0400; and Oliebollen, 711 N. Fourth Ave., Ann Arbor, 734-668-1887.



## Pediped Rolls Out Rubber-Soled Shoes for Big Kids

Beginning in February, parents disappointed their children have outgrown Pediped's flexible-soled line of footwear for ages 0 to 24 months will have a new option. A rubber-soled footwear collection for children 2 to 5 years old will be available to U.S. and international stores for Spring '05.

Based in Henderson, Nev., Pediped is known for its podiatrist-recommended soft-sole baby and toddler shoes which support natural foot motion for children's

growing feet and can be worn indoors and outdoors for play and normal walking. The new styles for older children will be consistent with Pediped's signature design. Twelve girls' styles and 8 boys' designs will be available in sizes 6 to 12, including slip-on sneakers, runners, flip-flops, Mary Janes and open-toe sandals that incorporate designer fabrics, patents and more. The shoes, which wholesale for $19 to $24, will debut on the vendor's Web site before hitting retail next spring. Contact Pediped at (800) 880-1245 or visit www.pediped.com

16    November 2007    PEDPEDSWW.COM



family | fashion & accessories

## wee style







Stepping out with your baby means a new pair of shoes, ones with soft, cushioned soles that bend, are made from a breathable fabric like 100 percent leather and have a broad toe and a flat heel for stability. **PEDIPED** shoes ($25–$30) come in over three styles for boys and girls, sizes newborn to twenty-four months. Available at Nordstrom or pediped.com.
—K.T.A.





London Sole Pirouette Flat,
londonsole.com, $150.
Nina shoe, pediped.com, $29.





Bottoms Up

94



Fresh, fashionable finds for your little one this season

# springtime cool

**1 Think Spring** Cute patterns and great t-shirts are trademarks of children's clothing company Zutano, and their Spring Collection are no exception. Hooded Zip Top in Red ($44.00); Cabana Stripe T-Shirt ($24.00) and Explorer Shorts in Green Tea ($26.00). All items available in June on www.zutano.com

**2 Soft and sweet for little feet** A new idea from the "Classic" so many children (and parents!) have come to love, TAGGIES Toes are a super comfortable, fun way to dress up your little ones feet, and it keeps them busy, too! Teddy Bear TAGGIES Toes ($14.95) on www.taggies.com

**3 Smart design, happy preemies** The innovative preemie clothing designs from Annie's, LLC mean a more comfortable experience for your preemie, even if they are dealing with apnea monitors, heart monitors and more. Tabs on the outside hold tubing in place, labels are on the outside of garments, and velcro on the front means you never have to undress the baby to adjust tubes and wires. Sleeper with Front Opening in Lambs, Teddy Bears & Giraffes ($16.99) on www.anniespreemie.com

**4 Second only to bare feet** These cute shoes make us want to run out and buy a few for our own little ones! The soft soled, hand stitched designs from PediPed are 100 percent leather, allowing little feet to develop naturally while providing optimal support, protection and fit. Plus they're easy to get on and off. "Caroline" in Pink "Liam" in Light Brown and "Brandon" in Red ($29.00) available on www.pedipeds.com

**5 Double the choices for little ones** The Little Lamb line from Baykiss offers two sizes Preemie (up to 4 pounds) and Just Born (4-7 pounds). A soft palette is perfect this spring and, as we all know, the sizing makes a big difference when it comes to diapering and dressing your preemie. Long Johns in Button Stripes ($25.00); Diaper ($7.00) on www.baykiss.com













# Mommies with Style
the online community for trendy moms

ABOUT US    ADVERTISE    new section - coming soon!    DAILY BLOG    MESSAGE BOARDS    SITES WE LIKE    CONTACT US

**MARCH 20, 2007**

## Comfy shoes for baby from PediPeds

So I just got the baby a bunch of shoes from
Pedipeds. With his big brother, I only did a
couple pairs of Robeez early on - and I never
really loved them, look wise or other. Not that
there is anything wrong with Robeez - they have
a quality product - but I've never been a huge
fan of the soft-soled look on babies. But as this
site grew, Julie became the guru on soft-soled
shoes and I kept hearing her talk about



PediPeds. So when I recently had #2, I knew I wanted to check them out.

