UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDIPED INFANT FOOTWEAR LLC, | CASE NO. 08-CIV-3572 (LTS) |
| Plaintiff, | |
| v. | **DECLARATION OF ANGELA EDGEWORTH** |
| KUDOS LEATHERGOODS LTD d/b/a JACK AND LILY and ROBERT THOMAS BUELL, Individually, | |
| Defendants. | |

I, Angela Edgeworth, declare as follows:

1.      I am the President of Plaintiff, pediped Infant Footwear LLC ("pediped"). I have held that position since May 2004. I make this declaration based on my personal knowledge and on information available to me from pediped's corporate records.

**A.      The Genesis of the pediped Distinctive Design for High Quality Shoes**

2.      In or about March 2004, my husband and I were looking for the perfect soft-soled shoe for our baby daughter. We wanted a soft-soled leather shoe that was wearable indoors and outdoors. We were looking for a shoe design that was more in the style of adult shoes as opposed to a baby booty. We could not find any baby shoes in the marketplace that provided the fit, function and style we were looking for. So, we decided to create our own designs, and started pediped in May 2004.

3.      Pediped's first line of footwear consists of leather-soled (soft-soled) children's shoes and is called Originals. The Originals collection comprises more than 50 designs in five

sizes. Our Originals collection is shown on Exhibit 1. In February 2008, pediped unveiled a new line of footwear, which consists of rubber-soled toddler shoes for children ages 2 to 5.

4.     Pediped is now one of the fastest growing children's footwear companies in the United States. At the end of 2005, we were selling into 350 stores. At the end of 2006, we were in 1,200 stores, and at the end of 2007 we were in about 2,500 stores. Pediped has been sold through more than 3000 stores worldwide (current accounts are approximately 2700).

5.     The pediped soft-soled collection delivers exceptional quality. We use two layers of leather, with a 3 millimeter soft foam pad insert. Our leather is called top grain, the best that money can buy. Our shoes pass eco-standards that have been established in Europe (there are currently no corresponding U.S. standards). Our manufacturer must adhere to testing standards to meet minimum requirements for toxic materials such as formaldehyde, chromium and other chemicals that result from the dying and tanning of leather. We randomly test our footwear through the University of Cincinnati's leather-testing laboratory. The last time we tested our shoes was April 7, 2008 and our footwear passed all maximum chemical requirements of the test. Our shoes are hand-stitched with expensive thread, which is stronger than steel and comprised of fishing line manufactured in the United States. Quality is pediped's top priority. We also pride ourselves on our service and customer relations.

**B.     The Distinctive Trade Dress of the pediped Shoes and Packaging**

6.     Pediped's Originals line of children's footwear features distinctive styling and packaging, which has been continuously marketed and sold since early 2006. The distinctive styling of our Originals line is shown on Exhibit 2.

7.     The overall look of the design for this line is sophisticated and more adult-like.

8.    Each shoe in our Originals line (other than our baptism shoe, which only comes in two sizes) features a black sole with highly visible white hand-stitching. The design and spacing of the stitching on the shoes creates a stylized rippled effect around the entire shoe. While this hand-stitching is expensive, its unique design adds to the "high-end" nature our shoes. No one else's shoes in the marketplace feature these distinctive elements, other than the rip-offs sold by Jack & Lily.

9.    Pediped soft-soled shoes have a unique and distinctive profile. Our line of soft-soled shoes has a distinct asymmetrical, rounded boxy and formed look with a roomy toe box. In addition, in this industry, the overall look of a shoe is based largely on the visibility of the sole in proportion to the upper part of the shoe. Our Originals shoes are one of the only ones in the market that make the sole visually very small compared to the upper. Together with our hand-stitching, this creates a clean and streamlined look. In contrast, our competitors roll the toe up or the heel up over the upper. Thus, the overall profile of our soft-soled shoes is quite different and unique.

10.    Our line of soft-soled shoes are also formed to create an attractive shape. Our competitors' shoes, aside from Defendants' knockoffs, typically are not formed, and, as a result, they fall flat like a sock or pancake when not worn.

11.    There are seven key dimensions involved in designing our shoes: ball girth, waist girth, instep girth, toe spring, toe recede, heel curve and stick length. Each variation of these dimensions results in a different look of a shoe. Therefore, pediped worked hard to find the perfect combination of the seven dimensions to create shoes with unique and distinctive stylization. A great deal of effort, time, and resources went into ascertaining the proportions

3

needed to create this distinctive shape with various cutting dies, the lasts (the model foot from which we make the patterns) and the curing procedures (at what temperature and for what amount of time). It is virtually impossible for a company to create a shoe that is identical in shape to our line of soft-soled shoes without having the last design and cutting dies used to create pediped soft-soled shoes. We had to provide lasts, cutting dies, temperature and curing time to a publicly traded shoe factory, which recently manufactured our shoes, because they could not replicate it by themselves.

12.     Almost all of our shoes in the Originals line also have a white sewn-in tag on the end of the Velcro strap, featuring our bear logo.

13.     The pediped soft-soled collection with this distinctive overall look consists of two families of footwear -- boys and girls -- each with their own combinations of decorative features and styles. For example, the girls family of soft-soled shoes consists primarily of "mary jane" style shoes with bows, scalloping, ornamental stitching on the upper portion of the shoe, flowers, cut-outs and/or other decorative elements. The girls family of soft-soled shoes also includes "penny loafer" style shoes and boots. The boys family of soft-soled shoes consists of loafers, "penny loafers," boots and sandals. The shoes in the boys family feature cut-outs, ornamental stitching on the upper portion of the shoe and/or other decorative features.

14.     Even with variations in decorative elements and styles among our boys and girls families of shoes, our soft-soled line of footwear features the same unique and distinct overall appearance, and consumers can tell that each of these shoes is part of an overall line of shoes.

15.     Pediped also developed a distinctive form of packaging for its soft-soled line of children's shoes. The shoes are packaged in a sturdy, purple, textured box with a clear plastic

window through which the shoes can be viewed. The box is hinged. The pediped logo and tag

line are situated above the plastic window, with the tag line printed in smaller font. A

description of the product is positioned at the bottom of the box, below the window. The left and

right sides of the box surrounding the window are of equal proportion to each other and the top

portion of the box surrounding the window is more than twice the length of the bottom portion of

the box surrounding the window. In addition, our bear logo and company information is featured

on the back of the box. No one else's packaging for shoes looks like ours. While this packaging

is more expensive than ordinary shoe boxes, we believe that it adds value to our products and

signifies high-end shoes. A photograph of our distinctive packaging is attached as Exhibit 2.

**C.    Pediped's Many Awards and Recognitions For Its Distinctive Shoes**

16.    In December 2006, pediped was awarded the prestigious American Podiatric

Medical Association Seal of Acceptance for our Originals line of soft-soled shoes. In March

2007, pediped's FLEX line of rubber-soled shoes received the American Podiatric Medical

Association Seal of Acceptance. The APMA seal program recognizes products that contribute to

better foot health. The Seal is awarded to a product after the Committee on Podiatric Seals, a

standing committee of the APMA, scientifically evaluates and determines whether the product

allows normal foot function and promotes quality foot health. A detailed scientific evaluation is

conducted by each committee member on every product. The committee then sends its

recommendation to the APMA Board of Trustees, which has the authorization to either accept or

reject the recommendation. Pediped has been awarded this acceptance twice.

17.    In 2005, pediped won an "Earnie Award" for most innovative new brand. The

Earnie Awards is "Earnshaw's" (a leading industry magazine serving the children's market)

annual event honoring design excellence in children's wear. For more than 30 years,  the

magazine has recognized manufacturers in more than 20 categories, including footwear.

Nominees are selected by a panel consisting of children's industry experts. The winners are then

selected by retailers. Other large national brands, such as Dr. Suess and Small Paul, were

considered for this award, so pediped was honored to have been selected as the most innovative

brand among such a distinguished group of brand owners.

18.    In 2007,  pediped was again selected by "Earnshaw's" -- this time for an Ernie

Award for "Best Children's Footwear."

19.    Pediped soft-soled footwear was featured in the United States Patent and

Trademark Office Museum 2006-07 Exhibition of "Innovations in the Footwear Industry."

20.    In 2007, pediped received the National Parenting Center Seal of Approval, an

honor given to the finest children's products on the market. Pediped soft-soled shoes were

evaluated by a panel of parents and children in a variety of categories. Testers labeled pediped

shoes as beautifully crafted, durable and adorable.

21.    In addition, pediped soft-soled footwear was recognized by Consumer Reports in

their 2007 Best Baby Products guide (Ninth Edition) as one of the top recommendations for

flexible children's footwear. A trusted source for consumers for over 70 years, Consumer Reports

provides independent, impartial and credible product information that enables consumers to

make safe, informed buying decisions.

22.    I was selected as the 2008 National Working Mother of the Year by Moms In

Business Network. This was one of my proudest moments and further indicates that pediped

footwear has reached a level of national prominence.

23.    Most recently, pediped received first place for footwear in the 2008 Reader's Favorites Awards of Baby & Children's Product News, an industry magazine.

24.    Some of the awards and recognition that pediped has received are shown on Exhibit 3.

**D.    Advertising, Trade Shows and Press About pediped and its Distinctive Shoes and Packaging**

25.    Pediped footwear and our distinctive packaging is regularly featured in the press, including in "Parenting," "Earnshaw's," "Pregnancy," "Newborn," "Fit Pregnancy," "Parents," "Chicago Baby," "Find it!," "Brava," "Style," "Country Living," "Mom & Baby," "Parents & Children," "New Parent," "Baby Talk," "Wondertime," "Child," "Bundle," "Los Angeles Magazine," "New Parent," Baby Couture" and "Preemie," among other publications, and on "Extreme Makeover Home Edition," the "CBS Early Show" and "Access Hollywood." Examples of media coverage of pediped soft-soled footwear is attached as Exhibit 4. In highlighting pediped's new line of rubber-soled shoes, "Earnshaw's" noted: *The new styles for older children will be consistent with Pediped's signature design"* (see Exhibit 5).

26.    In addition to unsolicited media attention, pediped advertises its distinctive footwear and packaging in consumer and industry magazines, including "Reader's Digest," "Parenting," "People," "US Weekly," "Baby Talk," "Working Mother," "Junior," "Wonder Time," "Cookie," "Earnshaw's," "American Baby," "Latina" and "Parents." Examples of our advertising is attached as Exhibit 6.

27.    Pediped is also featured in many web sites and blogs, such as "Celebritybaby.com," "Totsnob.com," "Classymommy.com," "Celebritycafe.com,"

"Babble.com," "WSAToday.com," "Mothergoosemouse.com" and "Mommieswithstyle.com."
For example, see Exhibit 4.

28.    Pediped also advertises its shoes on the pediped.com web site. Pediped has had
over 325,000 unique visitors to its web site this year alone.

29.    Pediped attends numerous tradeshows, some of which include/have included
MAGIC, the world's preeminent trade show in the fashion industry, the WSA (World Shoe
Association) Show, the world's largest and most comprehensive footwear and related accessories
trade show, ENK International's Children's trade show (ENK is the fashion industry's most
exclusive trade show organization serving the upscale fashion marketplace), the ABC Kids Expo,
the primary trade show for the juvenile products industry, and the California Gift Show, among
others.

30.    Pediped spent over $1 million in 2007 in advertising its distinctive products. In
2008, advertising expenditures are expected to reach at least $1.7 million. Total expenditures
from 2005 to date are over $2.2 million.

**E.    The Phenomenal Sales Success**

31.    Pediped footwear may be purchased at select children's boutiques, children's shoe
stores and department stores nationwide, or online at www.pediped.com. As mentioned above,
currently, pediped shoes can be found in over 2,700 retail outlets. The majority of the stores that
carry pediped footwear are independent, upscale boutiques. Major department stores that carry
pediped footwear include Nordstrom, Neiman Marcus, Olly Shoes, Rugged Bear, Giggle, Buy
Buy Baby, Lester's and Babystyle.

32.     Pediped shoes retail for $29 to $31 and are available in sizes newborn, 0 to 6 months, 6 to 12 months, 12 to 18 months and 18 to 24 months.

33.     Sales of pediped shoes have been beyond expectations.  In 2005, total revenues were approximately $300,000.  In 2006, the sales grew to over $2.2 million.  Pediped's growth continued in 2007, with total sales of over $7.6 million.  Sales for 2008 are projected at $16 – 20 million, and $50 million by 2010.

**F.      Copying by Others of pediped's Distinctive Shoes**

34.     Trying to free ride on our distinctive designs, other competitors have copied our line of soft-soled shoes.  Stride Rite came out with a "Lucy Sykes Ethan" shoe that was similar, "to a T," with our shoe #272.  We sent Stride Rite a demand letter and it discontinued the shoe.

**G.      Recognition by Consumers of pediped's Distinctive Designs and Packaging**

35.     Pediped soft-soled footwear is becoming a top choice for the Hollywood set with well-knowns including Angelina Jolie, Sean Combs (P Diddy), Marcia Cross, Brooke Burke, Brooke Shields, Adam Sandler, Matt Damon, Liv Tyler, Heidi Klum, Jon Stewart, Julia Roberts, Denise Richards, Angela Basset, Mariska Hargitay, Debi Mazar, Greg Kinnear, Britney Spears, Geena Davis, Jennie Garth, Ming-Na, Courteney Cox, Pete Sampras, Travis Barker, Sharon Stone, Mariska Hargitay, and Billy Baldwin.

36.     Consumers all across the country have come to recognize pediped's distinctive line of soft-soled shoes by their particular design and packaging.  Whenever a celebrity is photographed with his/her child wearing pediped shoes, we receive numerous emails and phone calls from people who say, "have you seen so and so's kid(s), she/he's wearing pediped's."  This is a testament to the distinctive look of pediped footwear, because other than the small bear logo

featured on the sewn-in tag on the side of our shoes, the pediped name and mark is not featured anywhere on the outside of our footwear.

37.    Our customers compliment us regularly on our unique packaging.

38.    We also receive many customer compliments about the unique style of pediped soft-soled shoes. For example, Pauline in Lafayette, Louisiana writes: "*Every time we are out we always get outstanding compliments on them on how they are cute and different.*" A customer in Valencia, California stated: "*Not only are pediped shoes comfortable for my kids but they are the most stylish shoes around!*" Another customer writes: "*I am a trendy individual, and I love how pediped shoes simulate bare feet and yet look like actual shoes instead of booties.*" Michelle in Maple Grove, Minnesota writes: "*These shoes actually stay on and are classic yet sassy.*" A customer in Palo Alto, California writes: "*My husband loves the fact that they look so modern.*" From Karen in Beverly Hills, California: "*I've sent the pediped brochure to a few friends who all love them. They have all complimented your sense of design.*" These are just a few of the hundreds of raving reviews we have received from our customers. Additional reviews are attached as Exhibit 7.

**H.    Defendants' Copying of pediped's Overall Line Design**

39.    On March 11, 2008, pediped attended the ENK Children's Club show at the Jacob Javits Center in New York. At that show, several people informed me that a competitor was selling a rip-off line of children's shoes. One person even asked whether pediped owned this company. We looked into the matter, and saw that Defendants were selling a line of children's shoes that copied our soft-soled shoes. Defendants also copied our distinctive packaging. We

hand-delivered a cease and desist letter to Defendants on March 11, 2008. It is likely that Defendants will attend some of the same future trade shows that pediped will attend.

40. We further investigated the Defendants' web site, <jackandlily.com>. Defendants claimed on their site that their new shoes would be available April 20, 2008. Defendants also have a line of shoes named "Original" (although those shoes are different from pediped's shoes). Defendants' new line of infringing shoes are depicted on Exhibit 8.

41. Pediped has used a factory in China called Peacebird to manufacture its shoes. We have heard from employees at Peacebird that Defendants contacted Peacebird. We believe it is likely that Peacebird provided our confidential drawings for our shoe designs to Defendants because Defendants could not have copied our soft-sole line of footwear with such precision without our shoe last and cutting dies.

42. As shown on Exhibits 8 and 9, the Defendants' shoe design is indistinguishable from the pediped soft-soled shoe design. It's a knockoff. It is most disturbing that they have our identical shoe, in identical proportions, and even the strap is the same. It is beyond coincidence that Defendants' shoes would use the same seven dimensions for making shoes that we do, given the huge number of combinations mathematically available that would still result in appealing children's shoes.

43. Beyond copying the exact shoe dimensions, the Defendants' shoes copy pediped's distinctive white stitching on black soles and/or the same stylized rippling around the entire shoe. They also copy pediped's use of a white sewn-in tag on the end of the strap of the shoe.

44.    Defendants' new line of shoes has the same overall look and feel of our soft-soled line of shoes.

**I.    Defendants Ripped Off Many of pediped's Particular Designs to a "T"**

45.    They even copied our better selling styles in particular, using the same colors and design features.

46.    Defendants' style number 181 shoe is a replica of our Samantha shoe (see Exhibit 10).  In addition to copying the dimensions and proportions, type of strap, distinctive white stitching on dark sole and stylized rippling encompassed in our soft-soled line, the 181 shoe duplicates our Samantha color combinations (pink and brown) and color shades and features these colors in the very same locations as on the Samantha shoe.  The 181 shoe also makes use of our double white stitch on the upper portion of the shoe, with circular cut-outs in between the stitches showing off the underlying pink leather.  The 181 features pediped's unique scalloping found in several of our other designs (e.g. the Katelyn and Zoe styles).

47.    Defendants' style number 412 shoe is an imitation of our Olivia shoe (see Exhibit 11).  From the white leather and placement of the white bow to the six cut-out designs in identical locations on the upper portion of the shoe, everything is copied from our shoe.  The 412 also features our scalloped edging found on our other designs, as well as the same dimensions and proportions, type of strap, distinctive white stitching on black sole and stylized rippling found across our soft-soled line.  The 412 features cut-outs on the back of the shoe, which are taken from some of our other shoes (e.g. Katelyn and Colin styles).

48.    Defendants' style number 411 shoe is a knockoff of our Katelyn shoe (see Exhibit 12).  The pink leather, scalloped edging and cut-outs on the front and back of the upper portion

of the shoe are all taken from the Katelyn style. The placement of the bow on 411 is identical to the placement on many of our other styles of footwear in our soft-soled line. The 411 again uses the same dimensions and proportions, type of strap, distinctive white stitching and stylized rippling found across our soft-soled line, all in an attempt to confuse the marketplace and profit from our hard work and goodwill.

49.     The Defendants' style number 402 shoe is our boy's Colin shoe with only the subtlest of changes (see Exhibit 13). The front upper portion of the shoe features similar vertical stitching, the same strap and t-strap loop, as well as the same u-shaped cut-outs near the strap and additional cut-outs along the sides and back. Again, the 402 copies the same dimensions and proportions, stylized rippling and distinctive white stitching on black sole found across our soft-soled line.

50.     The Defendants' style number 171 is a copy of our Abigail design (see Exhibit 14). From using pink leather and similar flower artwork on the upper front of the shoe, to using the same dimensions and proportions, strap, stylized rippling and distinctive white stitching on black sole found across our soft-soled line, the 171 has the same look and feel as our Abigail. In addition, the 171 copies the scalloping featured on our other designs and features a sewn-in tag on the strap of the shoe (as does most of our soft-soled line of footwear).

51.     Defendants' style numbers 251 and 252 are direct copies of our boy's Tyler shoe (see Exhibit 15). The 251 and 252 are identical in nearly every respect, including overall look, shape, style and two choices of leather color (brown or navy). The only minimal difference is the stitching pattern on the lower front of the upper portion of the shoe. These shoes also make use

of the same dimensions and proportions, stylized rippling, strap and distinctive white stitching on black soles found across our soft-soled line.

**J.      There Can Be No Doubt That Defendants Intentionally Copied pediped**

52.      The alternative designs, colors, features, combinations, etc. that Defendants could have chosen for their product line are endless.   A simple review of other company's shoes and packaging in the marketplace demonstrates that there are numerous combinations to create distinct and appealing lines of shoes.   For example, attached as Exhibit 16 are just some of the numerous alternative shoe and package designs that other companies have adopted.

53.      Indeed, Defendants already compete with a line of footwear that is distinct in overall appearance from pediped's lines (see Exhibit 17).

54.      Defendants, however, intentionally chose to copy the overall look and feel of the distinctive and popular pediped soft-soled line and replicate in near exact form several of our specific shoe designs (including best sellers).  In fact, some of Defendants' shoes copy the cross-stitch pattern we initially used when the company was first formed, but have since abandoned. Rather than using a cross-stitch across its entire line, Defendants chose to use the distinctive pediped stitch across the majority of its line in order to mimic our Originals line.

55.      Moreover, Defendants' shoes are sold in the same sizes (0-6 months; 6-12 months; 12-18 months, 18-24 months) and at the same price points (US $30 retail via pediped's and Defendants' web sites) as our Originals line.  See Exhibit 18.

56.      On their web site, Defendants even copy the descriptors pediped uses to market its line of soft-soled shoes.  For example, Defendants use the following descriptors: "*3mm*

cushioned soles and cushioned ankle protection," "a true soft-sole shoe that can be used Indoor and Outdoor," "Velcro makes it easy to put on and stay securely in place," "Non-toxic, breathable, premium grade 100% leather" and "ultimate comfort." As shown on Exhibit 19, these are very similar to the descriptors pediped uses. In addition, Defendants' inside sock stamp is a copy of ours. "Designed in USA" has been changed to "Designed in Canada."

**K.     Defendants Even Copied pediped's Distinctive Packaging**

57.     Defendants even copied the distinctive pediped packaging, instead of using the plastic packaging that they use for their existing shoes. Defendants use (i) colored boxes with handles, (ii) which are the same size and shape as pediped's, (iii) with a plastic window of the same size and shape, (iv) and the same proportions on the front of the box surrounding the window -- the left and right sides surrounding the window being of equal proportion to each other and the top surrounding the window being more than twice the length of the bottom surrounding the window, and (v) place their logo in the same place above the window, with additional content located beneath the logo in smaller font and below the window. Photographs of Defendants' plastic packaging and their new infringing packaging are attached as Exhibit 20.

**L.     Sellers Are Already Touting Defendants' Shoes' Similarities to pediped Shoes**

58.     Third parties pre-selling Defendants' shoes were marketing the shoes as copies of our Originals line of soft-soled shoes. One eBay seller's listings stated: "These are awesome shoes and will sell out quickly!! Similiar to Pedipeds, these are a must for this spring" (see Exhibit 21). In addition, another eBay seller's listings for Defendants' shoes, style numbers 171 and 181, states: "If you love Pedipeds, you'll love these." "If you like the other brand on the market that starts with a P and ends in ped... you'll love these! These are made just like them EXCEPT they have an added feature of rubber insets in the sole for traction!" (see Exhibit 21).

59.    We have also heard that Defendants' sales representatives are claiming that the "My Shoes" line is "the same as pediped's."

## M.    Defendants Sell Through the Same Retailers as pediped

60.    Defendants sell into the same channels that we do.   Their existing line of shoes are in close to 1000 of the same retailers that sell pediped's shoes.  Despite being served with our Complaint, Defendants continue to fill orders that we and others have placed for the infringing "My Shoes."

