**BAKER & HOSTETLER LLP**
Thomas A. Canova (TC 7270)
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Deborah A. Wilcox (Ohio Bar No. 0038770)
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

Attorneys for Plaintiff
pediped Infant Footwear LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDIPED INFANT FOOTWEAR LLC,<br><br>Plaintiff,<br><br>v.<br><br>KUDOS LEATHERGOODS LTD d/b/a JACK AND LILY and ROBERT THOMAS BUELL, Individually,<br><br>Defendants. | CASE NO. 08-CIV-3572 (LTS) |

## CERTIFICATE OF SERVICE

The undersigned associate of the attorneys named above does hereby certify that on this 5th day of June, 2008, service of true and correct copies of documents in connection with the above-captioned case, which are identified below, was made upon (1) Roderick H. McCloy and Seema Lal by overnight courier to Shapiro Hankinson & Knutson Law Corporation, 700-555 Burrard Street, Vancouver, BC V7X 1M8, and email to rhm@shk.ca and slal@shk.ca; (2) Kudos

Leathergoods Ltd d/b/a Jack and Lily by overnight courier to 720 Alexander Street, Vancouver, BC V6A 1E3, and email to info@jackandlily.com; and (3) Robert Thomas Buell by overnight courier to 7370 Laburnum Street, Vancouver, BC V6P 5N3, and email to info@jackandlily.com.

The documents served are as follows:

1. Plaintiff's Application for Order to Show Cause Re Preliminary Injunction
2. Memorandum of Law in Support of Plaintiff's Application for Order to Show Cause Re Preliminary Injunction
3. Order to Show Cause
4. Declaration of Jinae Kang
5. Declaration of David Taylor
6. Declaration of Kimberly A. Berry
7. Declaration of Angela Edgeworth
8. Letter from Thomas A. Canova to Honorable Judge Laura T. Swain dated June 4, 2008
9. First Amended Complaint for Trade Dress Infringement, Dilution, and Unfair Competition
10. Amended Summons in a Civil Action
11. Civil Cover Sheet
12. Rule 7.1 Statement
13. Initial Conference Order

Brandt W. Gebhardt (Ohio Bar No. 0079823)
Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485
T: 216.621.0200
F: 216.696.0740
bgebhardt@bakerlaw.com