

**BRITISH COLUMBIA**
The Best Place on Earth

10,700-20/Ohio/U.S.A.                                    File Number 2008-098

June 18, 2008

Mr. Brandt W. Gebhardt
Baker & Hostetler LLP
1900 East 9th Street
Suite 3200
Cleveland, Ohio   44114-3485
U.S.A.

Dear Mr. Gebhardt:

Re:   Service of Documents Pursuant to the Hague Convention on
      the Service Abroad of Judicial or Extra-Judicial
      Documents in Civil or Commercial Matters - **Kudos
      Leathergoods Ltd., d/b/a Jack and Lily, agent authorized
      to accept service, 720 Alexander Street, Vancouver, BC
      V6A 1E3   Canada**

The above-referenced documents have been served upon **Kudos Leathergoods Ltd., d/b/a Jack and Lily, agent authorized to accept service**, as requested pursuant to the terms and conditions of the Hague Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters.  The completed Certificate is enclosed along with supporting documents.

Also enclosed is a receipt in the amount of $100.00, to cover the fee for service on files 2008-096 to 2008-098.

Thank you.

Yours truly,

Doris Dardengo
A/Central Authority Administrator

Enclosures

---

| Ministry of Attorney General | Legal Services Branch Order in Council Administration | Mailing Address: PO BOX 9226 STN PROV GOVT Victoria BC  V8W 9J1 Telephone: 250 387-5378 Facsimile:   250 387-4349 | Location: Room 208 553 Superior Street Victoria BC V8V 1X4 |
|---|---|---|---|

**BRITISH COLUMBIA**

**RECEIPT**  768304 K

THE SUM OF  One Hundred  — DOLLARS  $ 100.00

ON ACCOUNT OF

Service of Documents
2008-096
2008-097
2008-098

GST NUMBER: R107864738    The amount receipted above includes GST in the amount of  $

RECEIVED FROM: Baker & Hostetler    ON  2008/06/18

ISSUING OFFICE: OIC    ISSUING OFFICER'S SIGNATURE: [signature]

FIN 48 Rev. 98/11/18
OPC 7530951054 (50/Bk)    WHITE: CUSTOMER    PINK: MINISTRY FILE    CANARY: RETAIN IN BOOK FOR AUDIT

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Baker & Hostetler LLP<br>1900 East 9th Street, Suite 3200<br>Cleveland, Ohio 44114-3485<br><br>Attorneys for:<br>pediped Footwear, LLC<br>1191 Center Point Drive<br>Henderson, NV 89074 | MINISTRY OF THE ATTORNEY GENERAL<br>Order in Council Office<br>Room 208, 553 Superior Street<br>Victoria, British Columbia  V8V 1X4<br>Canada |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)  Kudos Leathergoods Ltd. d/b/a Jack and Lily, 720 Alexander Street, Vancouver, BC V6A 1E3

Tel: (604) 254-6900

[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

FIRST AMENDED COMPLAINT
AMENDED SUMMONS

Done at Cleveland, OH, U.S.A.    , the 23rd of May 2008
*Fait à* _____    , *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

*[signature]*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante:* Baker & Hostetler LLP, 1900 East 9th Street, Suite 3200, Cleveland, Ohio 44114-3485

Particulars of the parties*:
*Identité des parties* PEDIPED INFANT FOOTWEAR, LLC v. KUDOS LEATHERGOODS LTD. d/b/a JACK AND LILY and ROBERT THOMAS BUELL, Individually

**JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:* Amended Complaint, Summons, and other documents to add Robert Thomas Buell in his individual capacity as a defendant in the case

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige:*
Civil Action for Trade Dress Infringement, Dilution, and Unfair Competition

Date and place for entering appearance**:
*Date et lieu de la comparution:* Initial conference shall be held on July 25, 2008 at 2:15 p.m. in Courtroom No. 17C, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

Court which has given judgment**:
*Juridiction qui a rendu la décision:*

Date of judgment**:
*Date de la décision:*
Time limits stated in the document**:
*Indication des délias figurant dans l'acte:*

**EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*

Time limits stated in the document**:
*Indication des délias figurant dans l'acte*

* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
** Delete if inappropriate.
   *Rayer les mentions inutiles.*

3

Kudos Leathergoods

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
    - the (date)
    - *le (date)* __June 09/2008__
    - at (place, street, number)
    - *à (localité, rue numéro)* __720 Alexander Street, Vancouver, British Columbia__

    - in one of the following methods authorized by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a) *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method*: __Authorized Individual of Kudos Leathergoods Ltd__
            b) *selon la forme particulière suivante:*
        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* __Jorng Nong Leong (Manager) D-L# 3093930 EYES (BRN) & HAIR (BLK) HEIGHT 186 CM WEIGHT 190 KG__
    - relationship to the addressee (family, business...)
    - *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* __D.O.B 1949 OCT 10__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ROBSON SQUARE PROVINCIAL COURT
Suite #100 - 800 Hornby Street
Vancouver, B.C.
V6Z 2C5

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à* __800 HORNBY STREET Vancouver BRITISH COLUMBIA__, the / *le* __June 09/2008__
Signature and/or stamp.
*Signature et/ou cachet.*

SUKH Pannu

* Delete if inappropriate.
*Rayer les mentions inutiles.*