

**BRITISH COLUMBIA**

The Best Place on Earth

10,700-20/Ohio/U.S.A.　　　　　　　　　　　　File Number 2008-097

June 18, 2008

Mr. Brandt W. Gebhardt
Baker & Hostetler LLP
1900 East 9th Street
Suite 3200
Cleveland, Ohio   44114-3485
U.S.A.

Dear Mr. Gebhardt:

Re:　Service of Documents Pursuant to the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters - **Robert Thomas Buell, 720 Alexander Street, Vancouver, BC   V6A 1E3 Canada**

The above-referenced documents have been served upon **Robert Thomas Buell**, as requested pursuant to the terms and conditions of the Hague Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters.  The completed Certificate is enclosed along with supporting documents.

Also enclosed is a receipt in the amount of $100.00, to cover the fee for service on files 2008-096 to 2008-098.

Thank you.

Yours truly,

*[signature]*

Doris Dardengo

A/Central Authority Administrator

Enclosures

---

| Ministry of Attorney General | Legal Services Branch Order in Council Administration | Mailing Address: PO BOX 9226 STN PROV GOVT Victoria BC  V8W 9J1 | Location: Room 208 553 Superior Street Victoria BC V8V 1X4 |
|---|---|---|---|
| | | Telephone:  250 387-5378 Facsimile:   250 387-4349 | |

**BRITISH COLUMBIA**

**RECEIPT**           768304 K

THE SUM OF  One Hundred                    XX DOLLARS   $ 100.00

ON ACCOUNT OF

Service of Documents
2008-096
2008-097
2008-098

GST NUMBER  R107864738    The amount receipted above includes GST in the amount of  $

RECEIVED FROM  Baker & Hostetler                ON  2008 06 18

ISSUING OFFICE  OIC     ISSUING OFFICER'S SIGNATURE

FIN 48 Rev. 98/11/18
OPC 7530951054 (50/Bk)    WHITE: CUSTOMER    PINK: MINISTRY FILE    CANARY: RETAIN IN BOOK FOR AUDIT

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Baker & Hostetler LLP<br>1900 East 9th Street, Suite 3200<br>Cleveland, Ohio 44114-3485<br><br>Attorneys for:<br>pediped Footwear, LLC<br>1191 Center Point Drive<br>Henderson, NV 89074 | MINISTRY OF THE ATTORNEY GENERAL<br>Order in Council Office<br>Room 208, 553 Superior Street<br>Victoria, British Columbia V8V 1X4<br>Canada |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*Identité et adresse*) ROBERT THOMAS BUELL, 720 Alexander Street, Vancouver, BC V6A 1E3

Tel: (604) 254-6900

[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a) *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| | |
|---|---|
| FIRST AMENDED COMPLAINT<br>AMENDED SUMMONS<br>CIVIL COVER SHEET<br>RULE 7.1 STATEMENT<br>INITIAL CONFERENCE ORDER | Done at Cleveland, OH, U.S.A.     , the 23rd of May 2008<br>*Fait à* _____, *le* _____<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>*[signature]* |

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante:* Baker & Hostetler LLP, 1900 East 9th Street, Suite 3200, Cleveland, Ohio 44114-3485

Particulars of the parties*:
*Identité des parties* PEDIPED INFANT FOOTWEAR, LLC v. KUDOS LEATHERGOODS LTD. d/b/a JACK AND LILY and ROBERT THOMAS BUELL, individually

**JUDICIAL DOCUMENT\*\***
*ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:* Amended Complaint, Summons, and other documents to add Robert Thomas Buell in his individual capacity as a defendant in the case

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige:*
Civil Action for Trade Dress Infringement, Dilution, and Unfair Competition

Date and place for entering appearance\*\*:
*Date et lieu de la comparution:* Initial conference shall be held on July 25, 2008 at 2:15 p.m. in Courtroom No. 17C, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

Court which has given judgment\*\*:
*Juridiction qui a rendu la décision:*

Date of judgment\*\*:
*Date de la décision:*
Time limits stated in the document\*\*:
*Indication des délias figurant dans l'acte:*

**EXTRAJUDICIAL DOCUMENT\*\***
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*

Time limits stated in the document\*\*:
*Indication des délias figurant dans l'acte*

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

3

②
Robert Thomas Buell

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___June 10/2008___
   - at (place, street, number)
   - *à (localité, rue, numéro)* ___720 Alexander Street___
   ___Vancouver, British Columbia___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      - [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      - [ ] (b) in accordance with the following particular method*: ___By Personal Service to___
         b) *selon la forme particulière suivante:* ___Robert Thomas BUELL___
      - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___Robert Thomas Buell, DOB 1966 Nov 25th___
   ___EYES (BRN) HAIR (BRN) HGT 190cm WEIGHT 160 lbs___
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___BCL # 438 3023___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ROBSON COURT
Suite #100 - 800 Hornby Street
Vancouver, B.C.
V6Z 2C5

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at ___800 Hornby Street___, the ___June 10/___
*Fait à* ___Vancouver___, *le* ___2008___
___British Columbia___
Signature and/or stamp.
*Signature et/ou cachet.*

2   Sukh Pannu

* Delete if inappropriate.
  *Rayer les mentions inutiles.*