UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

PEDIPED INFANT FOOTWEAR LLC,

     Plaintiff,

  -v-

KUDOS LEATHERGOODS LTD. d/b/a
Jack and Lily, and ROBERT THOMAS BUELL,

     Defendants.

-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  JUN 2 3 2008
```

No. 08 Civ. 3572 (LTS)(THK)

## ORDER GRANTING PRELIMINARY INJUNCTION[1]

For the reasons stated on the record of the June 19, 2008, hearing before the

undersigned on Plaintiff's application for preliminary injunctive relief, it is hereby ORDERED, that:

Defendants, their officers, agents, servants, employees, franchisees, licensees,

attorneys, parents, subsidiaries, related companies, and all others in active concert with Kudos

Leathergoods Ltd d/b/a Jack and Lily, Robert Thomas Buell, and/or one or more of the foregoing, and

each of them, who receive actual notice of this Order, are hereby preliminarily restrained and

enjoined, pending the final resolution of Plaintiff's claims for injunctive relief, from manufacturing,

advertising, offering for sale, selling, distributing, marketing, transporting, delivering, or in any way

attempting to sell or resell the products and packaging identified in Exhibit A and any products or

packaging embodying trade dress compromising a substantial portion of the following:

    A.    with respect to design, a black sole with highly visible white hand-stitching, spaced to

---

[1]   *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*

create a stylized rippled effect around the entire shoe; a profile which creates an asymmetrical, rounded-boxy and formed look; a roomy toe box; a sole visually small compared to the upper; and a white sewn-in tag on the end of the Velcro strap, such characteristics being illustrated by Exhibit B hereto;

B.      with respect to packaging, a sturdy, purple, textured, and hinged box with a clear plastic window; the logo and tag line situated above the plastic window, with the tag line printed in smaller font; a description of the product positioned at the bottom of the box, below the window; the left and right sides of the box adjoining the window of equal proportion to each other; the top portion of the box adjoining the window more than twice the height of the bottom portion of the box adjoining the window, and the logo and company information on the back of the box, and a cloth carrying handle on the top of the box, such characteristics being illustrated by Exhibit C hereto;

and further that Plaintiff shall post security in the amount of $25,000 with the Clerk of Court within three (3) days of the entry of this Order.

        This Order terminates Docket Entry No. 9.


        SO ORDERED.

Dated:      New York, New York

            June 19, 2008

                                          LAURA TAYLOR SWAIN
                                          United States District Judge

**Exhibit A**



720 Alexander Street, Vancouver, British Columbia, Canada V6A 1E3
TEL 604 254 6900 FAX 604 254 6333 TOLL FREE 877 995 9367 E MAIL info@jackandlily.com

*We love to hear from you...*

To find out more about our special features,
visit our website at www.jackandlily.com

JACK & LILY

*discover. touch. smile.*

VOTED #1 BABY KIDS BRAND IN CANADA by Retailers within North America
2007 EARTHShaw MAGAZINE

JACK AND LILY · COLLECTION



THE COLLECTION        ABOUT JACK AND LILY        STORE LOCATOR        CONTACT US

Shopping Bag    Customer Service    Size Chart


















JACK AND LILY - COLLECTION

    

    

    



Catalogue Request    Shipping    Return Policy





PLAINTIFF'S
EXHIBIT
# 2A

*discover. touch. smile*

6–12
months



181-PK x-small    0-6
Saddle pink    months

**Exhibit B**

pediped footwear    soled Baby Shoes | Infant Toddler Baby Shoes |





**pediped**    Originals    FLEX ★

home    why pediped ?    originals    flex    testimonials    photo gallery    media    store locator    contact us

800.880.1245

items 0  subtotal

**pediped**
*Originals*

girls
0-2 years
2-5+ years
boys
0-2 years
2-5+ years
**new styles**
**best sellers**
all
size
**Originals™ Collection**
0-3 months (XXS)
0-6 months (XS)
6-12 months (S)
12-18 months (M)
18-24 months (L)
**Flex™ Collection**
EU 22 (US 6-6.5)
EU 23 (US 7)
EU 24 (US 7.5-8)
EU 25 (US 8-8.5)
EU 26 (US 9-9.5)
EU 27 (US 10-10.5)
EU 28 (US 11-11.5)
EU 29 (US 12)

Abigail - Mauve

Abigail - Navy/Pink

Abigail - Pink

Aidan - White/Navy

Anastasia - Pink

Andrew - Choc Brown (boot)

Annie - Potpourri

Caroline - Navy

http://www.pediped.com/Product/CategoryInfo.aspx?cid=491 (of 5)6/7/2008 12:01:27 PM





pediped footwear    sided Baby Shoes | Infant Toddler Baby Shoes |



Madeline - Choc Brown / Pink

Olivia - White

Tyler - Navy

Lola - Metallic Pink

Olivia - Brown

Tyler - Brown

Liam - White/Navy

Nina - Black Patent

Sophia - Black

Liam - Tan/Brown

Nathan- Navy

Samantha  Pink/Brown

pediped footwear.    Soled Baby Shoes | Infant Toddler Baby Shoes |

http://www.pediped.com/ProductsCategoryInfo.aspx?cids=9,14 of 5/4/7/2008 12:01:27 PM

pediped footwear:     soled Baby Shoes | Infant Toddler Baby Shoes |



Victoria - Black Patent/
Silver



Will - Navy



Zoe - Metallic Pink

★ Available in Newborn Sizes

**SIZING:**
Click here to determine the correct pediped™ size.

| about pediped™ | Originals™ Collection | Flex™ Collection | product info | corporate | customer service |
|---|---|---|---|---|---|
| about us | girls | girls | faq | wholesale inquiries | order tracking |
| awards & recognition | boys | boys | sizing | retailer login | exchanges & returns |
| celebrity fans | spring/summer 2008 | spring/summer 2008 | shipping | affiliate program | provide feedback |
| press releases | best sellers | best sellers | gift giving | charitable donations | suggest a new style |
| | features & benefits | features & benefits | product safety | careers | tell a friend |
| | | | care instructions | | |






**Alternative views of a pediped shoe**

**Exhibit C**





Handcrafted, soft-soled leather footwear



pediped

next best thing to bare feet



PLAINTIFF'S
EXHIBIT
#2



pediped™ footwear
1191 Center point Drive, Henderson, NV 89074
(800) 880-1246   (702) 567-0311
www.pediped.com