USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 3 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

PEDIPED INFANT FOOTWEAR,

      Plaintiff,

-v-                                         No. 08 Civ. 3572 (LTS)(THK)

KUDOS LEATHERGOODS LTD. d/b/a
Jack and Lily and
ROBERT THOMAS BUELL,

      Defendants.                       ORDER

----------------------------------------------------------x

        This matter having been commenced by the filing of a complaint on April 14, 2008, and an Amended Complaint on May 23, 2008, and the Defendant Kudos Leathergoods Ltd., d/b/a Jack and Lily ("J&L") having failed to interpose a timely answer to the complaint, the Amended Complaint, or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment as against Defendant J&L, it is hereby

        ORDERED, that the plaintiff may make a motion for a default judgment as against Defendant J&L; and it is further

        ORDERED, that the plaintiff's motion shall be accompanied by evidence, in admissible form, of such facts as it would have proffered to meet its burden of proof on its direct case had a trial been held in this action;

        ORDERED, that such motion for default judgment shall be served on the Defendants and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons, the complaint, the Amended Complaint, and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

        ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

        ORDERED, that plaintiff shall serve a copy of this Order on Defendants and file proof of such service within ten (10) days from the date hereof.

Dated: New York, New York
       June 27, 2008

                                                           LAURA TAYLOR SWAIN
                                                           United States District Judge