**BAKER & HOSTETLER LLP**
Thomas A. Canova (TC 7270)
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Deborah A. Wilcox (Ohio Bar No. 0038770)
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

Attorneys for Plaintiff
pediped Infant Footwear LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDIPED INFANT FOOTWEAR LLC,<br><br>Plaintiff,<br><br>v.<br><br>KUDOS LEATHERGOODS LTD d/b/a JACK AND LILY and ROBERT THOMAS BUELL, Individually,<br><br>Defendants. | CASE NO. 08-CIV-3572 (LTS) |

**CERTIFICATE OF SERVICE**

The undersigned attorney named above does hereby certify that on this 3rd day of July, 2008, service of true and correct copies of the Order signed June 27, 2008, in the above-captioned case was made upon (1) Kudos Leathergoods Ltd d/b/a Jack and Lily, 720 Alexander Street, Vancouver, BC V6A 1E3, by First Class Mail, by facsimile to 604-254-6333 and by email to info@jackandlily.com; and (2) Robert Thomas Buell, 7370 Laburnum Street,

Vancouver, BC V6P 5N3, through his counsel of record Robert E. Hanlon, Esq., by First Class Mail, at 90 Park Avenue, New York, NY 10016-1387; facsimile to 212-922-3974 and email to robert.hanlon@alston.com

In addition, the undersigned hereby certifies that on this 7th day of July, 2008, service of true and correct copies of the Order in the above-captioned case was requested upon Kudos Leathergoods Ltd d/b/a Jack and Lily at 720 Alexander Street, Vancouver, BC V6A 1E3, pursuant to the Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*[signature]*
Deborah A. Wilcox (Ohio Bar No. 0038770)
Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485
T: 216.621.0200
F: 216.696.0740
dwilcox@bakerlaw.com