

# BRITISH COLUMBIA
The Best Place on Earth

10,700-20/Ohio/U.S.A.                           File Number 2008-107

July 9, 2008

Ms. Deborah A. Wilcox
Baker & Hostetler LLP
1900 East 9th Street
Suite 3200
Cleveland, Ohio   44114-3485
U.S.A.

Dear Ms. Wilcox:

Re:  Service of Documents Pursuant to the Hague Convention on
     the Service Abroad of Judicial or Extra-Judicial
     Documents in Civil or Commercial Matters - **Robert Thomas
     Buell, 720 Alexander Street, Vancouver, BC   V6A 1E3
     Canada**

The above-referenced documents have been served upon **Robert Thomas Buell**, as requested pursuant to the terms and conditions of the Hague Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters. The completed Certificate is enclosed along with supporting documents.

Also enclosed is a receipt in the amount of $100.00 to cover the fee for service for files 2008-106 to 2008-108.

Thank you.

Yours truly,

Doris Dardengo
A/Central Authority Administrator

Enclosures

**Ministry of**              Legal Services Branch          Mailing Address:                  Location:
**Attorney General**         Order in Council Administration PO BOX 9226 STN PROV GOVT        Room 208
                                                            Victoria BC  V8W 9J1              553 Superior Street
                                                                                              Victoria BC
                                                            Telephone:  250 387-5378          V8V 1X4
                                                            Facsimile:  250 387-4349

**BRITISH COLUMBIA**

*US Funds*

**RECEIPT**　　768316 K

THE SUM OF ~~One Hundred~~　100.00 DOLLARS　$ 100.00

ON ACCOUNT OF

Service of Documents
2008-106
2008-107  } 2 addresses
2008-108

GST NUMBER: R107864738

The amount receipted above includes GST in the amount of $

RECEIVED FROM: Baker & Hostetler　ON YYYY MM DD: 2008 07 09

ISSUING OFFICE: OIC

ISSUING OFFICER'S SIGNATURE: [signature]

FIN 48 Rev. 98/11/18
OPC 7530951054 (50/Bk)　　WHITE: CUSTOMER　　PINK: MINISTRY FILE　　CANARY: RETAIN IN BOOK FOR AUDIT

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Baker & Hostetler LLP<br>1900 East 9th Street, Suite 3200<br>Cleveland, Ohio 44114-3485<br><br>Attorneys for:<br>pediped Footwear, LLC<br>1191 Center Point Drive<br>Henderson, NV 89074 | MINISTRY OF THE ATTORNEY GENERAL<br>Order in Council Office<br>Room 208, 553 Superior Street<br>Victoria, British Columbia  V8V 1X4<br>Canada |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (Identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(Identité et adresse)*   ROBERT THOMAS BUELL. 720 Alexander Street. Vancouver. BC V6A 1E3

Tel: (604) 254-6900

[ ]  (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| PRELIMINARY INJUNCTION<br>EXHIBITS A THROUGH C<br>UNDERTAKING ON PRELIMINARY<br>   INJUNCTION AND SUPPORTING<br>   DOCUMENTS | Done at Cleveland, OH, U.S.A.          , the 20th, June 2008<br>*Fait à*<br>_____, *le* _____<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>*Deborah A. Wilcox* by: BWG |

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:* Baker & Hostetler LLP, 1900 East 9th Street, Suite 3200, Cleveland, Ohio 44114-3485

**Particulars of the parties*:** PEDIPED INFANT FOOTWEAR, LLC v. KUDOS LEATHERGOODS LTD. d/b/a JACK AND LILY and ROBERT THOMAS BUELL, Individually
*Identité des parties*

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:* Order Granting Preliminary Injunction against defendants and exhibits thereto

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*
Civil Action for Trade Dress Infringement, Dilution, and Unfair Competition

**Date and place for entering appearance**:**
*Date et lieu de la comparution:* Initial conference shall be held on July 25, 2008 at 2:15 p.m. in Courtroom No. 17C, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

**Date of judgment**:**
*Date de la décision:*

**Time limits stated in the document**:**
*Indication des délias figurant dans l'acte:*

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document**:**
*Indication des délias figurant dans l'acte*

---

* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
** Delete if inappropriate.
  *Rayer les mentions inutiles.*

3

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,* ROBSON SQUARE PROVIN...
Suite #100-800 Hornby Str...
Vancouver, B.C.
V6Z 2C5

1)  that the document has been served*
1.  *que la demande a été exécutée*
    - the (date)
    - *le (date)* ___July 3. 2008___
    - at (place, street, number)
    - *à (localité, rue numéro)* ___SHERIFF COUNTER___

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
    [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
    [✓] (b) in accordance with the following particular method*:
    b) *selon la forme particulière suivante:* ___BY HANDING IT PERSONALLY TO MR BUELL___

    [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
    c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (Identity and description of person)
    - *(identité et qualité de la personne)* ___BUELL, ROBERT THOMAS OWNER OF THE COMPANIE___
    ___DL# 4383023  DOB 1966-NOV-25___
    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:* ///

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à* ___VANCOUVER___, the / *le* ___July 3 2008___

Signature and/or stamp.
*Signature et/ou cachet.*

___[signature] 617___

2

SIMON GARA...

* Delete if inappropriate.
  *Rayer les mentions inutiles.*