# ALSTON&BIRD LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 18 2008

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

**Robert E. Hanlon**                    Direct Dial:212-210-9410                    E-mail: robert.hanlon@alston.com

July 18, 2008

*BY FACSIMILE: (212) 805-0426*

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

# MEMO ENDORSED

Re:  Pediped Infant Footwear LLC v.Kudos Leathergoods Ltd. Case No. 08-CIV-3572 (LTS)

Dear Judge Swain:

We represent the individual Defendant Robert Thomas Buell in the above action.
We write to request that the Court reconsider adjourning the pre-trial submission and
conference in light of additional information not previously considered. A previous
request was made to adjourn by letter yesterday, which was denied by the Court.

In my letter of yesterday, I indicated that we had been conferring with plaintiff's
counsel regarding settlement, and that plaintiffs' counsel had then broken off discussions.
While I though my explanation conveyed that we had asked plaintiff's counsel to defer
the pre-trial conference and submission in favor of settlement discussions, on rereading
the letter, and in light of Your Honor's decision, I see that the fact that consultation had
occurred was not clear.

During our prior discussions with plaintiff's counsel we had explicitly suggested
an extension, but plaintiff's counsel refused. Following receiving your decision today, I
once again conferred with plaintiff's counsel seeking agreement to an extension and a
referral to the Magistrate. Again she has not concurred.

While we had conferred, and have now conferred again, this was not made clear
to the Court, and I apologize for the confusion. We therefore ask Your Honor to
reconsider deferring the submission. We are ready to appear as scheduled to discuss the
issue of referral for settlement discussions. While we recognize the importance of the
pre-trial conference submissions, the preparation of these, especially on short notice,
would work a financial and logistical hardship on our client. The late request for an

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000
Fax: 404-881-7777

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333

Brienner Strasse 11/V
80333 Munich
(89) 238-0-70
Fax: (49) (89) 238-0-7110
(Representative Office)

Hon. Laura Taylor Swain
July 18, 2008
Page 2

extension of the submission is, to a great extent, a result of the abrupt break-off by the plaintiff of what we had hoped were constructive settlement talks.

Should Your Honor decline to defer the submission until after the conference, we ask that we be given until Tuesday, July 23 to submit the materials. I am presently out of state with limited access to email and computers. I will not be returning to my office until Tuesday, and no other litigator representing the defendants has any knowledge of this matter.

Respectfully submitted,

*Robert Hanlon / HBS*

Robert E. Hanlon

REH:reh
cc:    Deborah Wilcox (by facsimile)

LEGAL02/30884354v2

The request to defer the
submission to Wednesday
July 23, 2008, is granted.
The joint statement must be
filed on the ECF system and
a courtesy copy faxed to
chambers.

SO ORDERED.

*7/18/08*

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE