**BAKER & HOSTETLER LLP**
Thomas A. Canova (TC 7270)
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Deborah A. Wilcox (Ohio Bar No. 0038770)
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

Attorneys for Plaintiff
pediped Infant Footwear LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDIPED INFANT FOOTWEAR LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>KUDOS LEATHERGOODS LTD d/b/a JACK AND LILY and ROBERT THOMAS BUELL, Individually,<br><br>        Defendants. | CASE NO. 08-CIV-3572 (LTS)<br><br>**DECLARATION OF THERESA A. BLABER IN SUPPORT OF MOTION FOR CIVIL CONTEMPT, EQUITABLE AND MONETARY SANCTIONS, AND EXPEDITED DISCOVERY** |

        I, Terry A. Blaber, declare as follows:

1.     I am a paralegal with the law firm of Baker & Hostetler. This Declaration is based upon my personal knowledge, and if called as a witness, I would testify competently to the facts set forth herein.

-2-

2. On August 1, 2008, I examined the contents of a package from Jack and Lily to Nancy Girouard that had been shipped by Ms. Girouard to the offices of Baker & Hostetler in New York City.

3. Among the contents of that package is the brochure that is reproduced as Exhibit 1 hereto.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed at New York, New York, this 1st day of August, 2008.

Theresa A. Blaber

# EXHIBIT A

Case 1:08-cv-03572-LTS-THK    Document 41-2    Filed 08/01/2008    Page 1 of 3




JACK AND LILY SANDALS

'MY BOOTS' by JACK AND LILY

OUR SOFT-SOLED COLLECTION