UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Pediped Infant Footwear LLC,

                Plaintiff(s),

-v-

Kudos Leathergoods Ltd., et al.,

                Defendant(s).
------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 3572 (LTS)(THK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 3 2008

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose:_____ |
| | | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | _x_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion: Motion for Civil Contempt, Equitable and Monetary Sanctions (Dkt Entry No. 38) |
| | | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
             August 13, 2008

                                        LAURA TAYLOR SWAIN
                                        United States District Judge