UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDIPED INFANT FOOTWEAR LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>KUDOS LEATHERGOODS LTD d/b/a JACK AND LILY and ROBERT THOMAS BUELL, Individually,<br><br>        Defendants | 08-CIV-3572 (LTS)<br><br>DEFENDANTS' STATEMENT OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) |

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant Robert Thomas Buell ("Buell" or "Defendant") provides his initial disclosures to Plaintiff Pediped Infant Footwear LLC ("Pediped" or "Plaintiff") herein as follows:

(A)    <u>Individuals and Subject Matter</u>

The following individuals are likely to have discoverable information that Defendant may use to support his claims and defenses, and which is relevant to disputed facts alleged with particularity in the pleadings in this case:

| Name | Subject Matter |
|---|---|
| Robert T. Buell | - Knowledge of the product development<br>- Knowledgeable of marketing and promotion<br>- Knowledgeable regarding distribution and sales<br>- Knowledge on lack of likelihood of confusion<br>- Knowledgeable of third party use of alleged intellectual property |
| Yang-Neng Leong | - Knowledge of the product production<br>- Knowledgeable of marketing and promotion<br>- Knowledgeable regarding distribution and sales |
| Alvin Koh | - Knowledgeable of distribution, sales, profits, costs |

The above-listed witnesses may be contacted through counsel for the Defendant.

| Name | Contact | Subject Matter |
|---|---|---|
| Miranda Ran | No. 3-4012<br>Jinxing Garden<br>Sunstar Cheng<br>Chaoyang District<br>Beijing, China<br>86-13311 362362 | Knowledge of the product development, product design, product manufacturing and production |
| Sue Lee | 5605 Dunbar St. #204<br>Vancouver, BC<br>604-684-4123 | Knowledgeable of product development, product design |
| Win Liu | 2180 W 43rd Avenue #402<br>Vancouver, BC<br>604-266-9901 | Knowledgeable of product development, product design |
| Cory Ripley | 25 E. 6th Ave. #2<br>Vancouver, BC<br>604-873-1583 | Knowledgeable of packaging design |

(B) <u>Documents and Things</u>

Defendant may use the following categories of documents to support his claims and defenses:

1. Samples of third party use of alleged intellectual property of Plaintiff;
2. Documents related to Defendants' product development, product design and packaging design; and
3. Documents relating to the manufacture and production of Defendants' product and packaging

All documents and things in Defendant's possession, custody or control are located at the offices of Kudos Leathergoods Ltd.

(C)     <u>Insurance Agreement</u>

Defendant does not have an insurance agreement applicable to this case.


Dated: New York, New York
       August 15, 2008

                                                   By:  /s/ Robert E. Hanlon
                                                     Robert E. Hanlon (RH-8794)
                                                     ALSTON & BIRD LLP
                                                     90 Park Ave.
                                                     New York, New York 10016
                                                     (212) 210-9400
                                                     *Attorneys for Defendant Robert Thomas Buell*