

# BRITISH COLUMBIA
The Best Place on Earth

10,700-20/Ohio/U.S.A.                                              File Number 2008-114

August 14, 2008

Ms. Deborah A. Wilcox
Baker & Hostetler LLP
1900 East 9th Street
Suite 3200
Cleveland, Ohio  44114-3485
U.S.A.

Dear Ms. Wilcox:

Re:   Service of Documents Pursuant to the Hague Convention on
      the Service Abroad of Judicial or Extra-Judicial
      Documents in Civil or Commercial Matters - **Kudos
      Leathergoods Ltd. d/b/a Jack and Lily, agent authorized
      to accept service, 720 Alexander Street, Vancouver, BC
      V6A 1E3  Canada**

The above-referenced documents have been served upon **Kudos Leathergoods Ltd. d/b/a Jack and Lily, agent authorized to accept service**, as requested pursuant to the terms and conditions of the Hague Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters.  The completed Certificate is enclosed along with supporting documents.

Also enclosed is a receipt in the amount of $50.00.

Thank you.

Yours truly,

Doris Dardengo
A/Central Authority Administrator

Enclosures

---

| **Ministry of**<br>**Attorney General** | Legal Services Branch<br>Order in Council Administration | Mailing Address:<br>PO BOX 9226 STN PROV GOVT<br>Victoria BC  V8W 9J1<br><br>Telephone: 250 387-5378<br>Facsimile:  250 387-4349 | Location:<br>Room 208<br>553 Superior Street<br>Victoria BC<br>V8V 1X4 |
|---|---|---|---|

**BRITISH COLUMBIA**

**RECEIPT**    768324 K

THE SUM OF: Fifty — XX DOLLARS    $ 50.00

ON ACCOUNT OF: Service of Documents
2008-114

GST NUMBER: R107864738

The amount receipted above includes GST in the amount of $

RECEIVED FROM: Baker & Hostetler

ISSUING OFFICE: OIC

ON 2008 08 14 (YYYY MM DD)

ISSUING OFFICER'S SIGNATURE

FIN 48 Rev. 98/11/18
OPC 7530951054 (50/Bk)

WHITE: CUSTOMER    PINK: MINISTRY FILE    CANARY: RETAIN IN BOOK FOR AUDIT

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Baker & Hostetler LLP<br>1900 East 9th Street, Suite 3200<br>Cleveland, Ohio 44114-3485<br><br>Attorneys for:<br>pediped Footwear, LLC<br>1191 Center Point Drive<br>Henderson, NV 89074 | **MINISTRY OF THE ATTORNEY GENERAL**<br>**Order in Council Office**<br>**Room 208, 553 Superior Street**<br>**Victoria, British Columbia V8V 1X4**<br>**Canada** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   (identité et adresse) __Kudos Leathergoods Ltd. d/b/a Jack and Lily, 720 Alexander Street,__
__Vancouver, BC V6A 1E3__
          Tel: 604-254-6900

[ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| __June 27, 2008 Order__ | Done at  Cleveland, OH, U.S.A. | , the 7th, July 2008 |
|---|---|---|
| _____ | *Fait à* | , *le* _____ |

Signature and/or stamp.
*Signature et/ou cachet.*

*[signature]*

| * Delete if inappropriate. | (Formerly OBD-116 which was formerly LAA-116, | USM-94 |
| *Rayer les mentions inutiles.* | both of which may still be used) | (Est. 11/22/77) |

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___August 8, 2008___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___720 Alexander St., Vancouver, BC. V6A 1E3___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* ___
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___Alvin Hoc Ming Koh, D.O.B- 1969-Nov-26  BCDL#5438236  Eyes-Brn Hair-Blk Weight-75.0 kg Height-175cm Sex-M___
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Book Keeper for Kudos Leathergoods Ltd., dba. Jack and Lily___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:* ___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

ROBSON SQUARE PROVINCIAL COURT
Suite #100 - 800 Hornby Street
Vancouver, B.C.
V6Z 2C5

Done at ___800 Hornby St., Vancouver, BC___ the ___August 12, 2008___
*Fait à* ___ *le* ___

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp.
*Signature et/ou cachet.*

___D/S Robert DeGoey #848___

\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:* Baker & Hostetler LLP, 1900 East 9th Street, Suite 3200 Cleveland, Ohio 44114-3485

**Particulars of the parties\*:**
*Identité des parties* PEDIPED INFANT FOOTWEAR, LLC V. KUDOS LEATHERWOODS LTD. d/b/a JACK AND LILY and ROBERT THOMAS BUELL, Individually

### JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:* Order regarding default against defendants Kudos

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:* Civil Action for Trade Dress Infringement, Dilution, and Unfair Competition

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution:*

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision:*

**Date of judgment\*\*:**
*Date de la décision:*

**Time limits stated in the document\*\*:**
*Indication des délias figurant dans l'acte:*

### EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document\*\*:**
*Indication des délias figurant dans l'acte*

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

PEDIPED INFANT FOOTWEAR,

      Plaintiff,

-v-                                            No. 08 Civ. 3572 (LTS)(THK)

KUDOS LEATHERGOODS LTD. d/b/a
Jack and Lily and
ROBERT THOMAS BUELL,

      Defendants.                          ORDER

------------------------------------------------------x

        This matter having been commenced by the filing of a complaint on April 14, 2008, and an Amended Complaint on May 23, 2008, and the Defendant Kudos Leathergoods Ltd., d/b/a Jack and Lily ("J&L") having failed to interpose a timely answer to the complaint, the Amended Complaint, or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment as against Defendant J&L, it is hereby

        ORDERED, that the plaintiff may make a motion for a default judgment as against Defendant J&L; and it is further

        ORDERED, that the plaintiff's motion shall be accompanied by evidence, in admissible form, of such facts as it would have proffered to meet its burden of proof on its direct case had a trial been held in this action;

        ORDERED, that such motion for default judgment shall be served on the Defendants and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons, the complaint, the Amended Complaint, and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

        ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

        ORDERED, that plaintiff shall serve a copy of this Order on Defendants and file proof of such service within ten (10) days from the date hereof.

Dated: New York, New York
       June 27, 2008

                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: JUN 3 0 2008]