

## BRITISH COLUMBIA
The Best Place on Earth

10,700-20/Ohio/U.S.A.                                File Number 2008-131

August 25, 2008

Ms. Deborah A. Wilcox
Baker & Hostetler LLP
1900 East 9th Street
Suite 3200
Cleveland, Ohio   44114-3485
U.S.A.

Dear Ms. Wilcox:

Re:  Service of Documents Pursuant to the Hague Convention on
     the Service Abroad of Judicial or Extra-Judicial
     Documents in Civil or Commercial Matters - **Kudos
     Leathergoods Ltd. d/b/a Jack and Lily, agent authorized
     to accept service, 720 Alexander Street, Vancouver, BC
     V6A 1E3   Canada**

The above-referenced documents have been served upon **Kudos Leathergoods Ltd. d/b/a Jack and Lily, agent authorized to accept service**, as requested pursuant to the terms and conditions of the Hague Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters.  The completed Certificate is enclosed along with supporting documents.

Also enclosed is a receipt in the amount of $50.00.

Thank you.

Yours truly,

Doris Dardengo
A/Central Authority Administrator

Enclosures

---

| Ministry of Attorney General | Legal Services Branch Order in Council Administration | Mailing Address: PO BOX 9226 STN PROV GOVT Victoria BC  V8W 9J1 <br><br> Telephone:  250 387-5378 <br> Facsimile:   250 387-4349 | Location: Room 208 553 Superior Street Victoria BC V8V 1X4 |
|---|---|---|---|

# BRITISH COLUMBIA

## RECEIPT — US Funds

**No. 768331 K**

THE SUM OF: Fifty —— XX DOLLARS   $50.00

ON ACCOUNT OF: Service of Documents 2008-131

The amount receipted above includes GST in the amount of $ ——   ON 2008 08 25 (YYYY MM DD)

ISSUING OFFICER'S SIGNATURE: [signature]

GST NUMBER: R107864738

RECEIVED FROM: Baker + Hostetler

ISSUING OFFICE: OIC

FIN 48 Rev. 98/11/18
OPC 7530951054 (50/Bk)

WHITE: CUSTOMER    PINK: MINISTRY FILE    CANARY: RETAIN IN BOOK FOR AUDIT

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Baker & Hostetler LLP<br>1900 East 9th Street, Suite 3200<br>Cleveland, Ohio 44114-3485<br><br>Attorneys for:<br>pediped Footwear, LLC<br>1191 Center Point Drive<br>Henderson, NV 89074 | **MINISTRY OF THE ATTORNEY GENERAL**<br>**Order in Council Office**<br>**Room 208, 553 Superior Street**<br>**Victoria, British Columbia   V8V 1X4**<br>**Canada** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
  (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
  *(identité et adresse)*   Kudos Leathergoods Ltd. d/b/a Jack and Lily, 720 Alexander Street, Vancouver, BC V6A 1E3

Tel: (604) 254-6900

[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| Notice of Motion for Civil Contempt & Ex. 1<br>Memorandum in Support & Exs. 1-2<br>Declaration of Deborah A. Wilcox & Ex. A<br>Declaration of Theresa A. Blaber & Ex. A<br>Declaration of Nancy M. Girouard & Exs. 1-3<br>Proposed Order & Exs. 1-2<br>Certificate of Service | Done at Cleveland, OH, U.S.A.    , the 4th of Aug. 2008<br>*Fait à*                                                   , *le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>*[signature]* |

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)                   (Est. 11/22/77)

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:* Baker & Hostetler LLP, 1900 East 9th Street, Suite 3200, Cleveland, Ohio 44114-3485

**Particulars of the parties\*:**
*Identité des parties* PEDIPED INFANT FOOTWEAR, LLC v. KUDOS LEATHERGOODS LTD. d/b/a JACK AND LILY and ROBERT THOMAS BUELL, Individually

### JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:* Notice, Memorandum, Declarations, Proposed Order, and Exhibits constituting Plaintiff's Motion for Civil Contempt against Defendants

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*
Civil Action for Trade Dress Infringement, Dilution, and Unfair Competition

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution:*

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision:*

**Date of judgment\*\*:**
*Date de la décision:*

**Time limits stated in the document\*\*:**
*Indication des délias figurant dans l'acte:*

### EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document\*\*:**
*Indication des délias figurant dans l'acte*

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

3

CERTIFICATE
ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1)  that the document has been served*
1.  que la demande a été exécutée
    - the (date)
    - le (date) _August 18, 2008_
    - at (place, street, number)
    - à (localité, rue numéro) _720 Alexander St., Vancouver BC. V6A 1E3_

    - in one of the following methods authorised by article 5-
    - dans une des formes suivantes prévues à l'article 5:
        [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a)  selon les formes légales (article 5, alinéa premier, lettre a).
        [ ] (b) in accordance with the following particular method*:
            b)  selon la forme particulière suivante: _By Personal Service_
        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            c)  par remise simple

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:
    - (identity and description of person)
    - (identité et qualité de la personne) _Yang Neng Leong, D.O.B. 1949-Oct.10  BCDL# 3093930_
      _Eyes-Brn  Hair-Blk  Weight-100.0kg  Height-186cm  Sex-M_
    - relationship to the addressee (family, business or other):
    - liens de parenté, de subordination o autres, avec le destinataire de l'acte: _Manager of Production_

2)  that the document has not been served, by reason of the following facts*:
2.  que la demande n'a pas été exécutée, en raison des faits suivants:

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.

Annexes
Annexes
Documents returned:
Pièces renvoyées:

ROBSON SQUARE PROVINCIAL COURT
Suite #100 - 800 Hornby Street
Vancouver, B.C.
V6Z 2C5    _CANADA_

In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

Done at
Fait à _800 Hornby St. Vancouver_, the _August 18, 2008_

Signature and/or stamp.
Signature et/ou cachet.

_D/S R____ ___ #848_
_D/S Robert DeGoey #848_

* Delete if inappropriate.
  Rayer les mentions inutiles.

2