So I got a couple pairs to use with him in the summer and fall. I really love
the look. They are soft-soled, which is important with babies who are
learning how to walk. (As they grow and learn how to walk, if your baby
has to be in shoes instead of being barefoot, soft-soled is recommended
due to development purposes.) They have black soles that are stitched on
(cute), and 100% leather. They got up to 24 months. And love that they
close with velcro and not elastic - seems easier when slipping them on and
off squirmy feet. And personally, I think the styles are really classic
looking.

# CELEBRITY BABY BLOG

## Sponsor: pediped footwear has celeb following
By Gina Maher



pediped™ footwear combines comfort, quality and style to provide a soft-soled shoe that is great for indoor and outdoor use yet pediatrician recommended. Made from premium leather, pediped™ provide the ultimate in baby comfort. Because of its many beneficial attributes that promote quality foot health, pediped™ has just been awarded the prestigious 'Seal of Acceptance' by the *American Podiatric Medical Association* and is also featured in *Consumer Reports*® 2007 Best Baby Products guide.

pediped™ also has a large celebrity following. **Angelina Jolie** was recently spotted purchasing pink Lauren loafers for her daughter **Shiloh**. Other celebrity fans include **Heidi Klum, Julia Roberts, Jon Stewart, Denise Richards** and **Britney Spears** (just to name a few).

Recommended by podiatrists and pediatricians alike, pediped™ footwear are a smart choice for fashion conscious parents concerned with the long-term development of their children's feet.

EXHIBIT 6



JACK:LILY

THE COLLECTION     ABOUT JACK AND LILY     STORE LOCATOR     CONTACT US

Shopping Bag   Customer Service   Size Chart                              Back to Homepage



NEW STYLES *for* BABIES AND TODDLERS
FREE REGULAR SHIPPING. ENTER CODE (FREESHIP) AT CHECKOUT. US/CANADA ONLY

    

pink / pink metallic trainer (1096)    pink / fuchsia metallic (1096)    purple / silver metallic trainer (1095)    blue / silver metallic trainer (1007)    white / silver metallic trainer (1006)

    

saddle shoe / pink metallic (1114)    morning peace (1407)    flower power (1702)    flower power (1703)    pretty princess (1402)


love hearts (1400)


love hearts (1400)


daisy patch (1204)


buckle shoe (1115)


bedtid bunnies (1316)


bedtid bunnies (1308)


shooting stars (1412)


smiling starfish (1204)


perfect penguins (1320)


jelly bean (1406)


perfect princess (1401)


delightful daisy (1200)


adorable baby bear (1201)


graceful ballet (1409)


love tower (1199)


precious poodle (1315)


hawaiian hibiscus (1207)


loveable lion (1206)


saddle shoe (1113)


me kitty (1414)


sailboats (1900)


perfect penguins (1319)


cheesy monkey (1307)


handsome prince (1400)


adorable baby bear (1320)


soaring jet plane (1302)


friendly giraffe (1303)


jolly zebra (1463)


playful doggie (1917)


loveable lion (1204)


bubbly happy whale (1302)


delightful daisy (1201)


charming turtle (1303)


love flower (1206)


singing love birds (1215)


enchanting mermaid (1321)


graceful butterfly (1216)


charming frog prince (1317)


flying dragon (1316)


soccerball (1402)


football (1601)


baseball (1600)


bubbly baby whale (1221)


esneezing elephant (1202)


cheeky choo choo (1601)


playful puppy (1111)


friendly giraffe (1304)


sweet cherries (1406)


cheeky monkey (1100)


sandal - pink (1104)


sandal - blue (1107)


sandal - chocolate (1108)


sandal - cream (1106)


sandal - white (1110)


cream / navy trainer (1000)


blue / orange trainer (1004)


cream / red trainer (1001)


pink / fuchsia trainer (1027)


cream / brown trainer (1002)


solid - cream (1105)

    

solid - blue (1101)     solid - navy (1104)     solid - pink (1100)     solid - white (1102)     solid - chocolate (1103)