## N.    The Quality of Defendants' Knockoffs Is Inferior to Pediped's Shoes

61.    At first blush, Defendants' knockoffs look identical to our shoes.  However, on closer inspection, we noticed several quality issues with Defendants' shoes.  These quality issues will hurt our products in the industry due to consumer confusion.

62.    Defendants' package their knockoffs in a shallower box than we do.  Not only does Defendants' box have less depth, the inside packaging makes it appear as if there is less room in the box.  This affects the shoes by allowing them to be crushed while they are in transit.  This results in an unattractive and unappealing shoe when the shoe is removed from the box.  This is particularly prevalent in the larger sizes.

63.    Because of Defendants' packaging, their shoes are in a deformed, sloppy condition. We use quality control to ensure our shoes do not come out this way.  Any of our shoes that do not appear perfect in shape are rejected at the factory and not sent to customers.

64.    Defendants use a lower grade of Velcro in their shoes than we do.  Pediped uses only the most expensive, Taiwanese-made Velcro, which is wear tested to withstand an

unlimited number of openings and closings.  Less expensive, cheaper Velcro will begin to fray and lose its stickiness after a few wears.  Close observation shows that the Velcro in Defendants' shoes is far lower in density and "hair curl" than the Velcro in Pediped's shoes.  This is likely to result in returns from customers and complaints about a bad product.

65.    Poor stitching on the bottom of Defendants' shoes is likely to result in returns.

66.    Even Defendants' tag is stitched on poorly.  It is not folded properly and looks sloppy.

67.    Worst of all, the leather that Defendants use is inferior.  Leather quality varies by the layer of leather that you use.  For example, top grain is most expensive, second layer is less expensive, and third layer is poor quality and least expensive.  Leather prices are double for top grain, which is all that we use.  Defendants' strap in particular has used belly or second layer leather.  In some cases, the leather has delaminated from the pig skin lining, which is poor craftsmanship and likely to result in reputation damage and returns.  In addition, Defendants use inferior leather on the bottom of their shoes.  We use only smooth top grain leather on the bottom of our shoes.  Defendants use second layer cow hide.

**O.    Pediped Is Suffering and Will Continue To Suffer Irreparable Harm**

68.    The rip-offs advertised and sold by Defendants are greatly harming the pediped business and goodwill in its distinctive soft-soled line of shoes and packaging.  Despite the fact that we filed this lawsuit against Jack & Lily, Defendants continue to fill new orders for the shoes.  The harm will be irreparable, in many ways.   These knockoffs could destroy our brand.

69.    Defendants do not have any of the advertising costs that we incur—they are simply piggy-backing on our extensive efforts. They also do not have the research and development costs, since they simply copied our distinctive designs. Their advantage is gigantic and unfair.

70.    Defendants would be able to undercut our pricing and still profit. Consumers would buy their shoes since their knockoff styles are the same that pediped created. Consumers might think that Jack and Lily is a new line or a brand extension from pediped. If Defendants are permitted to get a foothold in the market and confuse customers, they may then switch to cheaper materials to undercut us even more. Although consumers would be disappointed in the quality, this would destroy us.

71.    Defendants permit just about anyone to sell their shoes, including retailers who likely sell only online. This could irreparably damage pediped's overall image and reputation. Pediped is enormously protective of its brand. To maintain the brand's panache, pediped is extremely selective with respect to the persons and companies authorized to sell its shoes. We do not sell to stores that operate solely online. We have an exhaustive and thorough screening process, whereby the retail customer has to fill out a lengthy and detailed application. We have a dedicated employee who checks many things, such as the applicant's web site, store location, tax identification number, number of years in business and other footwear lines being carried. We also research the applicant's store to determine whether or not it would be a good fit or considered undesirable in light of pediped's high-end image. We reject many applicants. Using eBay's Verified Rights Owner (VeRO) Program, we also try to shut down auctions that are selling our footwear below MSRP, as pediped does not discount its footwear unless it is participating in a charity event. Defendants' style of doing business will cheapen pediped's image. It will also upset our retailers (who rely on us to protect the pediped image) and

18

undermine their business. Our "mom and pop" retailers with brick and mortar stores will not be able to compete against Defendants' retailers who are able to sell an identical product for a much higher profit. As a result, retailers may choose not to sell our brand.

72.     Some of Defendants' shoes incorporate unsophisticated and tacky elements (e.g. pirates, anchors, the word "prince"). With the confusing similarity between our soft-soled line and Defendants' line, this could cause people to believe that (and wonder why) pediped is changing its unique, high-end, sophisticated signature look. This could also destroy our brand.

73.     We also believe that Defendants pay the sales reps a higher percentage than we can afford to do, or that others in the industry do. They will be able to do this with their new line and still be competitive because of the savings in using our intellectual property. These sales reps have an incentive to push the product even harder, to the same retailers who sell our product. This could really destroy our brand and everything we have worked so hard for over the years. We may even lose sales representatives who are exclusive to our brand.

74.     The quality issues discussed above will cause irreparable harm to our brand because consumers who think that Defendants' shoes are pediped shoes or are affiliated with our brand will be disappointed and think that we do not deserve the reputation for quality we have worked so hard to achieve.

**P.     Defendants Will Not Be Harmed By an Injunction**

75.     On the other hand, if Defendants have to stop advertising and selling the knockoff shoes, they will not be damaged. They have an existing line of shoes that do not infringe upon pediped soft-soled shoes, and existing packaging that does not infringe (see Exhibits 17 and 20). In fact, Defendants' web site states that Jack and Lily was voted "#1 Baby/Kids Brand in Canada

by retailers in North America" (pediped footwear is also sold in Canada) and suggests that it won a 2007 Earnie award (see Exhibit 22). Because the knockoff shoes are only recently in the marketplace, these awards/recognitions must be based on Defendants' existing line of non-infringing shoes, thus demonstrating that they can compete successfully (and have) in the marketplace absent the knockoff shoes. Moreover, there are a myriad of other designs and packaging available for Defendants to use for any new shoes.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _June 3, 2008_    By: _____

20





Charlie - Choc Brown

Ethan - Choc Brown Suede

Hannah - Pink (boot)

Charlie - Black

Ethan - Camouflage

Grace - Brown w/ Dots

Caroline - White

Collin - Choc Brown

Giselle - Choc Brown w/ Polka Dots

Caroline - Pink

Charlie - White/Tan

Faith - White Patent



Isabella - White

Katelyn - White

Liam - Khaki/Olive

Isabella - Choc Brown

Katelyn - Pink

Liam - Choc Brown/Baby Blue

Harvey - Navy

Janine - Pink/Navy

Lexi - Pink Cheetah

Harvey - Brown

Jane - Pink Camo

Lauren - White/Pink

pediped footwear | Soft-Soled Baby Shoes | Infant Toddler Baby Shoes |

http://www.pediped.com/ProductCategoryInfo.aspx?cid=49 (3 of 5)4/7/2008 12:01:27 PM



pediped footwear | Soft-Soled Baby Shoes | Infant Toddler Baby Shoes |



Victoria - Black Patent/
Silver

Will - Navy

Zoe - Metallic Pink

★ Available in Newborn Sizes

**SIZING:**
Click here to determine the correct pediped™ size.

**about pediped™**
about us
awards & recognition
celebrity fans
press releases

**Originals™ Collection**
girls
boys
spring/summer 2008
best sellers
features & benefits

**Flex™ Collection**
girls
boys
spring/summer 2008
best sellers
features & benefits

**product info**
faq
sizing
shipping
gift giving
product safety
care instructions

**corporate**
wholesale inquiries
retailer login
affiliate program
charitable donations
careers

**customer service**
order tracking
exchanges & returns
provide feedback
suggest a new style
suggest a store
tell a friend

2












































































3



*Reader's Favorite Award*

**BABY & CHILDREN'S**

PRODUCT NEWS

*PediPeds*

has been named

1st Place Winner

Footwear

2008

May 15, 2008

*Lori Fisk-Conners, Publisher*



# Consumer Reports®

TRY CONSUMER REPORTS.ORG **FREE**
See inside cover

# Best
# Baby
# Products

★ NINTH EDITION ★

The **A** to **Z** guide
to everything you need
for your baby



- Dangerous products revealed
- The best and worst brand-name models
- Handy lists of what you really need
  and which items are a waste of money

by Sandra Gordon
& the Editors of Consumer Reports

At specialty boutiques, you'll see high-maintenance fabrics that require ironing or dry cleaning, such as linen and cashmere, as well as hand-knit items.

Major brands of infant wear can be found in leading department stores and retail chains across the country, online, and in catalogs. They include, in alphabetical order: Baby Gap (*www.gap.com*), Baby Lulu (*www.babylulu.com*), Baby Style (*www.babystyle.com*), Bunnies by the Bay (*www.bunniesbythebay.com*), Carter's (*www.carters.com*), First Impressions Baby, (available at *www.macys.com*), Flapdoodles (*www.flapdoodles.com*), Good Lad (*www.goodlad.com*), Gymboree (*www.gymboree.com*), Halo Innovations (for sleep sacks, also known as wearable blankets, *www.haloinnovations.com*), Hanna Andersson (*www.hannaandersson.com*), Lands' End (*www.landsend.com*), Little Me (*www.littleme.com*), Mulberribush (*www.mulberribush.com*), Old Navy (*www.oldnavy.com*), Pumpkin Patch (available at *www.nordstrom.com*), Ralph Lauren (*www.polo.com*), Talbots Kids (*www.talbotskids.com*), and Tommy Hilfiger (available at *www.macys.com*). Many of these brands can also be found at major retailers and e-tailers such as *www.target.com*, *www.babiesrus.com*,

## FOOTWEAR FOOTNOTES: LOSE THE SHOES

Shoes complete the outfit for kids, but wait until your child begins walking—usually at 10 to 14 months—before buying her first official pair of shoes. That's when a child really needs them. Jane Andersen, D.P.M., a spokeswoman for the American Podiatric Medical Association, recommends picking a first shoe with flexibility, which helps the foot develop its arch. "Try to bend the shoe in half," she says. "If it bends easily, it's a good shoe." The best shoes also have traction on the bottom so your baby won't slip easily. A shoe doesn't have to be expensive to be flexible, but in Anderson's shopping experience, the most flexible shoes are higher-ticket brands. In our opinion, that might include Merrell (available at www.shoes.com), Nina Kids (available at leading e-tailers such as www.zappos.com), Pediped (www.pediped.com), Stride Rite (www.striderite.com), and Umi (www.umishoes.com). And, adds Andersen, stores that sell higher-ticket brands generally have experienced sales help to make sure you buy the right size. You'll want some room at the toe, but not so much that your child will trip. Also, keep in mind that toddlers kick off anything and everything, so look for flexible shoes that lace. They're harder to take off than shoes with Velcro closures.

To keep your prewalker's feet warm outside on cool days, look for soft, elasticized baby socks or booties that cling to the feet so your baby can't kick them off. You don't have to buy the leather baby shoes you'll see everywhere, which can easily run you $25 per pair or more, and which your baby will outgrow quickly.

pediped footwear | Soft-Soled Baby Shoes | Infant Toddler Baby Shoes |



## awards and recognition

### American Podiatric Medical Association (APMA)
### - Seal of Acceptance -



pediped™ footwear is proud to announce that it has been awarded the
American Podiatric Medical Association Seal of Acceptance. The APMA Seal Program recognizes
products that contribute to better foot health. For more information, please visit www.apma.org.



- - - - - - - - - - - -

### Earnshaw's Infants', Girls' and Boys' Wear Review



**'Best Children's Footwear'**
**Earnie Award**

pediped footwear | Soft-Soled Baby Shoes | Infant Toddler Baby Shoes |



**'Most Innovative New Brand'
Earnie Award**



pediped™ footwear was awarded 'Best Children's Footwear' in 2007 and 'Most Innovative New Brand' in 2005 by *Earnshaw's* Magazine. For more information, please visit <u>www.earnshaws.com</u>.

- - - - - - - - - - - -

**United States Patent & Trademark Office Museum
*2006-2007 Exhibition of "Innovations in the Footwear Industry"***

    pediped™ footwear is delighted to be featured in the USPTO Museum's "Shoes: Innovations at Your Feet" exhibit which highlights shoe technology past and present. Visitors to the museum can learn the history of patented footwear and view stylish new innovations (such as pediped™!). The exhibit offers a view of all kinds of footwear that incorporates 19th century models as

pediped footwear | Soft-Soled Baby Shoes | Infant Toddler Baby Shoes |

well as recent accomplishments of today's footwear industry fashion. This museum was developed and is maintained by the National Inventors Hall of Fame Foundation, Inc.



 

The United States Patent & Trademark Office Museum
600 Dulany St., Madison West, Suite 1C65
Alexandria, VA 22314
(571) 272-0095
http://www.invent.org/about_invent_now/4_3_1_ptomuseum.asp

July 2006 - March 2007

------------

Better Business Bureau

pediped footwear | Soft-Soled Baby Shoes | Infant Toddler Baby Shoes |

pediped™ footwear is happy to announce that it is a proud member of the Better Business Bureau of Southern Nevada.



------------

The National Parenting Center
- Seal of Approval -



pediped™ footwear has been awarded The National Parenting Center's Seal of Approval. This honor is given to the finest children's products on the market. Our shoes were evaluated by a panel of parents and children in a variety of categories. Testers labeled our shoes as beautifully crafted, durable and adorable. To read more about the National Parenting Center please visit www.tnpc.com.

| about pediped™ | Originals™ Collection | Flex™ Collection | product info | corporate | customer service |
|---|---|---|---|---|---|
| about us | girls | girls | faq | wholesale inquiries | order tracking |
| awards & recognition | boys | boys | sizing | retailer login | exchanges & returns |
| celebrity fans | spring/summer 2008 | spring/summer 2008 | shipping | affiliate program | provide feedback |
| press releases | best sellers | best sellers | gift giving | charitable donations | suggest a new style |
| | features & benefits | features & benefits | product safety | careers | suggest a store |
| | | | care instructions | | tell a friend |

-----Original Message-----
**From:** momsinbusiness@gmail.com [mailto:momsinbusiness@gmail.com]**On Behalf Of** Gina Robison-Billups
**Sent:** Monday, April 07, 2008 5:21 PM
**To:** deannebrian@embarqmail.com
**Subject:** angela's nomination letter

Angela Edgeworth
Pediped

Dear Ms. Edgeworth,

We are very proud to inform you that you have been nominated for the Create Your Dreams *2008 National Working Mother of the Year Award* from the Moms In Business Network and The International Association of Working Mothers. This prestigious *National Working Mother of the Year Award* is given a woman who is currently balancing career, family and motherhood. A woman who is a leader in business, the arts and the community. **Congratulations!**

A few of the previous honorees of this award include: Carol Lavin-Bernick, Chairman of Alberto-Culver Company, Julie Clark, Founder and Creator of Baby Einstein, and Joy Thomas, Sr. Vice President at Baxter Intl.

Moms In Business Network and its sister association The International Association of Working Mothers, is the only association that represents the interests of the nearly 60 million working mothers in the United States and millions more around the world. We also award two women business owners each with a $10,000 grant package. The gala benefits The International Association of Working Mothers, a non profit organization, to help further its mission of supporting working mothers toward independence, education, and safety. **The Create Your Dreams Awards Gala is the only nationally recognized awards gala honoring the accomplishments of working mothers.**

This year's event will be held on Saturday, May 10, 2008 at the luxurious resort destination, Loews Hotel, in Lake Las Vegas, Nevada. The event will include cocktail reception, gourmet dinner, awards show, live entertainment, and a VIP-After-Party for our honorees and sponsors. We will also host a private presidential reception for the honorees on May 9th.

Please contact us to confirm that you are able to attend the gala to accept this award. More information about the gala is enclosed.

Congratulations again on being nominated for this outstanding award.


Sincerely,

I.    *Gina Robison-Billups*

Gina Robison-Billups

President/Founder

Direct Line:  702-353-1392


--
Moms In Business Network
www.mibn.org
The International Association of Working Mothers
www.iamaworkingmother.org
Mom's Vote Matters
www.momsvotematters.org
Enjoy the Ultimate Mother's Day Weekend with Us!
Attend the 2008 Create Your Dreams Awards
www.createyourdreamsawards.com



**EARNSHAW'S**
The Voice of Children's Wear
for over 89 years.

## 2005 NOMINATION AWARD

Presented to

# Pedipeds

For Excellence in Design

## Most Innovative New Brand

*Ross Garnick*

ROSS GARNICK, *Publisher*

4





# Sweet soles

## A cushy treat for tiny feet

Pediped shoes, that fabulous line of infant footwear designed by real-life parents Angela and Brian Edgeworth (and recommended by pediatricians), has some stylin' new sandals for summer. Perfect for play dates at the park or romping around the back yard, the soft-soled shoes are made with a double layer of leather, plus a foam pad on the soles for extra cushioning. Velcro fasteners add even more comfort and convenience. Touted as "the next best thing to bare feet," pedipeds are certainly making the rounds in Hollywood, with Julia Roberts, Courteney Cox and Britney Spears counted among the footwear fans. $28-$30. pediped.com.





sions, whom the cardigan is named after, and where the Pompadour heel originated. Great for budding shoppers ($8.99. Scholastic Store. 450 Central Park Ave., Scarsdale, 725-7201, scholastic.com)

10    **Baby Steps**

Even infants need to step out in style this season. And that's where pediped comes in. A favorite among celebrities like Julia Roberts and Courteney Cox, their new line includes over 30 different styles. Made from quality leather, you'll find everything from embroidered Mary Janes to moccasins ($28–$30; Baby Bee's, 36 Main St., Tarrytown, 524-9142; Miller's, 335 Mamaroneck Ave., Mamaroneck, 698-5070; Twinkle Toes, 1943 Palmer Ave., Larchmont, 833-1455, pedipedbabyshoes.com)

52 • INTOWN 2006  westchester





Chicago Tribune











◀ Finding fashionable footwear for little ones can be a sizeable "feat," but two companies are making parents' hunt a little easier. **Pedipeds**, started by Nevada's Angela and Brian Edgeworth, combine style and soft soles to suit boys and girls, up to 2 years of age. Soft soles "enable children's feet to grow naturally and to develop musculature and strength," says Pedipeds' mission statement. **Trumpette** socks also showcase an alternative to the traditional hard-soled shoe. The California-based company, founded by Jon Stevenson, specializes in whimsical socks — think animal prints, roses or ballet slippers — for youngsters. Bec & Sam's, 6612 Telegraph Road, Bloomfield Hills, 248-539-0500; The Purple Bear, 244 E. Maple Road, Birmingham, 248-645-0400; and Oliebollen, 711 N. Fourth Ave., Ann Arbor, 734-668-1887.



## Pediped *Rolls Out Rubber-Soled Shoes for* Big Kids

**B**eginning in February, parents disappointed their children have outgrown Pediped's flexible-soled line of footwear for ages 0 to 24 months will have a new option. A rubber-soled footwear collection for children 2 to 5 years old will be available to U.S. and international stores for Spring '08.

Based in Henderson, Nev., Pediped is known for its podiatrist-recommended soft-sole baby and toddler shoes which support natural foot motion for children's growing feet and can be worn indoors and outdoors for play and normal walking. The new styles for older children will be consistent with Pediped's signature design. Twelve girls' styles and 8 boys' designs will be available in sizes 6 to 12, including slip-on sneakers, runners, flip-flops, Mary Janes and open-toe sandals that incorporate designer fabrics, patents and more. The shoes, which wholesale for $19 to $24, will debut on the vendor's Web site before hitting retail next spring. Contact Pediped at (800) 880-1245 or visit www.pediped.com.



family | **fashion & accessories**



## wee style

Dwellbaby's 1950s-inspired Robin Motif **crib set** ($315) will make you want to crib your tot's style (you can, with Dwell's adult line. Silhouette). Barn Dandys' small-scale "Snick" **lunchpails** ($36) showcase owner Polly Wilson's original whimsical designs. Pediped's soft-soled leather **shoes** (about $29) with Velcro closures reinterpret traditional favorites, such as penny loafers and Mary Janes.



Stepping out with your
baby means a new pair
of shoes, ones with soft,
cushioned soles that bend, are
made from a breathable fabric like
100 percent leather and have a broad toe
and a flat heel for stability. **PEDIPED** shoes
($28–$30) come in over thirty styles
for boys and girls, sizes newborn
to twenty-four months.
Available at
Nordstrom
or pediped.com.
—R.T.A.







London Sole Pirouette Flat,
londonsole.com, **$150**.
Nina shoe, pediped.com, **$29**.







Fresh, fashionable finds for your little one this season.

# springtime cool



**1 ▶ Think Spring** Cute patterns and great colors are trademarks of children's clothing company Zutano, and their Spring Collectibles are no exception. Hooded Zip Top in Red ($44.00), Cabana Stripe T-Shirt ($24.00) and Explorer Shorts in Green Tea ($26.00). All items available in June on www.zutano.com.

**2 ▶ Soft and sweet for little feet** A new idea from the "classic" so many children (and parents!) have come to love, TAGGIE® Toes are a super comfortable, fun way to dress up your little one's feet, and it keeps them busy, too! Teddy Bear TAGGIE® Toes ($14.95) on www.taggies.com.

**3 ▶ Smart design, happy preemies** The innovative preemie clothing designs from Anna's, LLC mean a more comfortable experience for your preemie, even if they are dealing with apnea monitors, heart monitors and more. Tabs on the outside hold tubing in place, labels are on the outside of garments, and Velcro on the front means you never have to undress the baby to adjust tubes and wires. Sleeper with Front Opening in Lambs, Teddy Bears & Giraffes ($16.99) on www.annaspreemie.com.

**4 ▶ Second only to bare feet** These cute shoes make us want to run out and buy a few for our own little ones! The soft-soled, hand-stitched designs from PediPeds are 100 percent leather, allowing little feet to develop naturally while providing optimal support, protection and fit. Plus they're easy to get on and off! "Caroline" in Pink, "Liam" in Light Brown, and "Braeden" in Red (all $29.00) available on www.pedipeds.com.

**5 ▶ Double the choices for little ones** The Little Lamb line from Kushies offers two sizes: Preemie (up to 4 pounds) and Just Born (4-7 pounds). A soft palette is perfect this Spring and, as we all know, the sizing makes a big difference when it comes to diapering and dressing your preemie. Long Johns in Butter Stripes ($20.00), Diaper ($7.00) on www.kushies.com.











**MARCH 20, 2007**

## Comfy shoes for baby from PediPeds



So I just got the baby a bunch of shoes from Pedipeds. With his big brother, I only did a couple pairs of Robeez early on - and I never really loved them, look wise or other. Not that there is anything wrong with Robeez - they have a quality product - but I've never been a huge fan of the soft-soled look on babies. But as this site grew, Julie became the guru on soft-soled shoes and I kept hearing her talk about PediPeds. So when I recently had #2, I knew I wanted to check them out.