    

pretty pink bows (1111)     pretty white bows (1112)     ivy boots / black (1904)     ivy boots / blue (1902)     ivy boots / brown (1901)

 

ivy boots / cream (1903)     ivy boots / pink (1905)



Catalogue Request    Shipping    Return Policy                    Email Sign Up    Tell a Friend

©2008 Jack and Lily. All Rights Reserved. Soft-soled leather baby shoes, handmade, toddler shoes and crib shoes      Privacy    Terms of Use

# EXHIBIT 7



# EXHIBIT 8



*discover touch and*

**JACK LILY**

THE COLLECTION    ABOUT JACK AND LILY    STORE LOCATOR    CONTACT US

Shopping Bag    Customer Service    Size Chart

*Back to Homepage*

# NEW 'MY SHOES' *by* JACK AND LILY

FEATURING OUR EXCLUSIVE RUBBER SOLE PADS. **AVAILABLE APRIL 20TH, 2008**









Daisy patch / pink (171)    Daisy patch / mint (172)    Saddle shoe / pink & chocolate (181)    Saddle shoe / black & white (182)    Heart / pink (162)







Heart / chocolate (161)    Simone / white (412)    Sandal / pink (415)    Princess / mint (131)    Sport / pink (301)


Love hearts / pink (261)


Hibiscus / navy (142)


Love / chocolate (111)


Lovebirds / chocolate (151)


Scott / navy (231)


Solic / chocolate (252)


Anchor / white & light blue (251)


Anchor / navy & light blue (222)


Prince / chocolate (243)


Prince / light blue (244)


Sport / navy & white (501)


Sport / white & green (502)


Sandal / chocolate (402)


Sandal / navy (401)


Skull / black (201)

Catalogue Request    Shipping    Return Policy

Email Sign Up    Tell a Friend

©2006 Jack and Lily. All Rights Reserved. Stylized letters    baby shoes    trademark    toddler shoes    and ultimate    Infant Shoes    Privacy    Terms of Use



# EXHIBIT 9

Jack and Lily #181



pediped Samantha



Jack and Lily #412



pediped Olivia



Jack and Lily #411



pediped Katelyn





Jack and Lily #402



pediped Colin



Jack and Lily #171



pediped Abigail





Jack and Lily #251, #252



pediped Tyler (Navy, Brown)



Jack and Lily



pediped



Jack and Lily



pediped





# EXHIBIT 10

http://www.jackandlily.com/c37998726p17074196.2.html

4/12/2008



Shopping bag    Customer Service    Size Chart

THE COLLECTION    ABOUT JACK AND LILY    STORE LOCATOR    CONTACT US

## NEW STYLES for BABIES AND TODDLERS

FREE REGULAR SHIPPING (WITH CODE 'FRESHIP') AT CHECKOUT. US/CANADA ONLY



Jack and Lily shoes are packaged in our clear, keepsake bag. click to view.



Jack and Lily
Saddle shoe / pink & chocolate (181)

A modern classic.
A beautiful saddle shoe in pink and chocolate brown. Detailed with scalloped edging and pink top stitching. Chocolate brown sole.

**Features:**

* A true soft-sole shoe that can be used Indoor and Outdoor
* Non-toxic, breathable, premium grade 100% leather
* Flexible and durable rubber sole pads add extra grip
* Soft and flexible leather soles
* Genuine suede lining
* 3mm cushioned soles and cushioned ankle protection
* Ultra-light and flexible providing ultimate comfort
* Velcro makes it easy to put on and stay securely in place
* Perfect for pre and new walkers
* Recommended by Podiatrists

login ▼
shopping cart
items: 1  subtotal: $30.00

home   **shop**   why pediped™?   originals   flex   testimonials   photo gallery   media   store locator   contact us



| Add to Cart | Overview | Sizing | Awards | Reviews | Related |

## Details

The luxury of leather with the convenience of easy wear, the Samantha is a two-toned treat for your toddler. Available in pink/brown.

## Features

Soft, Cushioned Leather Soles - Made with a double layer of leather plus a foam pad on the soles for extra cushioning, pediped™ footwear provide infants with the ultimate in comfort and protection.