So I got a couple pairs to use with him in the summer and fall. I really love the look. They are soft-soled, which is important with babies who are learning how to walk. (As they grow and learn how to walk, if your baby has to be in shoes instead of being barefoot, soft-soled is recommended due to development purposes.) They have black soles that are stitched on (cute), and 100% leather. They got up to 24 months. And love that they close with velcro and not elastic - seems easier when slipping them on and off squirmy feet. And personally, I think the styles are really classic looking.

# CELEBRITY BABY BLOG

## Sponsor: pediped footwear has celeb following
By Gina Maher



pediped™ footwear combines comfort, quality and style to provide a soft-soled shoe that is great for indoor and outdoor use yet pediatrician recommended. Made from premium leather, pediped™ provide the ultimate in baby comfort. Because of its many beneficial attributes that promote quality foot health, pediped™ has just been awarded the prestigious 'Seal of Acceptance' by the *American Podiatric Medical Association* and is also featured in *Consumer Reports*® 2007 Best Baby Products guide.

pediped™ also has a large celebrity following. **Angelina Jolie** was recently spotted purchasing pink Lauren loafers for her daughter **Shiloh**. Other celebrity fans include **Heidi Klum**, **Julia Roberts**, **Jon Stewart**, **Denise Richards** and **Britney Spears** (just to name a few).

Recommended by podiatrists and pediatricians alike, pediped™ footwear are a smart choice for fashion conscious parents concerned with the long-term development of their children's feet.

5



## *Pediped Rolls Out Rubber-Soled Shoes for Big Kids*

**B**eginning in February, parents disappointed their children have outgrown Pediped's flexible-soled line of footwear for ages 0 to 24 months will have a new option. A rubber-soled footwear collection for children 2 to 5 years old will be available to U.S. and international stores for Spring '08.

Based in Henderson, Nev. Pediped is known for its podiatrist-recommended soft-sole baby and toddler shoes which support natural foot motion for children's growing feet and can be worn indoors and outdoors for play and normal walking. The new styles for older children will be consistent with Pediped's signature design. Twelve girls' styles and 8 boys' designs will be available in sizes 6 to 12, including slip-on sneakers, runners, flip-flops, Mary Janes and open-toe sandals that incorporate designer fabrics, patents and more. The shoes, which wholesale for $19 to $24, will debut on the vendor's Web site before hitting retail next spring. Contact Pediped at (800) 880-1245 or visit www.pediped.com.

6

Small World Section Inside! • Smart Type: Why Baby Products Rule The Blogosphere • Camera Ready: Scenes From JPMA

# Earnshaw's

INFANTS', GIRLS' AND BOYS' WEAR REVIEW

JUNE 2008 $5.00

**Identity Crisis**
Brand-Building
Fundamentals

**Clothes Minded**
SG Footwear Steps
Into Apparel

**Web Browser**
Capturing Online Sales

**Top Rated**
Hot Props Leap From
The Small Screen

## Creative License
## Top-notch
Brands Add
Character


CELEBRATING 90 YEARS

**sellthrough**

She added that accessories and items like diaper bags "go like crazy" online, while blankets don't sell well because consumers like to touch them. While she has always been open to online retailers, some of her vendors are still unsure. "There are some brands who won't sell to online retailers, or limit the number of online retailers that sell their products. I think this is a mistake because the online market is growing every day," Bigler added.

Lynn Meyer, a New York-based rep for brands like Extrasmall, MP Socks and Bumkins reported that both she and her vendors are comfortable working with e-tailers, though she doesn't drop ship. "I find that the furniture and [juvenile products]-oriented sites ask for drop shipping, but apparel suppliers don't want to do it," she said. Meyer checks out the businesses before selling to them, but from there she doesn't patrol the shops. "When e-tailers go into business and set up the parameters for their company, they don't usually switch in mid stream from specialty to off-price," she said, adding, "I haven't been burned. Maybe I'll feel differently if that happens."

A successful online business, Parker of Rock Tots stated, is running a Web site like a store. She employs an expert Web designer to keep the site looking fresh, hip and clean. "Know that [the Web site] is your store," she advised. "Would you let your store look like junk? You have to invest in your storefront, which happens to be your computer. People are scared; if things don't look the right way, they are scared to buy. We love our bright appearance; it's fun. We spend money to change ads and pages, but you would do that in your store." Branding is key, and can earn the trust of both manufacturers and customers. "It's really important that people know where their product is coming from," Admasian added.

Grau of eMarketer agreed that a combination of retail outlets might be the key to success. "People who shop across multiple channels tend to be bigger spenders—more educated, more tech savvy," he said. "You can use your Web site and your store to accomplish different objectives," he suggested, like showing a wider product selection online, where space is

not at a premium or showing high-end goods. "It seems like it's easier for online retailers to sell higher-end items because their customer base is not limited to their local demographics," Bigler said.

Reps and retailers agree that there are advantages to having both a brick-and-mortar store and an online presence. "Manufacturers will sell to [e-tail-only businesses], but they are not just going to sell to anyone. If they have a brick-and-mortar store I will sell to them, and then they can put it on their site," Teman said, suggesting that all stores have an e-commerce site to remain competitive. "If you're serious about service in this market, you cannot do one without the other," stated Ali Wing, CEO and founder of Giggle, with retail locations in San Francisco and New York as well a strong e-tail site. "[For example, customers are] looking for help when it comes to parenting. On the Web, we can give checklists or guidance as a resource. For things like basics, it is a good replenishment resource. To me, it's just an extension of [the service we provide in-store]. They are two halves of the whole." ●



**pediped**

next best thing to bare feet

Soft Cushioned Soles  •  Velcro Fasteners  •  100% Leather
Indoor/Outdoor Use  •  Sizes 0-24 Months

www.pediped.com        wholesale@pediped.com        (800) 880-1245



## resources

### Editors' Picks:
### Been There, Buy This
After reading "Brilliant Baby and Toddler Tips," page 126, check out the must-have gear our second-time mom staffers used with baby number two.



They're simple, but we definitely got our money's worth from our set of colorful stacking cups. Now we use them in the bathtub. —*Diane Debrovner, health and psychology editor* (**The First Years Stack Up Cups**, $3, *buybuybaby.com*)



An infant car seat that snaps into a stroller was a lifesaver. I didn't have to wake up the little one when I was dragging him around to his older brother's activities! —*Judy Goldberg, senior editor* (**Evenflo Aura Travel System**, $200, *evenflo.com*)



We got a booster seat for our 22-month-old, Lucinda, to sit in at the table rather than a second high chair—she loves it, and it saved us a lot of money. —*Wendy Gatsiounis, copy chief* (**Baby Björn White Booster Seat**, $30, *target.com*)

### Natural Resources
If "Back to Nature," page 106, inspired you to head outdoors with your child, these sites will help you sound like a seasoned guide.

**+ nps.gov**
Find a park near you, get free educational materials like the Park Fun Guide, or leave it up to the pros and find a ranger-guided kids' activity from the National Park Service.

**+ enature.com**
Enter your zip code to see what animals you might spot in your area. Older kids will love to keep track of everything they've seen with the free Wildlife Lists.

**+ aboutflowers.com**
Learn more about the flowers you see—and even the plants around your house—with this site's fun flower and plant library.



**pediped**™
next best thing to bare feet

Soft Cushioned Soles • Velcro Fasteners • 100% Leather
Indoor/Outdoor Use • Sizes 0 – 24 Months

Go to **www.pediped.com** to find a retailer near you or enter coupon code **parents07** for free shipping.     (800) 880-1245



APRIL/MAY 2007

# Wonder time

Celebrate your child's love of learning

*Not* Sleeping—Like a Baby

Plant, Pick, Eat: A Child's Garden

3 Great Un-bored Games

Pre- School of Rock

Do Bribes Corrupt Kids?

DISPLAY UNTIL MAY 15, 2007
$4.95US $5.95CAN    05>

0 74851 08031 3

wondertime.com

## Teach your child to . . .

skip a stone  tie her shoes  be a closet reader  push the right buttons

# shoppingbasket

advertisement

*A Selection of Offerings from Our Advertisers*



**Americas Best Value Inn** is a family of over 700 inns, hotels and suites throughout North America offering hometown pride, comfort, quality and exceptional value. For reservations, call 888-315-2378 or visit www.AmericasBestValueInn.com



Nature's gifts are little treasures – from the khaki blazer to the perfect floral dress. The **babyGap** collection this spring is inspired by nature, with natural linen and cottons in soft colors. All for your little treasures.



**Portrait Studio**

Trust **Sears** Portrait Studio for all your special moments. From your baby's first tooth to your child's fifth birthday, our photographers have the experience and professionalism to capture the moment perfectly. Call today! 1-888-PORTRAIT.



Make brushing fun with **Orajel® Toddler Training Toothpaste.** It's fluoride-free and safe to swallow. Your kids will love the flavors of Bubble Burst, Fruit Splash, Berry Blast and new Tooty-Fruity. Visit www.orajel.com for more tips on making brushing fun.



**My First Signs,** a playful introduction to 20 common words and phrases from baby's world – including "mommy," "daddy" and "I love you" – both spoken and in sign language. Join special guest Marlee Matlin as she demonstrates this exciting way for babies to express themselves even before they've mastered verbal communication. **Now available on DVD.**

© The Baby Einstein Company, LLC. All Rights Reserved.



**L'il Critters® Gummy Bear Vitamins** provide essential vitamins and minerals, with no artificial colors, flavors or preservatives, to help kids grow happy, healthy and strong. Kids love 'em! Parents trust them. **Gummybearvitamins.com**



**Write Children's Books**

Learn the skills from a Professional Author. **Free** Writing Test

Ever dreamed of being a published author? Writing for children is a great place to start. www.writingforchildren.com/GO671



Jayco, America's Most Liveable RVs, is the largest privately held manufacturer of recreation vehicles in North America. The company builds and markets camping trailers, travel trailers, fifth wheel trailers and motorhomes.



When you hear the Snap! Crackle! Pop!® of **Kellogg's® Rice Krispies®** cereal calling, you know it's a chance to share both food and fun with your child.



A story is more than just something to read, it's a way to dream and discover. And with a special animated friend like **TJ Bearytales,** your child can enter a world of imagination that leads to a lifetime of learning adventures.



Introducing the **Baby Einstein™ Mealtime Line, by Playtex®.** Designed with our feeding specialist to help your child learn to feed himself at every stage. With colors, shapes and language to create wonder and delight at mealtime.



blue skies ahead
soar into spring with our great new styles, available in stores today. shop at the location nearest you or visit us online @ **childrensplace.com**

## Shopping Basket Spring Sweepstakes

Outfit your child this spring with fashions from **The Children's Place** and **pediped™.** Five winners will each receive a $40 gift card from **The Children's Place** to use at any of the 850+ locations, plus a pair of child's shoes from **pediped™!**



**PLACE**

The Children's Place carries favorite head-to-toe looks for boys and girls, sized newborn to 14. Offering everything from casual basics to comfortable dresswear. Let The Children's Place outfit your child for spring!




Designed with love, pediped™ footwear combines comfort and fashion into a shoe that is podiatrician recommended. pediped® footwear is 'the next best thing to bare feet'.

**To Enter** Please send your full name, address, and phone number on a 3" x 5" index card and mail it inside a postage prepaid business size envelope to:

"Shopping Basket Spring Sweepstakes"
114 Fifth Ave, 16th Fl
New York, NY 10011

NO PURCHASE NECESSARY. VOID WHERE PROHIBITED. BEGINS MARCH 1, ENDS MAY 1, 2007. OPEN TO LEGAL RESIDENTS OF 50 UNITED STATES, D.C. OR CANADA. OR REACH WWW.QUILTED. FOR FULL RULES, WRITE TO: WONDERTIME MAGAZINE, 114 FIFTH AVE, 16TH FL, NEW YORK, NY 10011. ATTN: K. CHESNEY.



PARENTS.COM

MAY 2007

# Parents

## 142 Birthday Party Ideas

**BITING**
TANTRUMS
**HITTING**
(THE 1-MINUTE FIX)

IS YOUR HOME
AN ALLERGY
MAGNET?

**TEACHING
RESPECT**
IN A RUDE WORLD

THE BEST WAYS
TO SHARE
PHOTOS ONLINE



**pediped™**

next best thing to bare feet

"I just received my daughter's first pair of pediped™. She is 15 months old and has never worn shoes. I put pediped™ on her and she refused to let me take them off. I had to wait until she was asleep!"
– Julie E.

"I bought my first pair of pediped™ shoes for my daughter based solely on their look and quality construction. Now that she is starting to cruise and is nearly ready to walk, I appreciate how good they are for her development – my pediatrician even approved of them! Thank you."
– Kim M.

   

Soft, Cushioned Soles • 100% Leather • Indoor/Outdoor Use

# www.pediped.com

★ Spring/Summer Collection

pediped™ is available at fine children's boutiques and department stores including:
Nordstrom • Von Maur • babystyle • OLLY Shoes • buybuy BABY • Giggle • Brooks Shoes for Kids

Visit our website or call (800) 880-1245 or (702) 567-0311 to find a retailer near you and to view our other 35+ styles

ALL THE BEST FOR YOUR FAMILY

# Cookie

**KID FURNITURE** that grows with them
P. 186

# 5
**EASY DINNERS**
(1 Afternoon)
P. 108

**PLUS THE BEST**
DIY Halloween Costumes, Crib Bedding & Superhero Outfits

JULIANN MOOR on marriag motherhoo and h many freckl

SAVOR PIE Deliciou one-dis mea

# 99
ways to sa time, mone and th environme

# GOOD CLEAN FUN
EAT, DRESS, TRAVEL, AND DECORATE FOR A HEALTHY PLANET



$3.50US $4.50CAN

0  74820 08677

OCT. '07 - NOV. '07 COOKIEMAG.COM
DISPLAY UNTIL NOV. 13, 2007





next best thing to bare feet















Soft, Cushioned Soles • Premium Leather • Indoor/Outdoor Use

www.pediped.com

Visit our website to find a retailer near you or enter coupon code **cookie107** for free shipping.

(800) 880-1245 or (702) 567-0311







**pediped**

next best thing to bare feet





Soft, Cushioned Soles • Premium Leather • Indoor/Outdoor Use

# www.pediped.com

pediped™ footwear
(800) 880-1245 or (702) 567-0311

pediped™ is available at fine children's boutiques and department stores including:
Nordstrom • Von Maur • babystyle • OLLY Shoes • buybuy BABY • This Little Piggy Wears Cotton
Life Size @ Fred Segal • Giggle • Brooks Shoes for Kids

Visit www.pediped.com to find a retailer near you or
enter coupon code **parents107** for free shipping.

All orders received by 2pm (PST)/5pm (EST) will ship the same day
via 2-day shipping (continental US only).

US sizes 0 to 7, MSRP $29 – $31




ACCEPTED
AMERICAN
PODIATRIC
MEDICAL
ASSOCIATION



# Trick Your Body Into Staying Young



# Reader's Digest

rd.com

## Renée Zellweger
Her Secret to a Happy Single Life

## 33 GREAT NEW IDEAS
Money, Health, Work, Love & More

# THE VITAMIN HOAX
### 10 Not to *Take*

## SPLIT-SECOND HEROES
of the Bridge Disaster

## Homeowner ALERT
The New Risk to Avoid



November 2007
$2.99



### next best thing to bare feet



Photo Contest Winner

## Soft, Cushioned Soles • Premium Leather • Indoor/Outdoor Use






## www.pediped.com

Visit our website to find a retailer near you or enter coupon code **RD117** for free shipping.

(800) 880-1245 or (702) 567-0311



THE WORLD'S FINEST PARENTING MAGAZINE

# Junior

100th ISSUE

DECEMBER 2007
WWW.JUNIORMAGAZINE.CO.UK

**PEACE & GOODWILL**
No stress, no tears – just fun!

## MAGIC *sparkle* &shine

Brilliant gifts for
Santa's big delivery

## TOP 100
### CHILDREN'S BOOKS
### OF ALL TIME
Presenting Junior's
exclusive list of
best-loved reads

**THE GIFT
OF GIVING**
without spoiling
your child

**PARTY
FROCKS
THAT
ROCK**

100s
of great ideas to
create your
BEST
CHRISTMAS
EVER!

ISSUE 100          £3.50
9 771461 362051      1 2>

FASHION ✳ HEALTH ✳ LIFESTYLE ✳ EDUCATION





next best thing to bare feet















Soft, Cushioned Soles • Premium Leather • Indoor/Outdoor Use

www.pediped.com

(800) 880-1245 or 001-702-567-0311



WHAT MATTERS TO MOMS

# Parenting

KEEP
YOUR
BABY
HEALTHY
THIS WINTER

HOLIDAY
SAFETY
From toys to lights

Baby
Games!
BRAIN-
BOOSTING
FUN

6 MARRIAGE
"RULES"
HAPPY
COUPLES
IGNORE

BUSY
MOMS'
GIFT
GUIDE
COOL FINDS—FROM $2 TO $50

7 THINGS
ALL PRESCHOOL
MOMS NEED
(besides patience!)

Parenting.com

$3.99US  $4.99CAN

0  74820 08800  5    01



**pediped™**

next best thing to bare feet



U.S. Children's sizes 0 to 7





ACCEPTED

AMERICAN
PODIATRIC
MEDICAL
ASSOCIATION

Coming Spring 2008... the evolution of pediped™!







www.pediped.com to find a retailer near you or enter coupon code "parenting127" for free shipping.
800.880.1245 • 702.567.0311





# pediped™
### next best thing to bare feet

## Soft, Cushioned Soles • Premium Leather • Indoor/Outdoor Use




ACCEPTED

AMERICAN PODIATRIC MEDICAL ASSOCIATION

www.pediped.com • (800) 880-1245 or (702) 567-0311

pediped™ is available at fine children's boutiques and department stores including:

Nordstrom • Von Maur • babystyle • OLLY Shoes • buybuy BABY • Giggle • Brooks Shoes for Kids • This Little Piggy Wears Cotton

Visit www.pediped.com to find a retailer near you or enter coupon code **wm0809** for free shipping.

Available in US sizes 0 to 7 (newborn – 24 months+)  MSRP $29 - $31

hydrocortisone cream, bandages, gauze, tape, an ice pack, tweezers, sunscreen and insect repellent. And maybe a few Swedish Fish to ease the pain.

To prevent fussing and fighting, give each child his or her own "zone" in the car, says Dr. Hogan. "All kids should be placed in car seats until age four and booster seats until age eight and use seat belts afterward." Physically separating them in this way may keep arguments to a minimum.

### Soothe crankiness creatively.

By mile 453, you've worn out the Dr. Seuss audio books and Dora the Explorer soundtracks. Everyone's grumpy and tired—including you. That's when you break out the following activities:

**Docu-mama** Bring a camcorder along so you can record songs, stories and trip events for an audiovisual history of the journey. Older kids can help shoot video and interview family members.

**Bead it** Reward young kids with a pretty bead for every specific area attraction

they spot—sightseeing billboards, strange restaurants, unusual license plates, birds and other animals.

**Numbers game** Have kids guess how long it will take to reach a distant mountain, how much lunch will cost or how many white cars will pass by in the next mile. Dole out boxes of raisins as prizes.

### Seal the deal.

What you do at the end of a road trip is almost as important as what you do at the beginning of it. When children

remember how much fun they had on the journey, they'll be raring to go on another one—and your future travels together will become a lot easier. While you're away, have kids keep a journal of their impressions, written on the back of local postcards. Send them home so everyone can read them when they get back, then put them in a trip scrapbook. Don't forget to play the video you've recorded, too. With luck, your children's memories of the trip will last far longer than the trip itself.    —Melinda Dodd

## Sightseeing Sites

Find more tips for terrific trips at these family-friendly Web sources:

**Roadside America** (www.roadsideamerica.com) Find weird and wonderful tourist attractions, from the World's Largest Cheeto to the Boggy Creek Monster to the Smallest Church in 48 States.

**America's Byways** (www.byways.org) Why stick to those boring old highways? This government site has photos, maps and details about the most scenic and legendary drives in the country.

**We Just Got Back** (www.wejustgotback.com) Here's the inside skinny on top road-trip destinations from families who've already been there—and lived to tell the tale.

WINTER 2006–2007

# Wonder time

Celebrate
your child's love
of learning

**Why Kids *Should* Talk Back**
**The Top 13 Toys of All Time**
**Childbirth—What a Pain!**
**Games for Holiday Get-Togethers**
**Tantrum, Uninterrupted**

From the Editors of
**FamilyFun**

DISPLAY UNTIL JAN 16, 2007
$4.95US $5.95CAN

64>

0  74851 08031  3

## Teach your child to . . .

use chopsticks  be a volunteer  make rock candy  *own* her tiara

wondertime.com

*gifts that delight*



advertisement

holiday gift guide



Soft cushioned soles, velcro fasteners & 100% leather make pediped™ 'the next best thing' to bare feet. Indoor/outdoor use. Newborn to 2 1/2 years (sizes 3 - 8). Find a retailer near you at www.pediped.com or enter coupon code "wondertime" for free shipping.

(702)567-0311



next best thing to bare feet

## The Must-Have Gift for New Parents!

100 of the world's most trusted parenting experts provide practical advice on every aspect of the baby years, including:

**DR. BILL SEARS**
on Managing Teething

**WENDY BELLISSIMO**
on Designing a Nursery

**DR. HOWARD MURAD**
on Reducing and Eliminating Stretch Marks

**KATE SPADE**
on Packing a Diaper Bag

**DR. HARVEY KARP**
on Calming a Crying Baby

AND **95** MORE...

Clarkson Potter/Publishers
ClarksonPotter.com

**AVAILABLE WHEREVER BOOKS ARE SOLD**



## Educational DVDs That Produce Results

A study of over 50 babies and toddlers, who watched *Meet the Letters*, resulted in over 90% of these children having complete upper and lowercase letter recognition. Many learned in less than two weeks! Most impressively, nearly 70% of children under 24 months of age mastered the alphabet.

www.preschoolprepco.com
866-451-5600



Join Our Reader Panel

**Wondertime** is looking for more ways to connect with you!

Join the *Wondertime* Reader Panel, and share your thoughts with us.

The panel consists of reader volunteers who we contact periodically via e-mail and ask for opinions on various *Wondertime* topics, such as family traditions, kid-centric home design, and savvy solutions to parenting conundrums. When we have a question, we send panel members an invitation to complete an online survey. In return, not only do you win our eternal gratitude, but there are cash and prize incentives as well.

To find out more, and to decide if you'd like to join, visit wondertime.com.

# Latina

❭ Visit us at latina.com

## EAT LATIN. LOSE WEIGHT.
(This month's Latina Diet!)

## 9 SECRETS FOR SEXY CURLS

## 12 EASY RECIPES!
Including perfect frijoles, delicious quesadillas & low-fat dinners

APRIL 2007

## THE BEST LATIN MUSIC YOU DON'T KNOW
**PLUS: CHAYANNE GETS NAKED**

### SARA RAMIREZ
The *Grey's Anatomy* star—bold, beautiful and breaking the mold

## Spring looks for your curves

**You're a Star!**
Today's hottest jewelry look is yours for less than you ever dreamed possible. The personalized name necklace in Sterling Silver is just $39. (Search style 15748.) Get FREE SHIPPING with code SHIPLAT4. Visit www.limogesjewelry.com or call 1-800-253-0959.

advertisement



**Bye Bye Cellulite**
Hello Sexy! CBS, NBC, ABC & FOX reported Cellulean with pharmaceutical Aminophylline visually slims, smoothes & firms your legs & derriere in 30 days. 9 clinical trials at UCLA. Cellulean Works! 1-866-822-3550 or visit www.Cellulean.com for a free trial!