Velcro Fasteners - pediped™ footwear feature velcro fasteners that make them quick and easy to put on (even with just one hand). And they stay securely on babies' feet.

Indoor/Outdoor use - pediped™ footwear provide the benefits of a true soft-sole, yet are ideal for both indoor and outdoor use.





EXHIBIT 11

Jack & Lily My Shoes Pre-order...Prince - eBay (item 320238198679 end time Apr-19-08 17:16:57 PDT)



**ebay**®

Sign in or register

Categories ▼   Motors   Express   Stores

Search   Advanced Search

Buy   Sell   My eBay   Community   Help

Site Map

eBay Security & Resolution Center

🔵 Back to list of items

Listed in category: Clothing, Shoes & Accessories > Infants & Toddlers > Girls' Shoes > Crib Shoes

## Jack & Lily My Shoes Pre-order....Prince

Buyer or seller of this item? Sign in for your status

Item number: 320238198679

*Buy it Now* price: **US $30.00**   Buy It Now >

Watch this item in My eBay

View larger picture

| | |
|---|---|
| End time: | **Apr-19-08 17:16:57 PDT** (8 days 9 hours) |
| Shipping costs: | To United States -- **US $8.00** <br> Canada Post Small Packets - USA - Ground <br> Service to United States <br> (more services) |
| Ships to: | Worldwide |
| Item location: | northwestern ontario, Canada |
| Quantity: | 4 available |
| History: | Purchases |
| You can also: | Watch This Item <br> Get mobile or IM alerts | Email to a friend |

### Meet the seller

Seller:    momto1ba2gs ( 175 ⭐ )
Feedback:    96.3% Positive
Member:    since Aug-23-07 in Canada

* See detailed feedback
* Ask seller a question
* Add to Favorite Sellers
* View seller's other items: Store | List
* Visit seller's Store:
  🔴 my1princeand2princesses

### Buy safely

1. **Check the seller's reputation**
   Score: 175 | 96.3% Positive
   See detailed feedback

2. **Check how you're protected**
   **PayPal** Up to $200 in buyer protection. See eligibility

Listing and payment details:   Show

**Description**

## my1princeand2princesses

Visit my eBay Store: my1princeand2princesses

Sign up for Store newsletter

Store Categories
Store home
Other Items



Search my Items

Auctiva's FREE Showcase will enhance all your listings

FREE
auctiva

New in Box. Be the first to get Jack & Lily's new shoes....MY SHOES!!! They are due to arrive early April...they will ship to you as soon as I receive them. These are awesome shoes and will sell out quickly!! Similar to Pedipeds, these are a must for this spring. Available in 6-12, 12-18 and 18-24 mths. Please specify size when BIN.

Thanks

Jack & Lily My Shoes Pre-order... Prince - eBay (item 320238198679 end time Apr-19-08 17:16:57 PDT)

## Find more items from the same seller. Bid or Buy Now!



| Crochet Hats..any colour..any size.12 mths-5T | Boys Sketchers Shorts 3X EUC | Boys Gap Shorts 4T & Tee EUC | Boys Mexx 24 mths Lot, EUC |
|---|---|---|---|
| *Buy It Now* **US $16.99** | **US $3.99** | **US $3.99** | **US $3.99** |
| Time left: 3d 8h 58m | 0 bids: Time left: 5d 9h 32m | 0 bids: Time left: 5d 9h 32m | 0 bids: Time left: 5d 9h 33m |

Visit seller's Store

## Shipping and handling



**Ships to**
Worldwide

| Country: | United States | | Quantity: 1 | Update |

| Shipping and Handling | To | Service | Insurance |
| US $8.00 | United States | Canada Post Small Packets - USA - Ground | None |

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
| --- | --- | --- |
| *PayPal* *MasterCard VISA DISCOVER BANK* | Accepted | *PayPal* Up to $200 in buyer protection. See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Personal check | Accepted | Not Available |

Learn about payment methods

## Take action on this item

Item title: **Jack & Lily My Shoes Pre-order...Prince**

Help

## Buy It Now

*Buy It Now* price:   **US $30.00**

Your Quantity:   x   1

Buy It Now >         You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

## Other options

⬆ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time