**Save the ta-tas®!**
For fun. For attention. Fashion with a purpose. Buy ta-tas® and help fight breast cancer! 10% discount with code: LTA07 at www.savethetatas.com



**Best Buys**
for Spring
by janelle



**Nyce Legs**
**Spray On Stockings**
Get the look and feel of real nylon stockings without the fuss, bother, tears and runs—in just seconds! Better still, NYCE LEGS won't come off your skin during the day—but rinses off easily with soap and water. One 5 oz. can do up to 15 applications. Make sure your legs look extra nice with NYCE LEGS! $19.95, www.nycelegs.com or 1-800-336-1968

**Talk to the Experts**

**Live Psychic Readings**
You'll be surprised at what we can tell you in 10 minutes. Call Psychic Source for your authentic psychic reading by phone. Live readings available 24/7. Call 1-866-399-3485 and mention code: 40001. For ent. only. 18+ www.psychicsource.com

**$10 FOR TEN MINUTES**
new members only. satisfaction guaranteed

**PSYCHIC SOURCE™**



**pediped™ soft-soled infant footwear**
New Spring/Summer 2007 collection available now! Soft, cushioned soles, 100% leather and indoor/outdoor use make pediped™ 'the next best thing to bare feet'. 35+ styles available in US sizes 0 to 8 (newborn-24mths+) for girls & boys. Find a retailer near you at www.pediped.com or enter coupon code: latina4 for free shipping. www.pediped.com or 1-800-880-1245

**The First Delicious Way to Lose Weight!**
The Hollywood Cookie Diet™ works! Packed with nutrients. Easy-to-follow meal replacement. Only $19.95 for 3-day supply. Satisfaction and success guaranteed. www.hollywoodcookiediet.com or 1-800-467-2805

**COOKIE diet**

There's a new Girl in town...

BY VARGASSTUDIOS.COM, MODEL ANABEL

Latin Girl

**Se Habla Spanglish?**
Latin Laundry's line of bilingual apparel celebrates growing up Latino in the US. They call it 'Estamos Unidos'. Stay connected to your culture without sacrificing style... $29, www.latinlaundry.com



**Photowow**
As seen on Telemundo. Turn your favorite photos into big, fun pieces of art! Choose from 40 different designs ranging from Warhol-style to fun montages—printed large on canvas and custom framed! Prices starting at $128. www.photowow.com or 1-800-453-9333



**WHAT'S HOT**
LATIN GIRL MIRACLE SKIN CREAM AND PAPAYA FRUIT CLEANSER THE FASTEST SELLING SKIN CARE PRODUCTS WORLDWIDE. FOR A FREE SAMPLE OR STORE NEAR YOU CALL 1-866-739-9528 OR VISIT WWW.LATINGIRLCOSMETICS.COM

by haute media inc. to advertise your haute product 1-866-40-HAUTE
email: janelle@hautemedia.com

Case 1:08-cv-03572-LTS-THK    Document 13-5    Filed 06/05/2008    Page 13 of 14



✱ SPECIAL LONDON EDITION ✱
EXTRA 16 PAGES OF EVENTS, SHOPPING AND PLACES TO GO

THE WORLD'S FINEST PARENTING MAGAZINE

# Junior

FEBRUARY 2008
WWW.JUNIORMAGAZINE.CO.UK

**PLUS**
22 PAGES OF
**FASHION
TRENDS**

**CALMER KARMA**
Raising a chilled child

**LESS-THAN-PERFECT
... BUT HAPPY**
The rise of Beta Mummy

# THE
# MODERN DESIGN
## ISSUE

**TRICKY TODDLERS**
The road to independence

**MORE VEGETABLES, PLEASE**
Tasty ways to encourage a healthy eater

ISSUE 102        £4.90

02

9 771461 362990

FASHION ✱ HEALTH ✱ LIFESTYLE ✱ EDUCATION












Olivia


Grace


Anastasia


Giselle


Collin


Jane

# the next best thing to bare feet

www.pediped.com

7

login ▸
shopping cart
items: 0   subtotal: $0.00

home     shop     why pediped™?     originals     flex     testimonials     photo gallery     media     store locator     contact us

# Customer Testimonials

## If you would like to send us your comments and/or suggestions, please email us at customerservice@pediped.com.
### We'd love to hear from you!

#### Here is what parents & grandparents have to say about pediped™ footwear:



"I first discovered pediped™ footwear around Oct. of 2005, just before my daughter's first birthday. You had a pair of shoes that matched the dress I had for her first birthday perfectly. I was on a mission to have them and hunted them down in another town (I wanted to try them on her since she would be between sizes turning 1). I fell in LOVE right away! I was SO upset that her last pair we bought a few months ago only lasted her a few wears since you had changed your sizing so that the largest size you made was now smaller. I want to say THANK YOU for adding this new line in larger sizes! You have made my day! I CAN'T WAIT to see the new shoes and start buying pediped™ shoes for my 2 year old again! I am so excited! Thank you! Job well done!"
     - Jodi F.

"pediped™ shoes are the best! They stay on my daughter's feet and look so cute! Other soft-soled shoes have elastic on them that can leave a mark on their feet but the pediped™ shoes don't. I really like how they seem so comfortable for my daughter. Thanks for making a great shoe!"
     - Dorian K.



"Hooray! I can't wait to see the Spring line for 'big kids'! Maybe then my 2-year-old will stop trying to cram her foot into my 1-year-old's pediped™ shoes! Thank you for creating such a superior product and continuing to adjust to your customers' needs!"
     - Kristin B.

"I am so excited about the new spring line that has the rubber soles! This is great. I love your shoes. They are the perfect fit for our little girl. I can't wait to order a pair."
     - Diana T.



"I love the shoes for my son. They seem to be much more comfortable than those other hard (no bend) shoes. He seems to walk better than in other shoes. I just love them. Thanks for putting so much time and effort into making a shoe that is just right for a baby."
     - Stacey D.

"I'm getting ready to order more! I love love these shoes. Thanks for making such wonderful shoes for m baby."
     - Justina K. (Eldon, Missouri)



"I love your shoes. They are my favorite over all the other brands for babies. My son has gotten lots of wear, and many compliments on his Tyler shoes. Thanks from a happy customer!"
     - Jess F.

"I am DELIGHTED to hear that you there will be an addition to your fine line of baby shoes! I've purchased so many pairs of your stylish/comfortable shoes for my granddaughter but as she approaches two years of age, she will not only need the larger size but also a more sturdy shoe. I am so happy to hear that we'll be able to purchase these shoes at the end of the month. I can't wait to tell my daughter-in-law."
     - Grandma Linda

"I can't believe it, but I've already retired a pair of your shoes, boy that's a sad day. But I've ordered another pair because I love them so much. They're so natural that my son could wear them as soon as he took his first steps at 8 months old! He had no trouble whatsoever walking in them! Your shoes are also very nice looking. It's hard to choose which ones to get him!! It's takes me a few days before deciding! I am also so happy to know that you're making them for older kids as well! I will be putting my son in your shoes till he's outgrown your largest shoe size!! Thank you so very much!"
     - Stephenie K.

"I just wanted to thank you for the VERY fast return. I love my new shoes and they are so cute on my son. I love your product and customer service. I will recommend them to all of my friends with small children."
     - Christin W.

"Great job! I ordered for my store today and the person on the phone was so pleasant. It's so refreshing to have good people on the other end of the phone. Your product is terrific and we hope to be a customer for a long time."
     - Tania Y. (The Kids Klothesline - Perrysburg, OH)

"I just want to let you know that I am so pleased with my order. I received it within a day and I think that is just great. Thank you again and I will be buying many more."
   - Lexis J.

"I am not the type of mom to send feedback to companies but I feel very strongly about pediped™ shoes. I would just like to tell you how much I appreciate a company like yours that really listens to moms and creates products that are perfect for our children! Not only are pediped™ shoes comfortable for my kids but they are the are the most stylish shoes around! I have a 9 month old son and a 2 year old daughter and they have never worn anything but pediped™ shoes. My daughter has never once had a sore from her shoes and she cries when we take them off for bed. They are almost a part of her. I just want to thank you for making such an attractive and wearable shoe for kids. You do not find that very often. We get compliments every day on both of there shoes and they really make their outfits. Thanks again!"
   - Roxanne V. (Valencia, CA)



"I love the new shoes. I'm excited to see the new insole shoes. Thanks for making a great shoe with great style. I LOVE THEM!"
   - Mary Jane S. (Seguin, TX)

"My daughter is now on her third pair of pediped™ shoes and I'm very excited that you are launching 'big girl' shoes. We will keep buying them as long as you have sizes to fit her. I just felt I should take the time to let you know I am very happy with your shoes and you have won a loyal customer."
   - Christine C.



"I love your products! I had a hard time finding shoes that would stay on my boys' feet without cutting into their fat little legs like some of the elastic top shoes do. My third son crawled and walks easily in pediped™ shoes and the shoes (and likewise socks) stay on. I wish that I had found them when my other two boys were babies!"
   - Stacy D. (Durand, IL)

"I love this shoe for my son! He seems so comfortable in them! Thanks for making a great shoe!"
   - Kristi H. (Fairview, OK)

"I'm very excited about the new pediped Flex™ shoes as my grandson has outgrown the infant styles. pediped™ shoes are really the only shoes that he likes to wear and that fit his very wide feet."
   - Patricia D. (Jacksonville, FL)



"I love these shoes! My little girl loves them, too. She gets so many compliments on them every time she wears them. Keep up the good work!"
   - Sabrina B. (Conehatta, MS)

"I would like to say that my son loves his pediped™ shoes! When he was first walking my mom purchased him his first pair and they were the only shoes he could walk in, not to mention the only shoes he will leave on! Four months later he still loves them and so do I. They are so easy to put on!"
   - Jill B.

"My little girl Eliza has been wearing your shoes for the past year and always get comments on how cute her shoes are. I can't wait for the Spring/Summer collection to become available so we can shop. A gal can never have too many shoes!"
   - Betsy W.



"We absolutely love pediped™ shoes for our baby boy of 6 months. I wish I'd found out about you when I had my 15 year old son in 1992. Who says the second time around is not a breeze, provided you have pediped™ shoes in your life!"
   - Tracey M. (Indianapolis, IN)

"I love pediped™ shoes! My son hates shoes, but can tolerate wearing pediped™ shoes because they are so comfortable. I am looking forward to the new pediped Flex™ line...looks like that's what he will be wearing come spring. Thanks!"
   - Christie & Andy A.



"Just wanted to say thank you for deciding to make a toddler line. We MOURNED the day we outgrew our pediped™ shoes (last season). I am AXIOUSLY awaiting the first day I can order!"
   - Rebecca S.

"Just wanted to let you know I bought the Giselle shoes for my 16 month old daughter from Over the Moon toy store in Effingham, IL and she loves them. I try to get her to wear other shoes but she says, 'no' to all the other pairs. She always picks those shoes out to wear when she has a choice. Also, everytime I have her around other people with those shoes on someone always comments on how cute they are. I am so happy with my purchase and I hope they last."
   - Ashley J.



"Just to let you know, I've been extremely happy with pediped™ shoes for my daughter. They are so adorable and also the only shoe that will stay on her feet. I'm so happy to see you have boots. She also has a wider foot, so they fit well. Thanks again for producing a great product."
   - Kathy N.

"I am VERY pleased that your toddler sized shoes are coming soon. They can't come soon enough for us as my daughter Grace (18 months) is now an XL. All but one pair of her Flexs have been pediped™ shoes and I was beginning to lament about what I would do when she outgrew your shoes. Then I heard about the upcoming toddler sizes. What a pleasant surprise and relief!
There are two companies I talk about and recommend to all my mom friends and pediped™ is one of them. Thanks for a wonderful product that is stylish too!"
   - Julie P. (Aliso Viejo, CA)

"Just wanted to let you know how much I love your shoes. I found them on a blog (Superhero) and loved the look of them as well as the velcro closure. My daughter started walking early at 8 months. I needed a really soft soled shoe for small feet that was good for walking, not just for show. Your shoes were perfect. She wears the pink Abigail and the black Sophia. I am waiting for her to bump up to the next size so I can order more. Keep up the great work and I can't wait to see the pediped Flex™ styles this spring."
- Julie D. (Chicago, IL)



"I just wanted to let you know how much I loved the shoes. I usually would try to buy [another brand] but they are expensive. I think your shoes are just as good if not better and I will keep buying your products from now on! Thanks!"
- Isabel

"The pediped™ shoes I ordered arrived today. They are absolutely adorable. My sister inlaw is pregnant and due in March and these will be her christmas present. Thank you for the fast shipment and the cutest shoes in the world."
- Susan



"I've been very happy with all the pediped™ shoes we've purchased! I first read about the shoes in the Parenting magazine because I wanted Caden to be comfortable walking. Before he started walking, I tried putting a pair of regular hard soled shoes on his feet and he refused to wear them. On our first pair of shoes from pediped™ were the navy Harvey shoes and I absolutely loved them! Caden loved them too! It wasn't a battle to keep them on his feet so I knew I made the right choice and they were winners! Thank you so much for these wonderful, adorable, yet comfortable shoes! Caden is now 20 months old and will probably be ready for the next generation of pediped shoes in the spring! Thanks again!"
- Tina & Caden R.

"Just wanted to tell you that my Son LOVES his shoes. He wants to have them on ALL THE TIME. Last week, I came home from shopping and he was in his PJ's with his shoes! He brings his shoes to us all the time."
- Christine S. (Milwaukee, WI)



"I just want to say that I was very very impressed with everyone at pediped™. It has been a long time since I have dealt with a company with such great customer service. Not only are the shoes I bought for my son so cute, he loves wearing them. He is just beginning to walk and hated all the shoes I put on him, until his pediped™ shoes came in the mail. I have already told all my friends with babies about how wonderful your product is. Thanks again for all you help and I look forward to dealing with you again soon."
- Christine S. (Wall, NJ)

"I really think that the company has done a great job making all the improvements that have already been done. These shoes are by far the best baby and toddler shoes I have ever seen. These shoes show how great they are by the way they fit. These pediped™ shoes are top in comfort and softness."
- Paula R. (Beaumont, TX)



"Tonight, pediped™ footwear made my year! My little girl was born with a genetic condition that causes her feet to be swollen (NOT wide). I cannot begin to tell you the nightmare it has been trying to find shoes for her. We have tried so many things but with very little success. Tonight, I went in to the store to pick up another brand, the only ones that fit her, and saw pediped™ shoes. I was sceptic but thought 'eh, what the hey?'. I WAS SO ECSTATIC TO FIND THAT THEY FIT! Jill loves them too and wouldn't let me take them off. She wore them out of the store! What I really love, besides their comfort, is that they look like regular shoes. Finally. No more slipper-shoes. I bought two pair and will definitely be back for more. Keep 'em comin'!"
- M.S. (Arkansas)

"Our little boy Mason is slightly pigeon toed and fell all the time in the wide range of shoes we purchased for him. It was so bad that has lip was busted and could not heal because he kept tripping. Then I tried pediped™ shoes and he has NOT FALLEN ONCE since he put them on. He wears them almost every day and is in the XL size. I really didnt know what I was going to do when he outgrew your shoes!"



"Hi! I just have to tell you that your shoes are the cutest! I have a 9 month old girl named Virginia and my nanny picked up a pair of adorable pink/brown pediped™ shoes a few months ago. We just love them and so does Virginia. It is her only pair of shoes thus far (until I discovered your website about 5 mintues ago) and I am already hooked on your shoes. I am glad to hear that you are starting to make larger shoes for little girls. We will be there in a blink of an eye I am sure."
- Laura B. (and Virginia too)

"I just wanted to say how excited my daughter and I were when we found pediped™ shoes! Thank you for making a stylish shoe that is actually good for the feet! We get compliments on the shoes EVERY time we go out! We check your website weekly for new shoes! Thank you again!"
- Ilene D. (Houston, TX)



"I just want to thank you for such fantastic service. My daughter Gracie loves her pediped™ shoes! I placed my order just 2 days ago and we recieved our shoes today! Gracie lost one of her shoes when we were out shopping. We tried another well known name brand shoes, but they just weren't her pediped™ shoes. She would not keep them on her feet. Out local store does carry them, but were sold out in her size. Happily we turned to internet shopping and found exactly what we were looking for. Gracie is happy to have her Pedipeds back. We're looking forward to the boots to your new line coming out this spring!"
- Cher

"I LOVE these shoes! I got my daughter a pair when she started walking. I NEVER spend this much on shoes for my kids, but I got every cent's worth out of them. She wore them every day for about three months. I just ordered her a second pair and just ordered my friend a pair for her baby. I'm the newest spokesperson for pediped™ shoes! I think they'll be my go-to gift for baby showers from now on. Thank you so much for your fast delivery, too!"
- Laura M.

"My daughter is 13 months old now and she has started to walk. I let her wear soft soled shoes and she is loving it. One

time I have let her try those hard soled shoes that she would not walk on them. pediped™ shoes are great!"

"I actually saw your ad in the October 2007 issue of Reader's Digest. The crazy thing is that my children are already out of graduate school and I have no grandchildren...yet! My daughter, Karen is getting married in July of 2008 and she and her fiance plan to have children right away! I tore your ad out of the magazine and decided to check out the website because the shoes in the ad are completely and utterly adorable! I loved the easy manuverability of the site, the layout, all the questions you answer and of course the photos and testimonials of your amazing looking footwear! I know I am going to be a 'crazy in love' grandmother and I will be using your site all the time. Maybe one day I'll be in your 'Grandparents' section with my daughter's little one! I also am planning to buy your shoes for my great nephew's first birthday! Thank you in advance, for making beautiful, comfortable, well-priced childrens shoes that are easy to obtain! You have already been added to my favorite places list!"
   - Michal



"I cannot tell you how happy I am that you have extended your sizes! My daughter is growing out of your largest size right now and I have tried a couple of other brands of shoes with no luck. Yours are not only the most comfortable but without a doubt the most stylish and streamlined. Other brands of kids shoes can look and feel very 'clunky'. I am delighted that you are growing with us! Best of luck."
   - Gina G. (Chicago, IL)

"Where do I begin? I am soooo pleased with my purchase. I recently relocated to another city for work and was in a frantic search for XXXXX for my daughter Adara who is 21mths old. In my search I called a local store owner who suggested I try pediped™ shoes. I am so glad I took her advice. My baby loves her pediped™ shoes. Today was the first day she wore them to preschool, and the shoes were the first thing everyone noticed. They commented on how adorable the shoes are. I pride myself in dressing my daughter stylishly yet comfortable for playing and pediped™ shoes took my efforts to another level. I hate that I discovered them so late. Adara will only have a few more months left to be able to wear them, but believe me, I will buy pediped™ shoes until I can't buy them anymore. Thanks!"
   - Tara A.



"I just received my first order for the Liam brown shoes for my 9 month old. This is his first pair of shoes and he loves them. He doesn't even try to take them off. They are so cute and look very well made, I was leery of them not fitting his feet (very chubby) but they fit very well! I am tickled with my purchase and I will be buying a lot more in the future!"
   - Crystal (Clinton, TN)

"I ordered shoes for my daughter when she was a baby. We loved them! Now she is 2 1/2 and we can no longer wear your shoes. I was so excited to see you're coming out with a line for 2-5 yrs. I'll be waiting to make a purchase. Thanks for making such cute shoes for kids! I refer friends all the time."
   - Leann B.



"I received the shoes on Monday. These are the 2nd pair that we've bought for my son, because the we loved the first pair so much. They are just fantastic shoes. They are so easy for us to slip on his feet and easy for him to walk in. I am happy to hear that pediped™ will be making shoes for older children. We will definitely continue to buy your shoes."
   - Amy S.

"Horray! I'm so excited about your new line of rubber soled shoes! My daughter will soon be too big for the traditional pediped™ shoes and I was lamenting about having to find an alternative that I love as much (I had lost hope!). I tell all of our friends and family about pediped™ shoes and how much we love them. Our family now has a little shoe exchange in which we pass around our pediped™ shoes for each other to share and enjoy. Personally, I have been very impressed by the quality of your product. My daughter is now walking and she doesn't leave the house without pediped™ shoes. They have been everywhere and I have yet to see a sign of wear on any of them. I just wipe them off w/ a damp cloth, and they look as good as new. Oh, and did I mention that I love the adorable and hip styles? We have a baby boy on the way and I've already been perusing the boys' styles in order to pick his very first pair. Thank you for a stellar product. I will continue to pass on my praises and recommendations to anyone who will listen."
   - Amy M.



"I'm SO excited about the new line of pediped™ shoes coming out in Spring '08. My daughter is 16 months & has had 7 pairs of pediped™ shoes. She's at the stage where she definitely needs shoes with a rubber sole and I have not been able to find some I like and/or fit well. I KNOW the next generation of pediped™ shoes will be for her. I can't wait. Thank you!"
   - Mireya H.

"Your shoes are fabulous and my daughter loves them. She can walk just as well in them as she can barefoot, which is a relief when we go out. Thank you for providing such adorable, comfortable, and affordable shoes!"
   - Julie B.



"I am soooooo excited for the next generation pediped™! I was worried about what my daughter would wear after she turned two. I only wish it was coming earlier!"
   - Talin

"We love our pediped™ shoes! I have purchased two pairs (so far) for my daughter who is 15 months old. She REFUSED to wear shoes of any kind before trying the pediped™ shoes. Now when I tell her we are going 'bye-bye' she gets them and trys to put them on herself. I cannot tell you how much money I wasted on other shoes before finding pediped™ shoes. We get so many compliments on them when we are out and about. I tell everyone who will listen how great these shoes are!"
   - Cassandra M.



"I am so glad to see that you are going to have rubber soled shoes in larger sizes! My son has just about grown out of the largest size that you offer and these shoes are about the only ones that his feet can comfortably fit into because he has wide feet with a high instep. It does not seem like many companies address this common problem in children and it has always been a problem to find comfortable shoes for my son. Thanks again!"
   - Melissa B.

4/4/2008 6:23 AM

"I bought 4 pairs of shoes from other stores and they are so uncomfortable, bulky and hard to get on my son's feet. Nothing compares to pediped™ shoes. My son has owned 2 pairs of pediped™ shoes since he was 11 months old and he absolutely LOVES them. He's now 14 months old and he can't stop talking about his shoes. The best part is that he enjoys putting them on and walking in them all day long. They are so comfortable, easy to put on and very STYLISH. I've recommended your shoes to all my friends. Thank you for making great quality, stylish shoes. We can't wait to buy your rubber-soled shoes."
   - Maria P. (San Diego, CA)



"Hello! We love your shoes and we have few pairs. We are living in Spain and you can not imagine all those compliments we get. And Spanish love their shoes. They also know them. I adore your styles!"
   - Ewa S. (Spain)

"I am looking foward to the sizes for the older children. My son is at the largest size that you make and I don't want him to stop wearing this shoe. I get so many complements on his shoes so make sure the new line comes out next year. Thanks for great shoes!"
   - Lenise G.



"My older daughter wore pediped and she absolutely loved them. I know my second daughter will be just as happy!"
   - Cinamin S.

"We love these shoes! They are absolutely the best shoe for infants. I looked at all types of shoes and these where by far the best. Everywhere I go we always get compliments on them. We have the Gavins and we love them. I am going to buy them until my son is too big to wear them. Thanks for making such a great product."
   - LaShay L.



"I LOVE these shoes! Most importantly my son does. I just got them today and after searching like a mad woman for a shoe that fits and that he can walk actually in. I can finally rest! I was so happy when he did not pull them off and could walk in them that I actually cried! All other shoes made my poor little guy trip up on his own feet! I know he is just as happy as I am! PLEASE make bigger sizes for our babies with bigger feet! I don't know what I'll do if he outgrows them!"
   - LeeAnna T.

"Just a huge THANK YOU for making such GREAT shoes. I have 3 girls (3 year old twins plus a 21 month old). We LOVE your shoes and I am counting the days until the new line of bigger kid shoes comes out! I can't wait."
   - Leah R.



"I just want to tell you how much I (and my daughter, Molly) love your shoes! She wears them almost everyday and I'm trying to decide which pair to order next. Also I must comment on your wonderful customer service. My order was lost in the mail and you expedited a new pair to me at no extra charge. I tell all my friends about pediped™ shoes! Thank you."
   - Leigh L.

"Definitely the BEST infant footwear I've bought thus far. Hands down! Forget XXXXX. Their soles are hard. My one year old hasn't tried them yet, but just looking at the quality of the shoes ... it's first rate! I look forward to buying more!"
   - Ada C.

"We love the pediped™ shoes and I gave a boy pair to a little friend of our grandson's and his mother just loved them and I know she will order more. Also gave her your web site. Our grandson loves them and won't wear any other shoe. He takes the others off and throws them across the floor. My wife gave another pair as a baby girl shower gift. We also like the new shoes coming out in the Spring."
   - Charles E.



"I am so happy with pediped™ foorwear! My daughter wore her white Isabellas everywhere that she wasn't barefoot this summer from the park to a wedding. They are comfortable for her and absolutely adorable. She has 2 pairs for the fall and I am excited about getting her boots for the winter. Thank you for such great designs! We get compliments everywhere we go!"
   - Amy M.

"We are THRILLED that you are now taking on toddler sizes (spring 2008)! I was just complaining to my mother that pediped™ shoes are the only shoes that fit my daughter's feet properly, and she's almost too big for them! We tried several shoes before pediped™ and they either fell off constantly or they pinched the top of her fat little feet. I wondered how many shoes we would have to try to find another brand like pediped™ footwear. Now we are set for several more years—this couldn't have come at a more perfect time! Thank you, thank you, thank you."
   - Elizabeth O.



"I love my daughter's pediped™ shoes! They seem so comfortable and every time we go out people always ask me where I got them. I just wish you made them in larger sizes so that my four year old daughter could have a pair as well. She loves her sisters shoes and she always asks why she does not have a pair."
   - Alisia U.

"I have been searching for shoes for my one year old for 2 months and have not found anything that works. I got my pediped™ shoes in the mail today and they are perfect! I can't wait to order more. Thanks."
   - Sara A.

"I just wanted to let you know that the new shoes are a great idea! I was bummed thinking that my daughter wouldn't be able to wear pediped™ shoes in a few months. I'm excited to see them!"
   - Tera S.

"I found your product in desperation to find a comfortable shoe for my daughter. She has always had thick wide feet and it has been a nightmare to find shoes to accommodate her needs, not to mention that just getting shoes on her is a challenge. Now she enjoys putting her shoes on and keeping them on. I would definitely recommend these shoes!"
   - Nikki J.

"I just felt I needed to drop you an email telling you how happy I am about the Spring 2008 collection which includes shoes for children 2-5 years old. pediped™ shoes have been a lifesaver for my daughter. Her feet are wide and she has an arch problem. pediped™ shoes fit her just great and help her walk properly. The thought of her not wear pediped™ shoes beyond size XL/7-8 was actually kind of sad, but now I am so happy, I could cry!
Thank you, thank you, thank you!"
   - Vicki H.



"As a first time customer, I could not be more pleased. My daughter's shoes arrived SUPER fast. She is kind of a diva when it comes to shoes and socks, so I was a little skeptical. She even complains when I try to put her in her little XXXXX. I was surprised that she did not even complain or try to remove her pediped™ shoes. It was like she didn't even notice that they were on her. I have already sent out an email to my mommy's group recommending these shoes highly. Thanks for a great product. We'll be purchasing many many more shoes from you in the future."
   - Rebecca R.

"I just had to express my extreme satisfaction with the pediped™ shoes I just received. First of all, I received them via FedEx in only two days. They are so adorable and far superior in quality from what I found in local department stores. I have already bragged about them to several friends and I am convinced that more moms need to know about these shoes. We will definitely be ordering more in the near future! My only regret is that I didn't order them when my fourteen month old was smaller. Thanks again and please keep up the good work."
   - Kimberly B.



"My order arrived today, I love all five pairs and my son likes them even more. He keeps running around the house laughing as he tries different pairs on. Unwilling to part with pairs he is not wearing he takes the boxes on his journey and flaps them around. I had planned on only keeping three pairs but it is clear that we will be keeping all five pairs. It is the first time we have ordered from you and I love the high quality of your product. I suspect my son's favorite part is that they are so comfy!"
   - Ann D.

"One of my friends happened upon your website one day and ordered some shoes for her son, I saw them and fell in love with them and ordered two pairs for my daughter, my other friend commented on how beautiful they were and ordered three pairs for her daughter. So it goes on! We all live in England and were wondering if you plan to deliver to any stores here because the shoes here are not a patch on pediped™ shoes and I know they would be a big hit! We get comments everywhere we go on how beautiful her little shoes are, especially the white Isabella ones! Please say you plan to expand!"
   - Catherine Cooke (Northampton, England)



"I just received my son's shoes in the mail two days ago! He loves them and has, since receiving them, started to walk. They look adorable on him and he seems so comfortable in them. Usually, his feet are so sweaty when I take off his shoes, but with these his feet were dry! I will most definitely be buying more of these shoes. They are by far the best shoes I've seen available for little ones! Keep up the great shoes and styles! Please consider making them in even larger sizes! Thanks again!"
   - Kassey (Milwaukee, WI)

"I have never been happier. My Son has a wide foot. No other shoe fits him better. I am very satisfied with the quality, not to mention all the comments on how sharp he looks all the time."
   - Wendy L.



"My daughter Kate and I love your shoes. There is nothing like playing the drums with some comfortable shoes! I wish you made them for adults because they are so comfy. I am a teacher and standing all day it really hurts. Keep up the good work and please make them larger. Thank you!"
   - Kate & Carolina M. (Carson, CA)

"I love your shoes! My daughter had such a hard time walking in regular shoes because they are so thick & heavy. When we tried pediped™ shoes on in the store and she took off running! I never thought I would spend $30 for a pair of baby shoes, but let me tell you they are worth every penny! Thank you!"
   - D. Caine



"I am so happy with my recent pediped™ purchase. Finally, a pair of shoes that I can actually get on my son's feet! My one year old son has very wide chubby feet with a high instep. Up until now, I have not been able to find any shoes that I can fit his feet into. Needless to say, pediped™ shoes are a godsend. I bought the Ethan in camouflage in 18-24 months and they are perfect. They are nice and light and very stylish. Not only did they go on with ease (no issues at all with his high instep), but they also stayed on!! He didn't fight or resist them at all. Thank you pediped™!"
   - Cristina D. (San Francisco, CA)

"You guys have the BEST shoes! I bought two pairs for my daughter Abby when she was 7 months old. I also bought a pair for my friend's son! My daughter is now 14 months old and when I say we are going outside, she literally brings me her pediped™ shoes to wear. She also has a regular pair of sneakers and sandals, but ONLY ever wants to wear the pediped™ shoes. I am so excited to get her new shoes! Thank you for making such a great product that even babies WANT to put their shoes on!"
   - Sue C. (Weymouth, MA)



"I got a pair of pediped™ shoes as a gift before my 13 month old was born, and I have had them on her feet since. They are wonderful! When she was an infant, I did not feel bad because the shoes are so soft and light, they were not uncomfortable on her. Now that she's walking they are so much better than any other shoe! Other shoes are heavy and bulky when they are learning to walk, but she never had trouble with pediped™ shoes! My only issue is that she is growing so fast that she is almost out of the 18-24 month size and then I only have a few styles to choose from! Thanks for a great product!"
   - Jodie M.

"I am so pleased with my daughter's pediped™ shoes! I get more compliments on her shoes than anything else she wears. I am addicted to buying these shoes. Thank you so much for creating healthy and stylish shoes for our children!"
- Krista B. (Prince Albert, SK, Canada)



"This is the first time I have ever purchased your product and I can say with great confidence you will be receiving my business again. The over all quality far exceeded my expectations and the styling is outstanding! I would also like to compliment you on the delivery time. I ordered the boots on Monday and they were delivered to my home by Wednesday. Now this is what I call customer service.....fantastic product and unexpected delivery time frames. Thanks so much and I truly look forward to doing business with you in the future!"
- Cindy C. (New Berlin, WI)

"Thank you so much for your outstanding commitment to customer service and for your beautiful, high quality shoes. I just bought two pair of shoes for my daughter yesterday at 9:00 am and they arrived today at 1:30 pm! I am shocked at how you got them here so fast. I tell all of the mommies I know about your company, mostly because the shoes are getting a lot of compliments! Even if the shoes weren't so cute, I would still rave about your service - thanks again!"
- Leah and Natalia A.



"My daughter loves the shoes I have bought from pediped™ footwear. She doesn't want to take them off at night - and when she wakes up she points to them and lifts her feet to have them put back on."
- Michelle B.

"I just received my first pair of your shoes today. They are adorable! I can't wait for my daughter to wear them. They are very well crafted and stylish."
- Tara S.

"I love these shoes. I just realized however that these will be my daughter's last pair, she is in the 18-24 month shoes now! I am so sad, you should consider making them in bigger sizes, they are so wonderful. Everyone always comments on her shoes when she wears these. Let me know if you are considering making them in bigger sizes, I would definitely buy them!"
- Nicole B.



"I am so glad my friend turned me on to your shoes for my little boy! I bought him his first pair when he was 5 months old. Now that he is walking, I feel that it is even more important for him to have such high quality shoes. Because he has such thick feet, it's very hard for me to find shoes that he can wear, but pediped™ shoes work great. Thanks!"
- Kassey F.

"I am a first time buyer of these shoes and I love them. I could not believe how soft yet durable they are. Most of all my daughter's feet can breathe and grow natural without harming her precious toes. Thanks a million!"
- A. Lee (Georgia)



"I'm a pediatrician and proud YaYa (grandmother). My 18-month-old grandson was born with a club foot, which has been partially corrected, but still requires therapy where he lives (Great Britain). My daughter reported that on his last visit with the British orthopaedist she received a lot of praise for his pediped™ shoes. They thought they were perfect for helping him strengthen his feet and fully stretch his tendons. They told her to keep him in those shoes. It made me feel great both professionally and as a grandparent to know that the shoes I buy him are the ones his specialist thinks are best for him. He has had a 1/2 dozen pairs or more so far and I'm ordering more right now."
- Patricia D.

"I can't believe I didn't discover pediped™ shoes sooner. I got my 13 month old son a pair and he tried them on, literally handed me his old shoes and took off running. He is always eager to put them on and sticks out his cute little chubby feet without any fuss. Sometimes he even cries when I take off his new pediped™ Tyler shoes. I have gotten rid of all his other shoes and already purchased a second pair. They are great because they are soft soled AND he can walk outdoors in them. I have had the opportunity to refer several people to your shoes. If only you had them big enough for my 3 year old. Great job, thanks!"
- Lorraine (Tulsa, Ok)



"I ordered two pairs of shoes for my granddaughter. These have to be the most beautiful little shoes I have ever seen. I will be ordering more in the future for my little darling. She needs one of every style. Thanks so much for making such beautiful shoes for the little ones."
- Glenda W.

"Thank you, thank you, thank you! I just discovered pediped™ shoes a few weeks ago. My daugher has a thick foot, I guess one would say a very high instep (but not wide). Thus, we have had a heck of a time finding shoes that fit and didn't hurt her feet. Summer was fine as most sandals adjust on the top but with fall coming I didn't know what we were going to do. Then I discoverd www.pediped.com. pediped™ shoes are the first shoe that she has never attempted to take off. She used to say 'AHH' when you would take her shoes off and now she says it when you put her shoes on."
- Angie



"I love the shoes and so does my toddler. She KNEW that box [from FedEx] was for her. She's a little shoe-a-holic already. Goes all giddy when we go to the website and starts yelling out 'shoes! shoes!'"
- Karen

"Just wanted to let you know that I received my daughter's first pair of pediped™ shoes today. They are absolutely adorable! I ordered them a little big so that she can grow into them. I hope she wears them for quite a long time to come! They are too cute! Thanks!"

"I just wanted to say thank you for your extremely quick response time and shipment of the shoes I ordered. I cannot believe they got here already!"
- Bryn H.



"I felt like I needed to send a little note commenting on the wonderful customer service I just received! I ordered my daughter a pair of Olivia shoes yesterday and I received them TODAY!!! Thinking that they would not even be shipped until next week I was amazed to have them be delivered the very next day! And for only $5.00 in shipping costs. Thank you again for the wonderful customer service!"
- Annette J.

"I really want to express my great appreciation for the customer service at your company. We purchased a pair of shoes online for my daughter two weeks before a wedding. The shoes were one size too small and my wife was freaking out about not having them before the wedding. I shipped them back quickly with a note. I wish I could remember the name of the customer service person who called back, but she was very friendly and took our situation very seriously. It is really rare to find great customer service. I will tell anyone who is looking for shoes for their kid, even if they are not looking, I will tell them. YOU GUYS ARE AWESOME. Thank you soooo much for all your help and great customer service."
- Todd, Jennifer & Madelyn



"I LOVE LOVE LOVE pediped™ footwear. My daughter's first pair of shoes were a pair of pediped™ shoes. Her grandmother bought them for her. Ever since then she has a thing for pretty shoes. pediped™ shoes are so soft and light. They have been great to help my daughter learn how to walk. She's now 16 months old and has 3 pair of pediped™ shoes that we rotate through. She wears a pair every day to preschool. She loves how pretty they are and I love that she can walk well in them and they clean up with a baby wipe with such ease. Thank you for making wonderful shoes that last! I don't know what we would do without our pediped™ shoes!"
- Laura M.

"I just wanted to say...boots?! My hands are trembling I am so excited! I am a huge devotee of your shoes. We get compliments on my 14 month old daughter's shoes constantly. I am always trying to spread the good word about pediped™ shoes. They are so adorable that they advertise themselves. Can't wait to see what you have to offer!"
- Kyla D.



"WE LOVE THE SHOES!!! I wish they had been available when my twins were first born. I did not actually see them till they were a little over a year old and we bought them immediately. I only wish they came in larger sizes, the twins are always trying to steal the baby's shoes. Our newest daughter has had them since birth, because they are just so cute and they wear soooo well, that we have passed them on to friends and they all say they look NEW!"
- Leah R.

"Your shoes are adorable and super comfortable! A co-worker told me about your shoes and I instantly fell in love with them. At the time all the shoes I purchased for my 5 month old daughter fell off her feet, were cute but didn't fit, or were too expensive and made from poor materials. pediped™ shoes are affordable, made from beautiful leather, comfortable, and long lasting. The only time they come off her feet is if she takes them off; she just loves them. And the black sole is absolutely genius! My daughter would come home with the bottom of her other shoes pretty filthy from being in the walker at daycare. She didn't walk so seeing the bottom of a dirty shoe was unappealing to me, with the black sole the shoes remain like new. Thank you! I can't wait to rack up on more this fall!"
- Sahkeenah W. (Hillside, NJ)



My daughter recently had a major growth spurt and it seemed like her shoes didn't fit over night. It was a sad day when I had to tell her that she could not wear her pediped™ shoes anymore. I thought maybe of buying some other brands of shoes to try them out but after three tries and my daughter not wanting to wear any of them, I knew I needed to get her more pedipeds. My daughter loves shoes all around but when we got the new pairs in the mail, she was thrilled. Thanks for the great shoes!"
- Caroline (Nevada)

"I always get compliments on my daughter's pediped™ shoes. Thank you for a comfortable and stylish baby shoe!"
- Sara B.

"I would love to see more little boy shoes! You all are doing a fantastic job on the designs. I love these shoes for my son and he has worn these since he was born. He has every pair and everywhere we go I'm always asked 'where did you purchase these?'. I should be selling pediped™ shoes! LOVE EM! LOVE EM! The new Aidan & camo shoes are FANTASTIC!"
- Jessica N.



"Our twins only wear pediped™ shoes and they love them. We only buy pediped™ shoes for our kids and all the kids in our family only wear pediped™ shoes. They are very comfortable and I think the only thing that is close to the kids actually being barefoot."
- Vrez B.

"I have bought three pairs of shoes from you now and I love them. My daughter just learned to walk and she is doing much better in them then she did in any other type of shoe. She is now 4 months old and I already bought her a pair and can't wait to buy more for her as she learns to walk."
- Whitney R.

"I absolutely love your shoes and, because of my daughter wearing her six pairs constantly, I have all the moms at church buying them for their daughters and loving them. PLEASE, PLEASE consider making them for children up to age three. I have searched high and low and can't find shoes I like anywhere that compare with pediped™ shoes."
- Amy H.



"I just wanted to thank you for your great customer service. There are not many people or places that go the extra mile for their customers. I recently placed my order and there was a problem with sizing. You quickly fixed the matter and now my son is happily running around in his new pediped™ shoes. Your shoes are the only ones that he will actually keep on his feet! Thank you for always quickly responding to questions and helping your customers in any way that you can. I will continue to spread the word about your great products and what great customer service you stand by. Thanks for all your hard work!"

- Joi T.



"I don't send comments to companies very often, but I love the pediped™ shoes so much I felt I should send an email. My son wears his everyday. I have found no other shoe that fits him like the pediped™ shoes. They never rub blisters. He keeps them on his feet. He even runs to find them so he can put them on in the mornings! Great shoes. I'm so glad I ordered them!"
- Emily B. (Marietta, GA)

"I love your shoes. My daughter doesn't have a wide foot but it's thick vertically. Your shoes are the only ones that I have found so far that give her enough room in the toe. I love it and she doesn't mind wearing shoes now. Thank you!"
- Shannon P.



"My daughter would not keep shoes on...that is until we found pediped™ shoes! They are cut wide enough for her feet and sit on her heels where they don't bother her. My mother-in-law gave us our first pair and shortly thereafter I ordered another pair. Thank you!"
- Jo D.

"I am very satisfied with the quality of the shoes I have ordered. I was surprised and yet happy, on how quickly we received our daughter's shoes. I will definitely order from your company and will let my friends and family know about your shoes!"
- Elvia V.

"These are the first shoes I purchased my son when he was 9 months old. He is now 15 months old and has four pairs! They are the best shoes I have seen for babies. He learned to walk soon and well because he can move so naturally in his shoes. He kept them on immediately and they are so cute. Everyone comments on his shoes and says they are adorable."
- Sara L.



"I just had to write to tell you how much I love your shoes. I first bought a pair when my son was six months old. I've been hooked ever since. My son, Aiden, has wide feet. That makes it hard to find shoes. I first bought the brown and tan Liam's. Those have been my favorite. Aiden wears them almost every day. The shoes did not wear out, my son grew out of them. I've now just ordered Aiden's fourth pair of Liam's and the new Aidan shoe. Every time we go out, someone has to make a comment about how cute his shoes are. The only sad thing is he is now in the Large size and soon will not be able to get your shoes anymore. I don't know what I'll do then. In the meantime, keep up the good work. I tell everyone I know with kids about them, and will continue to do so. Thanks so much."
- Amie B.

"Your shoes are excellent. Even my son's pediatrician asked about them. We get comments from people everywhere we go and I highly recommend them. I always go for comfort first when buying for him (cute is just an added bonus). It's almost impossible to find cute and comfortable when shopping for toddler shoes and clothes. Somehow you have managed to achieve both. Great job!"
- Ann C.



"I ordered the Tyler - Brown for my son, and have absolutely LOVED the shoe. He doesn't like to have anything on his feet, but doesn't mind pediped™ shoes. Everywhere we go I get the most compliments on what a cute shoe he has on, and I recommend you to everyone! These are the only shoes I will buy. Love your product!"
- Joi T. (Whiteville, NC)

"Before I purchased my son's pediped™ shoes, he wouldn't wear any sandals at all. He would have them off of his feet within seconds. I just received my son's new shoes on May 26. I am excited to say that he wore them all evening and all

day on the 27th. Everyone has bragged about the shoes and asked where I found them – I told them and even gave the insert that came in the pretty purple shoe box to a friend for her sister in-law who's son is doing the same as my Bray. Thank you for making a shoe that my son enjoys and doesn't fight to get off of his feet."
- Angie W. (Sylva, NC)



"I just wanted to let you know how terrific your shoes are. I became aware of your shoes through my husband Kenny. He had brought a couple of pairs home that you had given him as gifts for our new baby girl. pediped™ shoes are the only shoes that look great and feel comfortable...love them! We have purchased other brands of shoes, but they just don't rank up. I have a cousin with a new baby girl and a few friends that are all having kids this year...your website is becoming my new headquarters for baby shower gifts! Thanks and keep up the great work with all the cute new designs!"
- Kenna's Mom

"I have ordered three pairs of your shoes and my daughter really likes them. Some brands are too heavy and some brands are too thin on the soles...so pediped™ shoes work out really well at this point since she is walking now. I also like the width of the pediped™ shoes because my daughter measures a wide and these work out just fine."
- Danielle



"I absolutely love my pediped™ shoes for my 6 month old daughter. I received my first pair as a gift from my sister, since then I have bought about 9 or 10 pairs. The quality of the shoes are impeccable and the style of the shoes are just so precious. Every time we are out we always get outstanding compliments on them on how they are cute and different. I am a true continued customer. pediped™ shoes are all we wear. Please continue to make them in larger sizes. I want my daughter to wear them as long as she can. Continue the outstanding work and customer service."
- Pauline S. (Lafayette, LA)

"I got a pair of your shoes from Zappos.com a few months ago. It was my baby's 3rd pair of navy blue sandals in about a month. Everywhere we went he was taking off his shoes and we would lose them. He has never removed the pediped™ shoes, he just doesn't mind wearing them. I think they're fantastic. I also don't feel as bad about leaving him in shoes so much now even though I know it's best if he is barefoot whenever possible. I can see that his posture is not changed by these shoes and he walks in them easily."

- Julie R.

"I think you have a great product that will continue to give customers like myself an excellent product for our kids. Please consider making larger sizes so that our kids can enjoy your great product as they grow."
- Samantha J. (Bronx, NY)

"My son just turned one, and he has been walking since he was 10 1/2 months old. I absolutely love your shoes, and he does too, as they are very comfortable. I have told a few children's retailers that I am friends with and do business with about how good and perfect for walking your shoes are. Thanks so much!"
- Shelly C.



"We bought a pair of pediped™ shoes for our one-year old son Ben today and we all love them! He runs around as well as if he were barefoot, and best of all, they do not make his little feet sweat at all! Thank you for making such a great product!"
- Nicole A.

"I just purchased my fifth pair of your wonderful shoes for my daughter who is going to be 2 next month. She has been wearing them since she was nine-months old. She is now in your last size of shoes. Please, please consider making larger sizes. I don't know what I will do when she grows out of them. I recently bought my daughter a pair of sandals from a retail store and she refuses to wear them. She will only wear her pediped™ shoes."
- Lori



"I LOVE your shoes. These were my son's first walking shoes, and he adored them – wore them everywhere, even just around the house. I think your product is fantastic and I have recommended pediped™ shoes to my family, friends, and even complete strangers in the shoe store!"
- Nita (Calgary, Alberta, Canada)

"I am a huge pediped™ footwear fan. My daughter Ella only wears pediped™ shoes. She has over 20 pairs (and I just ordered 6 more). I fall in love with a style and then have to order them in every size before they get discontinued. I tried to put some sandals on her the other day and she screamed because she is so used to the comfy pediped™ shoes. I think I could be a spokesperson for pediped™ footwear by how many people I refer to this site after they comment on Ella's shoes. Please continue making such great quality shoes."
- Kristen C. (Baton Rouge, LA)



"I love the quality, comfort and style of pediped™ shoes. My daughter has sold tons of the Emma and Isabella's for you by modeling them at almost every stage. She wants to wear nothing else but her pediped™ shoes. We do buy other brands of shoes but she personally will pick out her pediped™ shoes every time over any other shoe choice and that means a great deal to me. Thank You!"
- Jenny M. (St. Augustine, FL)

"Like all babies my one-year-old has chubby ankles. First we tried the expensive XXXX brand and I ended up paying over $56 on his "first pair" of shoes. They were so rigid that he kept falling in them. They were not flexible in the toe box area so when he tried to run he would fall on his face. The next shoe we tried was the other leading brand which has one thick piece of elastic that holds the unshapely sock like shoe on and that piece of elastic left deep grooves in my child's ankles, not to mention cut off his circulation. Then in a Parenting Magazine I saw pediped™ shoes advertised. I reluctantly bought a pair after having such a bad experience with the elastic shoe brand. I love, love, love pediped™ shoes. Everyone that sees him in the shoes compliments them....everyone. That is one of the first things they notice about his outfit because the blue and white stand out so much. They never get dirty and they are so flexible in the foot that kids can bend their feet and run in them with no problems. I would love to bronze these as these are the first pair of actual shoes that he actually wore and didn't fall on his face in."
- Bindu J. (Dallas, TX)



"I just wanted to let you know how much I love your shoes. My daughter just turned one and really, really hated shoes. She would throw a fit like she was hurt and wouldn't put her feet down at all. Her Nana got her a pair of your pediped™ shoes and she now loves them. She doesn't complain at all. I love how soft and comfortable they are. She can't even tell they are on and when she does she leaves them alone. Thanks for making such a great product. I plan on buying more in the future. I am a new loyal customer."
- Elizabeth Ledley

"I just would like to say, that I am impressed with your fast service and the high quality of your shoes. My granddaughter will be one-year-old on April 27, 2007. She loves your shoes. She sticks her foot out so I can put them on. When she is not wearing them she carries them around in her hands and even in the box! She can say 'shoe', so it is so cute to hear her ask for shoe. Just wanted to pass this along and I will be ordering more. Thank You."
- Wanda S.



"My daughter loves her pediped™ shoes! Before these I tried so many different kinds of shoes and she would never keep them on them! The moment her shoes went on, she was taking them right off. I was trying to stay positive when I ordered her very first pair of pediped™ shoes. If these didn't stay on, I didn't know what else to try! From the first time I put these shoes (Olivia - White) on her feet....she never touched them!! They go on her feet every day and she never even attempts to take them off! Thank you pediped™ footwear!"
- Sarah M. (Ohio)

"I love these shoes and so does my daughter. They are so soft, yet durable enough to wear outside. My daughter doesn't even know she is wearing them. My mother even put her down for her nap with the shoes on. I recommend these shoes to everyone. Thank you for such a great shoe!"
- Brooke J. (North Carolina)



"These shoes are great! They clean up so nice, my daughter has no problem wearing them and they are so durable! The other day, she tugged on the strap as hard as she could and I was sure it was going to tear off. It didn't! My daughter just started walking in the pediped™ shoes and when I put her expensive XXXX shoes on, she trips over herself, but in the pediped™ shoes she walks perfect! Thanks so much for these great shoes!"

- Ashley H.



"We loved your shoes so much we bought a second pair the day we received the first!"
  - Shannon T. (Havre de Grace, MD)

"Your shoes are the only ones that properly fit extra wide feet. We love them and get compliments all the time."
  - Katherine J. (Rogers, AR)

"My eight-month-old daughter Chloe loves her Isabella - Brown shoes. She can't leave home without them. One day we forgot to put them on her and everyone at daycare asked Chloe where her adorable shoes were. These shoes actually stay on and are classic yet sassy."
  - Michelle L. (Maple Grove, MN)



"I just received my recently ordered two pairs of shoes from you for my daughter. FABULOUS shoes!! And I got them so fast! You guys are great! I'm buying more shoes soon and recommending you to everyone I know. Thanks very much!"
  - Aditi C.

"I am so excited to have found your shoes! I wish I would have known about them for my oldest son. He has Sensory Integration Disorder and would have benifitted from these shoes greatly! I plan on telling his occupational therapist about your shoes so she can pass the word to others with this problem! As well as all of my other mom friends! Thank you for making such a great product!"
  - Angel Q. (Ladson, SC)

"Just wanted to let you know that your product is a God-send. Our daughter Ella Mae (21months) has Spina Bifida and has no feeling or movement from the knees down. She has to wear special braces (called AFO's) to help stabilize her ankles. These are bulky and cumbersome, making it very hard to find shoes that will fit over them. After much searching and trying some very stiff (and ugly) shoes, a friend told me to check you guys out. Ella has a pair of your pink Madeline shoes and they are perfect! They fit over her AFO's with ease and are sooooo cute! Thank you for making a shoe that is functional, fashionable and versatile. She loves them! And so do I! I would love it if you made bigger sizes...I am dreading the day she outgrows these."
  - Ella Mae's mommy



"Hi! Thank you for making such wonderful shoes. My mother and I have ordered my daughter several pairs and we love all of them. As a new walker the pediped™ shoes helped her gain confidence in herself by allowing her foot to move as it should. In fact she never tripped over her own feet, or shoes. Now she has been walking for some time and we still love her pediped™ shoes. She is very steady on her feet and I think her pediped™ shoes really have helped her. We love our pediped™ shoes! Also, your customer service has been wonderful. I am thankful to have found these wonderfully made adorable shoes for my daughter and plan to continue to order from you for a while. I agree with many other mothers, I wish that you would make larger sizes also. Thanks again! We LOVE your shoes!!!"
  - Lindy and Ella L.



"I just wanted to comment on how great your shoes are. My son was born 4 1/2 months ago with a club foot. At 4 days old both of his feet were put into cast. We had to take him in once a week for 7 weeks to get the cast changed. After seven weeks of casting they gave him a pair of hard white boots that were connected in the middle with a brace. He was to wear these for 23 hours a day for 6 more weeks. After that he just had to wear them at night. Not knowing what to expect with the club foot, my husband and I never bought our son a pair of shoes. One day while at the mall I saw my first pair of pediped™ shoes. I bought them. I was so excited because I knew that I would soon be able to put these on my son. Yet I didn't know what his reaction would be since his feet had been casted or in his boots for his entire life. So on the first day he no longer had to wear his braced boots I put on his pair of pediped the Braeden - Navy. My son loved them !!! He was able to move his foot freely. It was like he was barefoot. There is no other shoe for my son. My husband loves the fact that they look so modern. Not like other children's shoes that have characters or animals on them. We get so many compliments on these shoes. My niece who is 2 months older also now wears pedipeds. I'm happy to say that my son loved them so much we now have 14 pairs of pediped™ shoes. Thank you so much for your wonderful product."
  - Belinda (Palo Alto, CA)



"I ADORE your shoes!! My son is 8 months old and he is very tall for his age and already wears a size M. He is cruising now so I thought that pediped™ shoes would be perfect for him and they are. I am very sad that by the time he can walk well he will probably be grown out of the large! I have seen many other comments about bigger sizes so please please consider making bigger sizes!!!! These are the best shoes EVER!!!! Thank you so much!!"
  - Natasha L.

"I LOVE, LOVE, LOVE your shoes for my little girl!!! They are the best!! I was wondering if you might consider doing some sandals also?? I have been searching for some for her and they are all so stiff and I think she will hate wearing them after her pediped™ shoes. Thanks for the great product!!"
  - Amy R.



"We absolutely LOVE pediped™ shoes. They are the only shoes that I can get (and keep) on my daughter. I would love to see them in some brighter colors/combinations."
  - Brooke L.

"I heard about your shoes awhile back from talking to other moms and fans of babies in soft bottom shoes for as long as possible on Mothering.com/discussions. I got my baby his first 2 pairs of your shoes a week ago from Whytes USA Baby in Virginia Beach, VA. I absolutely LOVE them. He always trips and falls in hard bottoms on the rare occasions that he would wear them, but walks beautifully in pediped™ shoes. It is extremely difficult for me to find soft bottom shoes for him. Apparently, not many people are aware of the benefits of keeping babies in soft bottom shoes well into toddler years. The soft bottom shoes that simulate bare feet that I do find closer to his size range tend to look more like booties and less like actual shoes, the way that pediped™ shoes do. I am a trendy individual, and I love how pediped™ shoes simulate bare feet and yet look like actual shoes instead of booties."
  - Sonya B.

"I LOVE pediped™ shoes! My daughter has had several pairs in many sizes, but is now in the large size and soon out of them! PLEASE make these shoes in larger toddler and even little and older girl sizes, I know I would continue to buy them (I'd even buy them if they came in my size! LOL). They are comfortable and cute! Perfect for indoor and light outdoor use! Casual and dressy! Thank you!"
     - Emily V.



"I absolutely love your shoes. My son wears his everywhere we go and people are always commenting on them. They make it so easy for him to walk and they're not heavy and bulky."
     - Kandie H.

"I was so excited to see the new pediped™ spring collection. I just purchased the Zoe - Metallic pink for my 16 month daughter and I love them! They look darling with every outfit. They fit her great and she keeps them on all day! I can't wait to go and buy another pair!"
     - Jessica K. (St. Louis, MO)



"I am a huge fan of pediped™ shoes. I have a pair of 0-6 month shoes that my daughter wears every day. They are the only shoes that will actually stay on my daughter's feet. She pulls her socks right off until I get those shoes on. Everywhere we go, someone comments on her shoes..."
     - Julie D.

"We LOVE LOVE LOVE your shoes and have purchased several pairs for our one-year old daughter. We have the Carolinas and Terrys and just love them! Thank you for making such adorable, comfortable shoes for little ones. As most of your customers have said, we too tell everyone about your shoes!"
     - Emily C.



"I just wanted to say how much I love the new Spring styles. I think they are so cute and I was glad to see a purple girls shoe mixed in. I just ordered size medium for my daughter and I got sad knowing that the next time I order pediped™ shoes will be our last, as large is the biggest size offered. :( I would love to see you guys do bigger shoe sizes too. I love your shoes and my daughter has been wearing them since they would fit her little feet, nothing has compared!"
     - Tamara C.

"I want to thank you for making such fabulous and functional footwear. I bought my first pair of pediped™ shoes for my daughter Elyse when she was an infant based solely on their look and quality construction. Now that Elyse is starting to cruise and nearly ready to walk, I appreciate how good they are for her development – my pediatrician even approved of them! Everywhere we go, people stop me and ask where we got her shoes – the compliments we receive are nearly endless.
Thank you for making a product that my daughter loves to wear and I can feel so good about!"
     - Kim M. (Nutley, NJ)



"I ordered 'Liam' in tan and brown, and I was thrilled to see that they arrived so quickly. I had been admiring your products on the website for some time, but I was even more impressed by the craftsmanship in person. The shoes are adorable, and my 17-month-old son loves them. He actually did a little dance when we put them on for the first time. I have purchased another brand of soft-soled shoes in the past. Although they were fine, they were very difficult to put on my baby. Our new pediped™ shoes are so simple to slip on and off. Thank you for a wonderful product."
     - Erica G. (Pittsburgh, PA)

"I bought my son his first pair of pediped™ shoes and they are the only shoes that he does not try to take of. I love them! They are so cute!! After I bought him his first pair of Gavin's and noticed how much he liked them and how cute they looked I immediately bought him the Charlie's in Black!"
     - Mariana R. (Framingham, MA)



"My daughter is not quite two and has very long feet for her age. She is already in your size large, and pediped™ shoes are the only shoes she will keep on! I tried other brands of soft sole shoes such as xxxx because they make them in sizes all the way up to four years of age, but they aren't as cute as your shoes. Are you planning on making them available in bigger sizes?? All of the mothers in our play group agree with me and wish your shoes were available in bigger sizes. I would love to be able to keep my daughter in pedipeds longer, and I would prefer to stick with them because they are such beautiful, well-made shoes. "
     - Jessica H.

"Please, please, please make some larger sizes for toddlers. I know that as kids walk more, they need a bit more support – maybe there is a way to make a more flexible sole for them with some additional protection... My daughter is now in your largest size and I adore these shoes. She even asks to sleep in them sometimes, they are that comfortable! Her feet are still so rounded that most "normal" shoes won't fit her comfortably..."
     - Jayne P.



"I absolutely love these shoes. I honestly was an avid xxxx customer until I discovered these. They are so comfortable on my son he does not want to take them off, unlike others who advertise kids can't take them off. The only suggestion I want to make is...make larger sizes. My son will soon be in the largest size you offer. I don't know what I will do when he no longer can wear your shoes. Please please offer extended sizes. It would be so great."
     - Julia F.

"What I truly love about pediped™ footwear, besides the styles and softness is the quality. My daughter runs around outside and has no sympathy for shoes...and they come out with no scratches! They look brand new! They are truly wonderful. I realize that soft soled shoes are aimed for infants, but I agree with other parents who wish they came in larger sizes. Or maybe pediped™ can make shoes geared for older toddlers/kids. Imagine how darling they'd be!"
     - Stacy (Corona, CA)

"I bought your shoes for my daughter a few months back and I cannot tell you how many people compliment on her shoes. I love them so much that I will not buy her hard soles until I have to."

"We first heard of pediped™ shoes when my sister-in-law started buying them for my niece. My son owns almost every style in almost every size. We are very pleased that more stores in our area are starting to carry these wonderful shoes, but sad that my son is just about ready for your largest size. Your light shoe with a soft sole is perfect for little ones. We get compliments on his shoes everywhere we go. Many of my friends have become faithful pediped™ customers. Thank you for making a great shoe!"
    - Jennifer (Carrollton, VA)



"I just wanted to write in and comment on how wonderful my first experience buying pediped™ shoes was. These shoes are amazing and so well made! I ordered two pairs of shoes. Unfortunately, the Kates were out of stock, but Brittany from customer service was kind enough to email me and tell me exactly when they would arrive. Brittany was fast and friendly with her responses and it was greatly appreciated! I have told all of my friends about pediped™ footwear. I love how these little beautiful shoes just show up on my doorstep and I absolutely love the little box they come in. Thanks again for making such amazing shoes!"
    - Tanya F.

"Today I purchased my 8-month old son his first pair of shoes and they are pediped™. I have never heard of the brand until I was in an upscale department store. The only soft-soled shoe I had ever been familiar with was XXXX, but I have not been too impressed with the styles/colors they offer. Even though my original intent was going to the store to see what styles/colors that XXXX had to offer, the first shoes that caught my eye were your Liams. The Liam is too adorable. So I purchased them for my son. Thanks for creating a soft soled shoe with comfort and style!"
    - Tiffini (Iowa City)



"I have just received my order today and was amazed at how fast I got it, especially since I live in Canada. A couple of the shoes are gifts and the others are for my daughter. We love them all and I'm sure my friends and their babies will love them too. Looking forward to see what styles you have in the new year. Can't wait to place another order!"
    - Camille

"pediped™, since beginning writing for MWS, I've done a lot of research. And one area where I consider myself to have become a sort of semi-expert is baby shoes: when to wear, why to wear and how to wear. pediped™ footwear were the first soft-soled shoes I fell in love with and so did my husband. I'm hoping to bronze Wesley's sandals. They're that special. Plus, it's hard not to flaunt that my guy is wearing the same sandals as mega-celeb babies like Hazel and Phinnaeus."
    - Julie



"My son has lived in pediped™ shoes for his first year and a half and I absolutely love all of the styles. Thank you for designing such practical, adorable and durable shoes. We receive compliments on his precious shoes everywhere we go!"
    - Jennifer H (Lexington, KY)

"I wanted to thank you for making such great shoes. My daughter Emily had a hard time walking in regular hard shoes and wouldn't let me put them on. Once I had put on the pediped™ shoes it was like she didn't even know she was wearing them. As a new walker she scrapes her shoes and falls a lot. The shoes have held up great! They are easy to clean with just a wet paper towel and look as good as the day I bought them. They are also the number one gift that I give to new parents. I love the purple box they come in and the shoes are adorable. I have had to restrain myself from buying every pair you make. They are worth every penny. Thank you again."
    - Jamie H. (Warminster, PA)



"I have been searching for the perfect shoes for my son's 'first walkers' and until now I have not been satisfied. Your shoes are exactly what I had in mind. They are adorable."
    - Katie V.

"I just wanted to thank you for how fast my little ones were shipped! I placed my order on December 5th and received them on December 9th! I was really happy to see them on my doorstep! Also, my son is 13-months old and I have the hardest time keeping shoes on his feet! When I put the pediped™ footwear on him he didn't know that they were there! It was GREAT! Thank you!"
    - Jillian J. (Port Orchard, WA)



"I adore your product! My son is 8-months old and he looks adorable in his new orange and brown shoes. I love Carson's first pair so much that I am buying another pair right now for a friend. Thank you for making such a wonderful product!"
    - Alicia B. (Beaverton, OR)

"I have recommended pediped™ footwear to all of my friends that have bought several pairs and all of them have the Madelines. One friend bought the next two sizes up!"
    - Staci B. (Charleston, WV)

"I recently bought my daughter a pair of your shoes (Isabella) and I love them! I get compliments on them every time she wears them. I recommend them to everyone I know. I'm buying two more pairs for Christmas! I think your shoes are going to be my new baby shower gift."
    - Melissa B. (New Kensington, PA)



"I just have to let you know how much I love your shoes! I can't keep socks on my baby (who can?) and I'm tired of putting her in moccasins, cute as they are. I never like XXXX (nothing personal, just don't love the design) so I was THRILLED to find these when I was out shopping. I bought one pair and will definitely buy more. Thanks so much for coming up with these."

Case 1:08-cv-03572-LTS-THK    Document 13-7    Filed 06/05/2008    Page 4 of 14

- Kate K.

"We LOVE our pediped™ footwear! My Brady has very cute, but chubby feet and gets very frustrated with hard-soled clunky shoes. He can move any way he wants in his pediped™ footwear as if he only had socks on. He is much safer on our hardwood floors with the pediped™ shoes. Thanks and keep up the great work!"
- Jill S. (Nashville, IL)

"I love your shoes — my son owns almost every pair you sell!"



"I am a pediatric physical therapist as well as a new mom. My daughter has just begun cruising and standing and I was frustrated with the shoes available for her. I know from my training that bare feet is best, but there are places where she still needed shoes for cleanliness. I tried several types of shoes, but they were too stiff and affected her standing and crawling. Then I saw pediped™ footwear advertised and realized they were the perfect option for her. They are working and looking great! Now my daughter can get the benefits of weight bearing on bare feet in her shoes. Some of the benefits include: sensory input, proprioceptive feedback, balance reactions and foot development. Thank you. We look forward to our next pair."
- Joanne B.

"A co-worker and I were pregnant together last year and she has 1-year old twin girls and I have a 10-month old. When I was complaining to her about my daughter not keeping her shoes on she suggested pediped™ footwear. She keeps them on without fussing and they are so cute!"
- Melinda T.



"I read about your shoes in Parents magazine and saw the displayed 'Lauren'. I immediately fell in love with your shoes. Well, I have been looking at some of the other infant shoes until I found you. I LOVE these shoes. I received my first pair today and I have already received a ton of compliments. These shoes are fun, stylish and stayed on my little girl's feet. I have two more pairs on the way and I am so excited. Thank you for thinking of the comfort and style."
- Natalie H.

"I've purchased two pairs of shoes for my one-year-old boy. My son loves his shoes and we get compliments on them everywhere we go! I've sent many people to your website to look at all of the styles! We love pediped™ footwear!"
- Brandy G.



"My son just would not keep his socks or shoes on. He seemed to just crawl right out of every shoe I bought. I ordered two pairs and now they are the only thing I put on his feet. They are so soft and haven't fallen off once. Everyone wants to know where I found them. They are worth every penny!"
- Beth

"I recently purchased a couple pairs of pediped™ footwear for my six-month-old Zoey. I love them. They stay on my daughter's feet even when she tried to kick them off and they are so soft. They are not confining for her growing little toes."
- Sonya T.



"I love your shoes! They are the only ones that Jada will wear and I get compliments every time she has them on! Thanks for making such a great product."
- Julie

"I just wanted you to know how much I love your product. I tried many different kinds of shoes and have finally settled on pediped™ footwear as the best! My daughter has worn her Katelyn - Whites almost every single day this summer and they have held up beautifully. I don't think I've ever had her out in them when someone hasn't commented on how cute they are. The workmanship is unmatched and I just really wanted to tell you that I think your product is great."
- Kristen F.



"I am so pleased with the ease of your website and the quality of your shoes. They have never once fallen off of Vahn and he chews on them, bangs them, crawls into whatever mess he has created and the shoes always look wonderful. We get compliments from all the parents/teachers at his daycare, the mall, the park and really anywhere we go and he has them on. I think you have even made a few new customers that way."
- Ani, Nate & Vahn

"I just wanted to say that I think your site and your infant shoes are wonderful. My friend is in the United Kingdom and her toddler has several of your shoes. Her little girl has amazing comfort and I cannot wait to receive my son's shoes in the mail. Thank you for making these products."
- Miss Mickelson



" Now that we've purchased pediped™ shoes for our daughter Paige Marie, we can't settle for anything less. Paige has run around in her Olivia shoes for months now and they only show slight wear. The benefits of the soft sole are obvious in her stability walking in them. Thank you so much for making an affordable, quality product. We would be in the poorhouse if we kept replacing her other brand name soft-soled shoes as often as we were!"
- The Blairs (Costa Mesa, CA)

"Thank you for making these high quality shoes. They're so soft, durable and super cute. We love them! I first heard about them in Parenting Magazine. We are always getting compliments on them. I recommend them to all of my friends. Thanks again!"
- Gina (Connecticut)

"I love my pediped™ shoes! I bought my daughter a pair right when she started to walk to protect her feet outside. They stay on her feet. They are easy to take on and off. She loves them. I always get compliments on how cute they

are! Well done"
  - Jill M.

"Thank you! Thank you! Thank you! I ordered and bought a pair of these through a shop nearby. Not only do I love them, but my daughter literally needs to be bribed just to take them off! Thanks for a great product product that looks awesome too!"
  - Sara Y.

"I just received my daughter's first pair of pediped™ shoes the other day. She is 15-months old and she has never worn shoes (she absolutely hated every pair I tried on her and refused to walk or even crawl in them). I put them on her and she refused to let me take them off. I had to wait until she was asleep! They are so soft and she just loves them. Thank you so much for the wonderful product."
  - Julie E. (Virginia)



"My little granddaughter Tatum has several pairs of your shoes. I originally purchased them because they were so adorable, but after a visit to her orthopedic specialist and his recommendation that they were perfect for her...I went crazy and bought three more pairs! Your shoes are the only ones she wears and will be until she outgrows them. Thanks for making such great shoes for my precious Tatum and all of the other little angels out there."
  - Gay Ann H.

"These are the first pair of shoes (my daughter) doesn't pull off. I really think she loves wearing them! We get so many compliments on them and Rachel doesn't get blisters anymore! We are both thrilled! We'll tell all of our friends about them!"
  - Happy mom, Jen (Tallahassee, FL)



"Both my husband and I are practically  pediped™  evangelists now."
  - Neche H.

"Rowan's got happy feet whenever she's in pediped™  shoes!"
  - Happy Mama (Riverside, CA)

"We just discovered your wonderful shoes! Luca is 9 months and we loves to explore in his pediped™ footwear every day."
  - Cheers, Sandra, Shaun and Luca (Victoria, BC)

"Thank you for designing a shoe that is stylish and yet meets the needs for growing little feet. We just received our shoes yesterday. We LOVE them. We will highly recommend them to all of our friends with little ones."
  - Erin (Jacksonville, FL)



"pediped™ is going to be the only shoes my daughter wears from now on."
  - Julissa M. (Bakersfield, CA)

"We received our first pair of pediped™ today and (my daughter) was off and running in them. My daughter will not take one step in traditional hard-soled shoes, but when your arrived she took off in them even though they were a little too big. You have the cutest styles!"
  - Tiffany (San Diego, CA)

"What a great company. We love your shoes. We have a 9-month-old that kicks off her shoes in seconds. Except yours! They stay on and are good for her as she is learning to crawl and pull up. Keep up the good work!"
  - Amy and Meredith C.



"Thank you for making such a stylish, yet comfortable shoe for precious little feet like my daughter's. She loves them!"
  - Rosie P. (Scotts Valley, CA)

"I just want to say thank you for your quick response. I could not believe it, but when I got home yesterday there were the shoes! You turned my order around faster than is stated on the website. I am truly a loyal customer for good!"
  - Stephanie

"pediped™ are the absolute best baby shoes out there! I only wish I had known about them when my son was a newborn (he's now 1 year old). One thing is for sure, with our next child, I am ONLY buying pediped™. They are so much better than the other soft baby shoes. They're much cuter to begin with, and they offer more support. They are also better than the hard soled shoes. Cole can wear them around the house as if he's wearing nothing and they don't hinder his crawling or walking. He hardly knows he has them on. Additionally, they're so easy to put on the feet of a squirming toddler. It never fails, every time we are out someone comments on how cute his shoes are and they want your website address. Another thing I want to say is that your customer service is excellent. Bottom line, don't change a thing about your company or your shoes (just keep adding new styles!)."
  - A loyal customer, Amy K. (Denham Springs, Louisiana)



"I just bought my daughter the Sara shoes in red and they're fantastic. So cute, so soft, she doesn't take them off, she doesn't trip in them (as she did in... stiff-soled options we tried) and the leather is easy, easy, easy to clean... I wanted something a little more sturdy and your shoes are the perfect answer. So cute, so soft, but still offering the protection I wanted for her wee toes. We get lots of compliments on the shoes! I know these shoes are Hollywood baby favorites, but they're equally good for families (like us!) on a fairly tight budget. The shoes are made of good quality leather and the pair we picked goes with everything. These are our daughter's only shoes and I love that she's wearing her pediped™ footwear with Goodwill treasures and cousinly hand-me-downs! She looks like a million bucks! Thanks so much."
  - A Happy Mom in (rent-controlled!) Santa Monica



"Your company has a great reputation of quality shoes, excellent service, fast shipping, and outstanding press coverage."
- Lori C. (Orlando, FL)



"I'm very satisfied with your products. My son currently owns 5 pairs of your baby shoes and we get endless compliments on each pair. We recently just purchased Charlie in w/b and were wondering when we should check back for new styles?"
- The Curry Family

"I want to thank you for your exceptional product – your shoes are positively darling! And I appreciate the fact that my little honeybee doesn't have to be a slave to fashion to enjoy them. While she often fusses over and tries to remove the shoes I've put her in in the past, she's quite comfortable in her pediped™ footwear, and I feel great knowing they're the best thing for her developing little feet. I commend you on your adorable designs, charming attention to detail and conscientious dedication to my baby's development!"
- Mamie C. (Riverside, CA)



"My sister-in-law just bought some of your shoes for my son's first birthday. We love them... My sister was saying that pediped™ footwear are the only shoes I should buy Sawyer, and the new baby, from now on and I have to agree. They will also be great gifts for all my friends who are having babies."
- Betsey N. (Lodi,CA)

"Thank you for making such a stylish, yet comfortable shoe for precious little feet like my daughter's. She loves them!"
- Rosie Peterson (Scotts Valley, CA)

"The shoes arrived around 1 pm today. My son is wearing them now. They are SOOOO cute and flexible!! He has not pulled them off yet – he has not even tried!!! The last shoes I placed on him, he screamed until I removed them!"
- Sherri D. (Indian Springs, AL)



"Yesterday, my daughter's first pair of pediped™ footwear arrived. When I put the new shoes on her feet, her face lit up with a big smile. Then, I put her on the floor to try walking in them and she began dancing around the family room! She would not take her shoes off until time to go to bed. She loves them!!!! We'll be ordering more soon."
- Kellie M. (Germantown, TN)

"If I had anything to suggest about your wonderful shoes, it would be more sizes!!! We have grown out of your largest size and I am deeply saddened that we can no longer buy your shoes! Your styles and craftsmanship are amazing and I would be thrilled (as would my son!) if larger pediped™ footwear were born!"
- Gina L.

"I love your shoes! You have the best styles out there. I especially like the roomy toes cause my daughter really needs it. She loves her shoes too!"
- Noemi M. (Los Angeles, CA)



"A friend of mine sent me a pair of the LIAM style...Love them!!! My favorite thing is that they stay on. I loved them so much I bought another pair for my 2nd son! Will be buying more of your shoes very soon!!"
- Shelley R. (Cortlandt Manor, NY)

"(My daughter) is about to outgrow the 18-24 month pediped™ size and I am frantically looking for shoes in the next size up!"
- Anne Y. E.



"Your shoes are really really wonderful! My daughter LOVES hers. She puts them on and wears them around the house constantly....she has never done that with any of her other shoes...and I'm a bit of a shoe nut so we have all the popular brands. She definitely prefers her pediped™ footwear over everything else! Thanks again!"
- Maria H. (Denver, CO)

"I love pediped™ baby shoes. I recommend them to all my girlfriends. The soft sole is comfortable on my daughter's feet and she loves wearing them."
- Michelle M., M.D. (Santa Monica, CA)

"pediped™ are the only shoes that will stay on my son's feet no matter how much he kicks or moves! Thank you for solving the baby shoe dilemma. No more struggling with annoying shoe laces or elastic heels, the velcro enclosure on pediped™ makes them a snap to slip on. The level of comfort and quality is unsurpassed in this well designed shoe!"
- Tina C. (Dallas TX)



"I've sent the pediped™ brochure to a few friends who all love them. They have all complimented your sense of design. I know they're going to be a huge hit! I know once the other mommies see them they'll be dying to pick up a pair."
- Karen S. (Beverly Hills, CA)

"I received the shoes last night. They are adorable and will fit Margo perfectly with some room to grow!"
- Tania L. (Chicago, IL)

"I love the comfort and quality pediped™ provide. I recommend them to all my friends with babies. They're durable and protect my baby's feet!"
- Alice B. (Sherman Oaks, CA)

"I just finished reading the article you wrote in the San Gabriel Valley Tribune on the pediped™ shoes for children. I'm really interested in finding out where I can purchase these cute shoes for my niece."
- Flor S. (Los Angeles, CA)

"My grandmother read about your shoes and insists that my little one has to have a pair, especially since they're so cute!"
  - Virginia B. (Los Angeles, CA)

"I recently discovered pediped™ footwear and fell in love... pediped™ are a breath of fresh air for me... I am so glad to find pediped™, a quality shoe from a company who knows that style is important. Thank you. You have inspired me to speed up my plans to get into the children's retail industry."
  - Barry C. (Richmond, BC)

"Love them. My daughter has a very wide foot so they are perfect. My daughter has trouble walking in... any heavy shoe...these are perfect!!"
  - Tine, Mom of 14 month old (New Jersey)

"Durable, flexible & cute! Recently got these for my 12-month- old daughter, who has been walking for over a month. They have a much sturdier sole than... (other soft-soled shoes) (2 layers of leather), and are easier to get on and off. They are fantastic for indoors situations where they can't be barefoot (childcare or playcenters, for example) or protected outdoors areas. All in all, a comfy little shoe, great for that in-between phase before they are running around everywhere outdoors."
  - Cindi, mother of 1 (Colorado)

"Thank you for making such great shoes. Our daughter loves them. Please consider making larger size shoes. You are the only soft sole shoe company I like. I have shared your website with many friends and co-workers."
  - Wanda B.






















Oprah wants to know...
the BEST GIFTS to give at a Baby Shower!
CLICK HERE to share how much you love pediped™.



**about pediped™**
about us
awards & recognition
celebrity fans
press releases

*Originals*™ Collection
girls
boys
spring/summer 2008
best sellers
features & benefits

*Flex*™ Collection
girls
boys
spring/summer 2008
best sellers
features & benefits

**product info**
faq
sizing
shipping
gift giving
product safety
care instructions

**corporate**
wholesale inquiries
retailer login
affiliate program
charitable donations
careers

**customer service**
order tracking
exchanges & return
provide feedback
suggest a new style
suggest a store
tell a friend

Sign up for pediped™ news and announcements    email address    Sign up ▸

Privacy Policy    Return Policy    Terms Of Use    1.800.880.1245 (US only) ©pediped™ 2008

©pediped™ footwear. All rights reserved. No part of this website may be reproduced, modified or used without prior written permission of pediped™ footwear. pediped™ is a registered trademark of pediped™ footwear. Patent Pending.

pediped™ footwear has soft, cushioned leather soles and velcro fasteners. These baby shoes are ideal for both indoor and outdoor use by pre-walkers and walkers. Podiatrist-recommended and 100% leather, pediped™ footwear protect and cushion babies' feet. They are easy to put on and actually stay on. These soft-soled infant and toddler shoes come packaged in a signature purple and gold keepsake box. They make the perfect baby gift for expectant moms, holidays, baby showers and other special occasions.

8





Cover image: #171 daisy patch - pink





## OUR SOFT-SOLED COLLECTION

*Over 40 styles to choose from*

*Ultra-Soft Suede and Super-Star Metallics*

  
  
  

*Solids, Sports, Saddle shoes and Skulls... arggghh!*

   
 
  
 

## JACK AND LILY SANDALS

*Classic and Cool*


   

## 'MY BOOTS' by JACK AND LILY


  



9

pediped Samantha

Jack and Lily #181





pediped Olivia

Jack and Lily #412





pediped Katelyn

Jack and Lily #411





**pediped Colin**

**Jack and Lily #402**





pediped Abigail

Jack and Lily #171





**pediped Tyler (Navy, Brown)**



**Jack and Lily #251, #252**



**pediped**



**Jack and Lily**



pediped

Jack and Lily





**pediped**



**Jack and Lily**



10

**pediped Samantha**

**Jack and Lily #181**





11

**pediped Olivia**

**Jack and Lily #412**





12

**pediped Katelyn**

**Jack and Lily #411**





13

**pediped Colin**

**Jack and Lily #402**





14

**pediped Abigail**

**Jack and Lily #171**





15

**pediped Tyler (Navy, Brown)**

**Jack and Lily #251, #252**





16

Case 1:08-cv-03572-LTS-THK    Document 13-8    Filed 06/05/2008    Page 27 of 33



**Pair    Top    Bottom    Left    Back    Right    Front    Closeup**

**Robeez Shark (Infant/Toddler)**                    **Close Window**

© 1999-2008 Zappos.com, Inc.



**PlatyPaws** – soft-soled baby shoes in adorable design and colors

Shipping | Contact Us | Links | Parents Say | The Experts Say | FAQ | Wholesale | Stores | Editorial | Pink&Blue Sites

**Home**

**Shoes**

**Gift Sets**

**Sizes**

**Color Chart**

**Shipping**

**More Info**

**Order Now**

**Cherub Corner**

**About PlatyPaws**

**RapOva**





Red Leather



Home        About Bobux        Product Info        Customer Service        Testimonials        Sizing Chart        View Cart



**Products**

BABY SHOES

  BOBUX ORIGINAL

  I-WALK Junior

  I-WALK

BABY SOCKS

APPAREL

BOOKS & TOYS

SPECIALS


RETAILERS

PHOTO CONTEST

GIFT CERTIFICATES

LINKS

REGISTER

LOGIN



### BT9 - Bobux Black Bow

This black leather baby shoe is great for those dressy days. It features a black suede leather slip-resistant sole and Bobux's original ankle elastic system. Available in S-XL



Price: $25.50
Standard Shipping: $2.25 per pair

Sizing Chart

Tell a Friend

Choose Size

[1]    Add to Cart

**Features & Benefits:**

- Made from Bobux's buttery soft Eco-leather...more info
- Utilizes the original ankle elastic system invented by Bobux.
- Easy to put on and they **Stay On!**
- No laces to untie or trip over.
- Soft suede leather sole provides flexible, slip resistant protection.
- Recommended by pediatricians...more info
- Made by hand in New Zealand.

Caution: Please make sure your baby's toes are not hooked in the elastic as you slip the shoe on!

View Cart

Gift Guide

**Baby Boutique | Bestselling Baby Things | Search**

# Hip & Little
Big Style for Little Ones™

* * What's New? *
* Clothing
  - Girl Clothing
  - Boy Clothing
  - For Both
  - Onesies & Ts
  - Hats & Accessories
* Nursery Decor
  - Crib Bedding
  - Nursery Art
  - Nursery Storage
* Gear
  - Blankets
  - Personalized
  - Diaper Bags
  - Changing Pads
  - Burp Cloths
  - Play Mats
* Footwear
  - Baby Booties
  - Soft Sole Shoes
  - Toddler Shoes
* Baby Carriers
  - Baby Slings





       

**Pair    Top    Bottom    Left    Back    Right    Front    Closeup**

**Acorn Kids Easy Bootie (Infant/Toddler)**          **Close Window**

© 1999-2008 Zappos.com, Inc.



**Pair     Top     Bottom     Left     Back     Right     Front     Closeup**

**No Added Sugar Kids Party Girl (Infant)**        **Close Window**

© 1999-2008 Zappos.com, Inc.

# the natural baby catalog℠

**Home   Info   Index   Help   Search   Special Sales   Registry   Shopping Cart**   Choose A Destination:

Your Trail: Home > Clothing > Shoes > Lanowool Booties

< Previous product                                                                Next product >

< Previous product                                                                Next product >



### natural baby
## Clothing
From hats to socks and from outerwear to undies - we've got your little ones outfitted from head to toe. Whether you're looking for snowsuits or swimsuits, you'll find a wide selection offering you the best of the Natural World for Your Baby.℠

### SECTIONS:
Basics & Undies
Socks & Tights
Shoes
Simply Sweaters
Hooray For Hats

### natural baby
### "clothes" outs!

#### Customer Service

Your Shopping Basket
Ordering Information
Store Index
Privacy Policy

Size Charts





### Perfect For Any Type of Climate!

Lanowool Booties are made of specially processed fine merino wool. The breathable fabric makes them suitable for use in any type of climate. Small is 0-6 months and Medium is 6-12 months. (shipping weight 1 lb)

**Lanowool Baby Booties**
857551  **$39.95**  Size:  Small        Order

Back to Top                                                         Customer Service



   

  

For Non-Internet Catalog Orders Call: 1-888-550-2461

Kids Club® | Natural Baby "Clothes" Outs!! | Perfectly Safe® | Gift Certificates
Home | Info | Index | Help | Search | Newsletter | Catalog Request | Email Us | Show Order

©2005 Kids Stuff℠ Catalog/Kidsstuff.com, Kids Club®,



| Home | About Bobux | Product Info | Customer Service | Testimonials | Sizing Chart | View Cart |

**Search** ➤

**Products**

BABY SHOES
  BOBUX ORIGINAL
  I-WALK Junior
  I-WALK
BABY SOCKS
APPAREL
BOOKS & TOYS
SPECIALS

RETAILERS
PHOTO CONTEST
GIFT CERTIFICATES
LINKS
REGISTER
LOGIN



### EBP - Bobux Pink Eskimo Boot

This pink leather boot is lined with a warm synthetic lining inside and lambs wool around the top. It has a zipper up the back of the boot for easy entry and a suede leather sole for slip-resistant protection. Sizes S-XL. Made in China.



**Price: $45.00**
Standard Shipping: $3.00 per pair

Sizing Chart

Tell a Friend

Choose Size

[ 1 ]   **Add to Cart**

**Features & Benefits:**

- Made from Bobux's buttery soft Eco-leather...more info
- Utilizes the original ankle elastic system invented by Bobux.
- Easy to put on and they **Stay On!**
- No laces to untie or trip over.
- Soft suede leather sole provides flexible, slip resistant protection.
- Recommended by pediatricians...more info
- Made by hand in New Zealand.



       

**Pair    Top    Bottom    Left    Back    Right    Front    Closeup**

**Robeez Cat (Infant/Toddler)**                                **Close Window**

© 1999-2008 Zappos.com, Inc.



**Stride Rite Lil Safari Stage 1 (Infant)**

© 1999-2008 Zappos.com, Inc.

**Close Window**



**Pair   Top   Bottom   Left   Back   Right   Front   Closeup**

**Stride Rite Baby (Infant)**                    **Close Window**

© 1999-2008 Zappos.com, Inc.

17

## OUR SOFT-SOLED COLLECTION

*Solids, Sports, Saddle shoes and thethe...arrghh!*

### JACK AND LILY SANDALS

*Ultra-Soft Suede and Super-Star Metallic*

  
  
  

   

 

 





   

### 'MY BOOTS' by JACK AND LILY



   



18



*discover. touch. smile.*

**Shopping Bag**

| Items | Qty | Price | Subtotal | |
|---|---|---|---|---|
| Saddle shoe / pink & chocolate (181) 0-6 months | 1 | USD$ 30.00 | USD$ 30.00 | REMOVE |
| Sandal / white (412) 6-12 months | 1 | USD$ 30.00 | USD$ 30.00 | REMOVE |
| Sandal / chocolate (402) 12-18 months | 1 | USD$ 30.00 | USD$ 30.00 | REMOVE |
| Daisy patch / pink (171) 18-24 months | 1 | USD$ 30.00 | USD$ 30.00 | REMOVE |







Add To Cart | Overview | Sizing | Awards | Reviews | Related

### Samantha - Pink/Brown ($30)

Select size & quantity:                                                          Qty

X-SMALL (US size: 2.5-3.5) (0-6 months*) [SKU#:350-PKBR-0006]          [ 0 ]

SMALL (US size: 4-4.5) (6-12 months*) [SKU#:350-PKBR-0612]            [ 0 ]

MEDIUM (US size: 5-5.5) (12-18 months*) [SKU#:350-PKBR-1218]          [ 0 ]

LARGE (US size: 5.5-6) (18-24 months*) [SKU#:350-PKBR-1824]           [ 0 ]

✉ email a
   friend                                                          🛒 Add To Cart

* Please take into consideration that children's feet grow at different rates. The age ranges of pediped™ footwear are based on averages and tend to run slightly large (they fit towards the higher end of the age range - e.g. size SMALL fits a child that is approx. 10-14 months of age). Please measure the length of your child's foot and refer to pediped™ footwear's sizing instructions to determine the correct size. ** The style and size of shoes may vary slightly from what appears on our website due to manufacturing variances. Please contact customerservice@pediped.com with questions regarding a particular style.







| Add To Cart | Overview | Sizing | Awards | Reviews | Related |

### Olivia - White ($30)

Select size & quantity:                                          Qty

X-SMALL (US size: 2.5-3.5) (0-6 months*) [SKU#:261-WT-0006]      `0`

SMALL (US size: 4-4.5) (6-12 months*) [SKU#:261-WT-0612]        *temporarily out of stock*

MEDIUM (US size: 5-5.5) (12-18 months*) [SKU#:261-WT-1218]      *temporarily out of stock*

LARGE (US size: 5.5-6) (18-24 months*) [SKU#:261-WT-1824]        `0`

✉ email a friend          ✉ notify me when this is available          🛒 Add To Cart

* Please take into consideration that children's feet grow at different rates. The age ranges of pediped™ footwear are based on averages and tend to run slightly large (they fit towards the higher end of the age range - e.g. size SMALL fits a child that is approx. 10-14 months of age). Please measure the length of your child's foot and refer to pediped™ footwear's sizing instructions to determine the correct size. ** The style and size of shoes may vary slightly from what appears on our website due to manufacturing variances. Please contact customerservice@pediped.com with questions regarding a particular style.





| Add To Cart | Overview | Sizing | Awards | Reviews | Related |

## Abigail - Pink ($30)

<u>Select size & quantity:</u>



X-SMALL (US size: 2.5-3.5) (0-6 months*) [SKU#:310-PK-0006]

SMALL (US size: 4-4.5) (6-12 months*) [SKU #:310-PK-0612]

MEDIUM (US size: 5-5.5) (12-18 months*) [SKU#:310-PK-0218]

LARGE (US size: 5.5-6) (18-24 months*) [SKU#:310-PK-1824]

Qty

0

0

0

0

✉ **email a friend**

🛒 **Add To Cart**

\* Please take into consideration that children's feet grow at different rates. The age ranges of pediped™ footwear are based on averages and tend to run slightly large (they fit towards the higher end of the age range - e.g. size SMALL fits a child that is approx. 10-14 months of age). Please measure the length of your child's foot and refer to pediped™ footwear's sizing instructions to determine the correct size. ** The style and size of shoes may vary slightly from what appears on our website due to manufacturing variances. Please contact customerservice@pediped.com with questions regarding a particular style.





Add To Cart   Overview   Sizing   Awards   Reviews   Related

## Collin - Choc Brown ($30)

Select size & quantity:

X-SMALL (US size: 2.5-3.5) (0-6 months*) [SKU#:192-CHBR-0006]

SMALL (US size: 4-4.5) (6-12 months*) [SKU#:192-CHBR-0612]

MEDIUM (US size: 5-5.5) (12-18 months*) [SKU#:192-CHBR-1218]

LARGE (US size: 5.5-6) (18-24 months*) [SKU#:192-CHBR-1824]

Qty

0

0

0

0

✉ email a friend

🛒 Add To Cart



* Please take into consideration that children's feet grow at different rates. The age ranges of pediped™ footwear are based on averages and tend to run slightly large (they fit towards the higher end of the age range - e.g. size SMALL fits a child that is approx. 10-14 months of age). Please measure the length of your child's foot and refer to pediped™ footwear's sizing instructions to determine the correct size. ** The style and size of shoes may vary slightly from what appears on our website due to manufacturing variances. Please contact customerservice@pediped.com with questions regarding a particular style.

19



JACK and LILY

THE COLLECTION          ABOUT JACK AND LILY          STORE LOCATOR          CONTACT US

Shopping Bag     Customer Service     Size Chart                                    Back to Homepage



## NEW STYLES for BABIES AND TODDLERS
FREE REGULAR SHIPPING. ENTER CODE (FREESHIP) AT CHECKOUT. US/CANADA ONLY.



Jack and Lily shoes are packaged in
our clear, keepsake bag.
click to view.

Jack and Lily
Saddle shoe / pink & chocolate (181)

A modern classic.
A beautiful saddle shoe in pink and chocolate brown. Detailed with scalloped edging and pink top stitching. Chocolate brown sole.

**Features:**
• A true soft-sole shoe that can be used Indoor and Outdoor
• Non-toxic, breathable, premium grade 100% leather
• Flexible and durable rubber sole pads add extra grip
• Soft and flexible leather soles
• Genuine suede lining
• 3mm cushioned soles and cushioned ankle protection
• Ultra-light and flexible providing ultimate comfort
• Velcro makes it easy to put on and stay securely in place
• Perfect for pre and new walkers
• Recommended by Podiatrists

pediped footwear | Soft-Soled Baby Shoes | Infant Toddler Baby Shoes |

login ▶

shopping cart
Items: 1  subtotal: $30.00

home    shop    why pediped™?    originals    flex    testimonials    photo gallery    media    store locator    contact us



| Add To Cart | Overview | Sizing | Awards | Reviews | Related |

## Details

The luxury of leather with the convenience of easy wear, the Samantha is a two-toned treat for your toddler. Available in pink/brown.

## Features

Soft, Cushioned Leather Soles - Made with a double layer of leather plus a foam pad on the soles for extra cushioning, pediped™ footwear provide infants with the ultimate in comfort and protection.

Velcro Fasteners - pediped™ footwear feature velcro fasteners that make them quick and easy to put on (even with just one hand). And they stay securely on babies' feet.

Indoor/Outdoor Use - pediped™ footwear provide the benefits of a true soft-sole, yet are ideal for both indoor and outdoor use.

  

20







Sign in or register

| Search | Advanced Search | | Buy | Sell | My eBay | Community | Help |

Site Map

Categories ▾   Motors   Express   Stores

eBay Security & Resolution Center

🔙 Back to list of items   Listed in category: Clothing, Shoes & Accessories > Infants & Toddlers > Girls' Shoes > Crib Shoes

## Jack & Lily My Shoes Pre-order...Prince

Item number: 320238198679

Buyer or seller of this item? Sign in for your status

Watch this item in My eBay

View larger picture

| | |
|---|---|
| *Buy It Now* price: | **US $30.00**   Buy It Now > |
| End time: | **Apr-19-08 17:16:57 PDT** (8 days 9 hours) |
| Shipping costs: | To United States -- **US $8.00**<br>Canada Post Small Packets - USA - Ground<br>Service to United States<br>(more services) |
| Ships to: | Worldwide |
| Item location: | northwestern ontario, Canada |
| Quantity: | 4 available |
| History: | Purchases |
| You can also: | Watch This Item |
| | Get mobile or IM alerts \| Email to a friend |

Listing and payment details: **Show**

### Meet the seller

Seller:    momto1ba2gs ( 175 ⭐ )
Feedback: **96.3% Positive**
Member:  since Aug-23-07 in Canada

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit seller's Store:
  🔴 my1princeand2princesses

### Buy safely

1. **Check the seller's reputation**
   Score: 175 | 96.3% Positive
   See detailed feedback
2. **Check how you're protected**
   **PayPal** Up to $200 in buyer protection. See eligibility

## Description

### my1princeand2princesses

Visit my eBay Store: **my1princeand2princesses**

Sign up for Store newsletter

**Store Categories**

**Store home**
**Other Items**



New in Box. Be the first to get Jack & Lily's new shoes....MY SHOES!!! They are due to arrive early April...they will ship to you as soon as I receive them. These are awesome shoes and will sell out quickly!! Similiar to Pedipeds, these are a must for this spring. Available in 6-12, 12-18 and 18-24 mths. Please specify size when BIN.

Thanks



**Find more items from the same seller. Bid or Buy Now!**



Crochet Hats..any colour..any size.12 mths-5T

≡*Buy It Now*    **US $16.99**

Time left:    3d 8h 58m

Boys Sketchers Shorts 3X EUC

0 bids:    **US $3.99**

Time left:    5d 9h 32m

Boys Gap Shorts 4T & Tee EUC

0 bids:    **US $3.99**

Time left:    5d 9h 32m



Boys Mexx 24 mths Lot, EUC

0 bids:    **US $3.99**

Time left:    5d 9h 33m

 Visit seller's Store

---

**Shipping and handling**

**Ships to**
Worldwide

| Country: | United States | | Quantity: | 1 | Update |
|---|---|---|---|---|---|

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $8.00 | United States | Canada Post Small Packets - USA - Ground | None |

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
|  PayPal | Accepted | PayPal Up to $200 in buyer protection. See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Personal check | Accepted | Not Available |

Learn about payment methods

## Take action on this item

Help

Item title: **Jack & Lily My Shoes Pre-order...Prince**

## Buy It Now

 *Buy It Now* price:   **US $30.00**

Your Quantity:   **x**   1

              **Buy It Now >**      You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

## Other options

Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time



Sign in or register

Search   Advanced Search      Buy   Sell   My eBay   Community   Help

Site Map

Categories ▼   Motors   Express   Stores

eBay Security & Resolution Center

Back to list of items   Listed in category: Clothing, Shoes & Accessories > Infants & Toddlers > Girls' Shoes > Crib Shoes

## Jack & Lily My Shoes Pre-order...Pink Sandals

Item number: 320238198834

Buyer or seller of this item? Sign in for your status

Watch this item in My eBay

View larger picture

*Buy It Now* price: **US $30.00**   Buy It Now >

| | |
|---|---|
| End time: | **Apr-19-08 17:17:41 PDT** (8 days 9 hours) |
| Shipping costs: | To United States -- **US $8.00** |
| | Canada Post Small Packets - USA - Ground Service to United States |
| | (more services) |
| Ships to: | Worldwide |
| Item location: | northwestern ontario, Canada |
| Quantity: | 4 available |
| History: | Purchases |

You can also:   Watch This Item

Get mobile or IM alerts | Email to a friend

Listing and payment details:   Show

**Meet the seller**

Seller:   momto1ba2gs ( 175 ⭐ )
Feedback: **96.3% Positive**
Member:   since Aug-23-07 in Canada

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit seller's Store:
  🔴 my1princeand2princesses

**Buy safely**

1. **Check the seller's reputation**
   Score: 175 | 96.3% Positive
   See detailed feedback

2. **Check how you're protected**
   **PayPal** Up to $200 in buyer protection. See eligibility

## Description

**my1princeand2princesses**

Visit my eBay Store: 🛒 **my1princeand2princesses**

Sign up for Store newsletter

**Store Categories**

**Store home**
**Other Items**



New in Box. Be the first to get Jack & Lily's new shoes....MY SHOES!!! They are due to arrive early April...they will ship to you as soon as I receive them. These are awesome shoes and will sell out quickly!! Similiar to Pedipeds, these are a must for this spring. Available in 6-12, 12-18 and 18-24 mths. Please specify size when BIN.

Thanks



Find more items from the same seller. Bid or Buy Now!



Crochet Hats..any colour..any size.12 mths-5T

*Buy It Now*    **US $16.99**

Time left:    3d 8h 50m



Boys Sketchers Shorts 3X EUC

0 bids:    **US $3.99**

Time left:    5d 9h 24m



Boys Gap Shorts 4T & Tee EUC

0 bids:    **US $3.99**

Time left:    5d 9h 24m

Boys Mexx 24 mths Lot, EUC

0 bids:    **US $3.99**

Time left:    5d 9h 25m

 Visit seller's Store

---

## Shipping and handling



**Ships to**
Worldwide

| Country: United States | Quantity: 1 | Update |
| --- | --- | --- |

| Shipping and Handling | To | Service | Insurance |
| --- | --- | --- | --- |
| US $8.00 | United States | Canada Post Small Packets - USA - Ground | None |

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
| --- | --- | --- |
|  PayPal VISA MasterCard AMEX DISCOVER BANK | Accepted | PayPal Up to $200 in buyer protection. See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Personal check | Accepted | Not Available |

Learn about payment methods

## Take action on this item

Help

Item title: **Jack & Lily My Shoes Pre-order...Pink Sandals**

**Buy It Now**

⁼*Buy It Now* price:  **US $30.00**

Your Quantity:  **x**  1

Buy It Now >        You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

## Other options

⬅ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time



| | Search | Advanced Search | Buy | Sell | My eBay | Community | Help |


**ebaY**®

Sign in or register                                                                 Site Map

| Categories ▾ | Motors | Express | Stores |

⬅ Back to list of items    Listed in category: Clothing, Shoes & Accessories > Infants & Toddlers > Girls' Shoes > Other

# Jack and Lily My Shoes Saddle Shoes 6-12m FREE Shp

Item number: 320258976634

Seller of this item? Sign in for your status

Watch this item in My eBay



FREE shipping

If you love Pediped you'll love these!

View larger picture

| | |
|---|---|
| Starting bid: | **US $14.95** |
| Your maximum bid: | US $ [_____] **Place Bid >** |
| | (Enter US $14.95 or more) |
| End time: | **Jun-08-08 21:13:31 PDT** |
| | (6 days 6 hours) |
| Shipping costs: | **Free** |
| | Standard Flat Rate Shipping Service |
| | Service to United States |
| | (more services) |
| Ships to: | Worldwide |
| Item location: | On-Line Auction House, United States |
| History: | 0 bids |
| You can also: | Watch This Item |
| | Get SMS or IM alerts | Email to a friend |

**Meet the seller**

Seller:  on-lineauctionhouse
( 1287 ⭐ )
🏆 Power Seller  me

Feedback: **99.5 % Positive**
Member:  since Apr-04-00 in United States

▪ See detailed feedback
▪ Ask seller a question
▪ Add to Favorite Sellers
▪ View seller's other items: Store | List
▪ Visit seller's Store:
  🏬 **Envy Avenue Boutique**

**Buy safely**
1. **Check the seller's reputation**
   Score: 1287 | 99.5% Positive
   See detailed feedback
2. **Check how you're protected**

**Listing and payment details:** Show

PayPal Up to $2,000 in buyer protection. See eligibility

## Description

### Item Specifics - Item Condition

| | | | |
|---|---|---|---|
| Condition: | New: With Tags | | |
| Gender : | Girl's Footwear | Product Type : | Soft Soled Leather Shoes |
| Type : | Flex Sole with Rubber Insets | Brand : | Jack and Lily |
| Main Color : | Brown and Pink | | |

### Envy Avenue Boutique



Visit my eBay Store: Envy Avenue Boutique

See Kai Run Shoes | Umi Shoes | Pediped Shoes | Hair Accessories | Christian Apparel

(SALE) Items On Sale

Search my eBay Store:

[              ]   Search

Add to Favorite Stores | Sign up for Store newsletter

Be sure to add me to your favorites list!
Check out my other items!

# *FREE SHIPPING!!*

### THESE SHOES ARE THE BEST!
### HIGH QUALITY - COMFORTABLE
### BOUTIQUE SHOES THAT LAST!





If you love Pedipeds
you'll love these!

**Jack and Lily new
MY SHOES
NEW SPRING '08 STYLE
Hard to Find
Pink and Brown Saddle Oxford
Size 6-12 months
EU 20-21**

**Pink and Brown Saddle Shoes
MY SHOES by JACK AND LILY**

| OUR SIZING (in months) | US SIZING (Canada/US) | EU SIZING (Europe) | SOLE LENGTH (in inches) |
|---|---|---|---|
| 0-6 | 1-2 | 15-19 | up to 4.25" |
| 6-12 | 3-4 | 20-21 | 5" |
| 12-18 | 5-6 | 22-23 | 5.25" |
| 18-24 | 7-8 | 24-25 | 5.75" |
| 2-3 yrs | 9-10 | 26-27 | 6.25" |
| 3-4 yrs | 11-12 | 28-29 | 6.5" |

**If you like the other brand on the market that starts with *P and ends in ped*... you'll love these!**
**These are made just like them EXCEPT they have an added feature of rubber insets in the sole for traction!**
**So soft and just adorable!!**

- Handcrafted from butter-soft leather
- Flexible sole – with rubber insets for traction - healthy for developing feet and sturdy enough for outdoor play!
- Generous width and wide toe box for plenty of wiggle room!
- Padded collars for extra comfort
- Adjustable Velcro closures make shoes easy to get on and ensure a great fit
- Breathable padded leather insole and lining

*Shop On-LineAuctionHouse for more*
*Awesome Deals on See Kai Run SHOES*
*Get your Shoes for Spring Now!*



## Retail for $32 plus Shipping!

## BRAND NEW

## FREE SHIPPING within US and CANADA!

Will be shipped WITHOUT box!

If you wish to have them shipped in the original box there will be a
$4.00 fee. Be sure to contact us through eBay to let us know you want the box!

Check our other auctions as we list a TON of GREAT ITEMS for ROCK BOTTOM PRICES!
All items come from Smoke Free Facility and are in NEW CONDITION.



If you love Pedipeds
you'll love these!

00008
What's your Credit Score? 720? 650? Find Out From Experian.

Shipping and handling

**Ships to**
Worldwide

Country: United States

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| FREE | United States | Standard Flat Rate Shipping Service | None |

Return policy

Return policy not specified.
Read item description for any reference to return policy.

Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
|  | **Seller Preferred** | **PayPal** Up to $2,000 in buyer protection. See eligibility |

Learn about payment methods

**Seller's payment instructions**
All items must be paid within three days of close of auction. If item has not been paid for, the item will be re-listed immediately unless prior arrangements have been made. PAY PAL payments preferred. Cashiers checks are accepted if you notify seller so that your item does not get re listed after three days of close of auction.

---

Take action on this item                                                                                    Help

Item title: **Jack and Lily My Shoes Saddle Shoes 6-12m FREE Shp**

## Place a bid

Starting bid:     **US $14.95**
Your maximum bid: US $ [        ]  (Enter US $14.95 **or more**)



You will confirm in the next step.

eBay automatically bids on your behalf **up to** your maximum bid. Learn about bidding.

---

Other options

(←) Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches

Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

| | Search | Advanced Search | Buy | Sell | My eBay | Community | Help |



Sign in or register                                                                 Site Map

| Categories ▾ | Motors | Express | Stores |

◀ Back to list of items      Listed in category: Clothing, Shoes & Accessories > Infants & Toddlers > Girls' Shoes > Other

# Jack and Lily My Shoes Daisy Patch Pink 6-12m FREE Ship

Item number: 220239814978

Bidder or seller of this item? Sign in for your status

Watch this item in My eBay

Meet the seller

| | | |
|---|---|---|
| Current bid: | **US $22.22** | |

| Your maximum bid: | US $ [          ] | **Place Bid >** |
|---|---|---|
| | (Enter US $22.72 or more) | |

| End time: | **22 hours 6 mins** (Jun-03-08 12:27:27 PDT) |
|---|---|
| Shipping costs: | **Free** Standard Flat Rate Shipping Service Service to United States (more services) |
| Ships to: | Worldwide |
| Item location: | On-LineAuctionHouse, United States |
| History: | 9 bids |
| High bidder: | k***t ( 0 ) 👤 |

| You can also: | Watch This Item |
|---|---|
| | Get SMS or IM alerts | Email to a friend |

**Meet the seller**

on-lineauctionhouse

Seller:  ( 1287 ⭐ )

⭐ Power Seller  me

Feedback: **99.5 % Positive**
Member:  since Apr-04-00 in United States

▪ See detailed feedback
▪ Ask seller a question
▪ Add to Favorite Sellers
▪ View seller's other items: Store | List
▪ Visit seller's Store:
   🏠 Envy Avenue Boutique

**Buy safely**
1. Check the seller's reputation
   Score: 1287 | 99.5% Positive
   See detailed feedback
2. Check how you're protected

View larger picture

| Listing and payment details: | **Show** | | PayPal Up to **$2,000** in buyer protection. See eligibility |
| --- | --- | --- | --- |

## Description

### Item Specifics - Item Condition

| Condition: | **New: With Tags** | | |
| --- | --- | --- | --- |
| Gender : | **Girl's Footwear** | Product Type : | **Soft Soled Leather Shoes** |
| Type : | **Flex Sole with Rubber Insets** | Brand : | **Jack and Lily** |
| Main Color : | **Pink** | | |

### Envy Avenue Boutique



Visit my eBay Store: **Envy Avenue Boutique**

See Kai Run Shoes | Umi Shoes | Pediped Shoes |
Hair Accessories | Christian Apparel

(SALE) Items On Sale

Search my eBay Store:

[ Search ]

Add to Favorite Stores | Sign up for Store newsletter

Be sure to add me to your <u>favorites list</u>!
Check out my <u>other items</u>!

# *FREE SHIPPING!!*

### THESE SHOES ARE THE BEST!
### HIGH QUALITY - COMFORTABLE
### BOUTIQUE SHOES THAT LAST!



**Jack and Lily new**
**MY SHOES**
**NEW SPRING '08 STYLE**
**Hard to Find**
**Pink Daisy Patch so sweet and delicate!**
**Size 6-12 months**
**EU 20-21**

# PINK DAISY PATCH MY SHOES by JACK AND LILY

| OUR SIZING (in months) | US SIZING (Canada/US) | EU SIZING (Europe) | SOLE LENGTH (in inches) |
|---|---|---|---|
| 0-6 | 1-2 | 15-19 | up to 4.75" |
| 6-12 | 3-4 | 20-21 | 5" |
| 12-18 | 5-6 | 22-23 | 5.25" |
| 18-24 | 7-8 | 24-25 | 5.75" |
| 2-3 yrs | 9-10 | 26-27 | 6.25" |
| 3-4 yrs | 11-12 | 28-29 | 6.5" |

Jack and Lily
Daisy patch / pink (171)

Princess Daisy!
A light pink shoe with delicate white and yellow daisies. Detailed with embroidered white stems and leaves. Grey sole.

**Features:**
• A true soft-sole shoe that can be used Indoor and Outdoor
• Non-toxic, breathable, premium grade 100% leather
• Flexible and durable rubber sole pads add extra grip
• Soft and flexible leather soles
• Genuine suede lining
• 3mm cushioned soles and cushioned ankle protection
• Ultra-light and flexible providing ultimate comfort
• Velcro makes it easy to put on and stay securely in place
• Perfect for pre and new walkers
• Recommended by Podiatrists

**If you like the other brand on the market that starts with *P and ends in ped*... you'll love these!**
**These are made just like them EXCEPT they have an added feature of rubber insets in the sole for traction!**
**So soft and just adorable!!**

• Handcrafted from butter-soft leather
• Flexible sole – with rubber insets for traction - healthy for developing feet and sturdy enough for outdoor play!
• Generous width and wide toe box for plenty of wiggle room!
• Padded collars for extra comfort
• Adjustable Velcro closures make shoes easy to get on and ensure a great fit
• Breathable padded leather insole and lining

**Shop *On-LineAuctionHouse* for more**
**Awesome Deals on See Kai Run SHOES**
**Get your Shoes for Spring Now!**

Jack and Lily My Shoes Daisy Patch Pink 6-12m Float Ship - eBay (item 120239815979 end time Jun-03-08 12:27:27 PDT)



Retail for $32 plus Shipping!

BRAND NEW

FREE SHIPPING within US and CANADA!

Will be shipped WITHOUT box!

If you wish to have them shipped in the original box there will be a
$4.00 fee. Be sure to contact us through eBay to let us know you want the box!

Check our other auctions as we list a TON of GREAT ITEMS for ROCK BOTTOM PRICES!
All items come from Smoke Free Facility and are in NEW CONDITION.

Jack and Lily My Shoes Daisy Patch Pink e-12m Picut.ship - eBay (item 220239814978 end time Jun-03-08 12:27:27 PDT)



00058

What's your Credit Score? 720? 650? Find Out From Experian.

## Shipping and handling

**Ships to**
Worldwide

Country: United States

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| FREE | United States | Standard Flat Rate Shipping Service | None |

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
|  | **Seller Preferred** | **PayPal** Up to **$2,000** in buyer protection. See eligibility |

[Learn about payment methods](#)

**Seller's payment instructions**
All items must be paid within three days of close of auction. If item has not been paid for, the item will be re-listed immediately unless prior arrangements have been made. PAY PAL payments preferred. Cashiers checks are accepted if you notify seller so that your item does not get re listed after three days of close of auction.

Take action on this item                                                                 Help

Item title: **Jack and Lily My Shoes Daisy Patch Pink 6-12m FREE Ship**

## Place a bid

Current bid:     US $22.22
Your maximum bid: US $ [          ]  (Enter US $22.72 **or more**)

**Place Bid >**
You will confirm in the next step.

eBay automatically bids on your behalf **up to** your maximum bid. Learn about bidding.

Other options

⬅ Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

Jack and Lily My Shoes Daisy Patch Pink 6-12m FREE Ship - eBay (Item 220239814978 end time Jun-03-08 12:27:27 PDT)

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time



JACK and LILY

*discover. touch. smile.*

THE COLLECTION        ABOUT JACK AND LILY        STORE LOCATOR        CONTACT US

Shopping Bag    Customer Service    Size Chart                                *Go Shopping*



AVAILABLE APRIL 20th

NEW FOR SPRING
**MY SHOES**
*by Jack and Lily™*



Our Original Soft Sole Shoes.
OVER 70 STYLES FOR SUMMER

>SHOP NOW

**JACK and LILY**

VOTED #1 BABY/KIDS
BRAND IN CANADA
*by Retailers within North America*
2007 EARNSHAW MAGAZINE
EARNIE AWARDS

Catalogue Request    Shipping    Return Policy                *Email Sign Up    Tell a Friend*

©2006 Jack and Lily. All Rights Reserved. Soft-soled leather baby shoes, fashionable toddler shoes and ultra-soft infant shoes        Privacy  Terms of Use